UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
ROY DEN HOLLANDER, on behalf of himself and all others : 
similarly situated, :
:
                    Plaintiff, :
: 08 Civ. 7286 (LAK)
    -against- :
:
INSTITUTE FOR RESEARCH ON WOMEN AND GENDER : **NOTICE OF APPEARANCE**
GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF :
CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; :
TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF :
NEW YORK; UNITED STATES DEPARTMENT OF :
EDUCATION; MARGARET SPELLINGS, UNITED STATES :
SECRETARY OF EDUCATION, in her official and individual :
capacity; BOARD OF REGENTS OF THE UNIVERSITY OF :
THE STATE OF NEW YORK, in his or her official and :
individual capacity; NEW YORK STATE COMMISSIONER OF :
THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, :
in his official and individual capacity; and PRESIDENT OF THE :
NEW YORK STATE HIGHER EDUCATION SERVICES :
CORPORATION, JAMES C. ROSS, in his official and individual :
capacity, :
:
                    Defendants. :
--------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that ANDREW M. CUOMO, Attorney General of State of New York, by the undersigned, now appears as the attorney of record for defendants the Board of Regents of the University of the State of New York ("Regents") and its Chancellor, Robert M. Bennett, Richard P. Mills, Commissioner of the New York State Education Department ("SED"), and James C. Ross, President of the New York State Higher Education Services Corporation ("HESC") (collectively the "State Defendants") and that from this day forward, a copy of all notices and other papers herein are to be served upon him at the address shown below.

Dated: New York, New York
       August 27, 2008

                        ANDREW M. CUOMO
                        Attorney General of the
                         State of New York
                        <u>Attorney for the State Defendants</u>
                        By:

                        _____
                        CLEMENT J. COLUCCI
                        Assistant Attorney General
                        120 Broadway
                        New York, New York 10271
                        (212) 416-8634
                        email:<u>Clement.Colucci@oag.state.ny.us</u>

TO:   Roy Den Hollander, Esq.
       *Plaintiff Pro Se*
       Law Office of Roy D. Hollander
       545 East 14th Street, 10D
       New York, New York 10009
       (917) 687-0652
       Fax No.: 212-995-5201
       email: <u>rdhhh@yahoo.com</u>