UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOLLANDER

V.

INSTITUTE for Research., ET AL
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ 7286 (LAK)(7)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

☐ Habeas Corpus

☐ Social Security

☑ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  _____
  All such motions: ____

===============================================
* Do not check if already referred for general pretrial.   KEVIN N. FOX

SO ORDERED.

DATED:  New York, New York
        9/2/08

_____
United States District Judge