UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
Roy Den Hollander,

        Plaintiff on behalf of himself
        and all others similarly situated,

        -against-

Institute for Research on Women & Gender at Columbia University;
School of Continuing Education at Columbia University;
Trustees of Columbia University in the City of New York;
U.S. Department of Education;
Margaret Spellings, U.S. Secretary of Education in her official capacity;
Board of Regents of the University of the State of New York, in his
    or her official and individual capacity;
Chancellor of the Board of Regents, Robert M. Bennett, in his official
    and individual capacity;
New York State Commissioner of the Department of Education,
    Richard P. Mills, in his official and individual capacity; and
President of the New York State Higher Education Services Corp.,
    James C. Ross, in his official and individual capacity;

        Defendants.
--------------------------------------------------------------------------------x

Docket No. 08 Civ 7286

**AFFIDAVIT**
**SERVICE**

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

I, Alan Flacks, being duly sworn, depose and say:

    I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. I personally served on the following defendants on the dates and at the addresses indicated one copy of the Summons and Complaint:

1. Institute for Research on Women & Gender at Columbia University, School of Continuing Education at Columbia University, and Trustees of Columbia University in the City of New York served at 412 Low Library, West 116th Street, New York, N.Y. 10025, on August 25, 2008 at 4:30 PM.

2. U.S. Department of Education and Margaret Spellings, U.S. Secretary of Education, served at the U.S. Attorney for the Southern District of N.Y., 86 Chambers Street, New York, N.Y. 10007, on August 22, 2008.

3. Board of Regents of the University of the State of New York and Chancellor of the Board of Regents, Robert M. Bennett, served at 89 Washington Ave, Albany, N.Y. 12234, on August 20, 2008.

4. New York State Commissioner of the Department of Education, Richard P. Mills, served at 89 Washington Ave, Albany, N.Y. 12234, on August 20, 2008.

5. President of the New York State Higher Education Services Corp., James C. Ross, served at 99 Washington Ave, Albany, N.Y. 12234, on August 20, 2008.

6. New York Attorney General served at Office of the Managing Attorney and Civil Rights Bureau, 120 Broadway, New York, N.Y. 10271, on August 26, 2008.

I also mailed by certified U.S. post in an envelope with postage paid one copy of the summons and complaint by depositing such at the _Bryant Station_ Post Office to the following: (230 W. 43rd St. N.Y.C., N.Y.)

1. Office of General Counsel
   Columbia University
   412 Low Memorial Library
   535 West 116 Street
   New York, NY 10027

2. U.S. Attorney General Michael B. Mukasey
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

3. Margaret Spellings
   U.S. Secretary of Education
   400 Maryland Avenue, SW
   Washington, DC 2020

4. New York State Board of Regents
   89 Washington Avenue
   Albany, NY 12234

5. Robert M. Bennett, Chancellor
   New York State Board of Regents
   89 Washington Avenue
   Albany, NY 12234

6. Richard P. Mills
   Dept. of Education
   89 Washington Avenue
   Albany, NY 12234

7. James C. Ross, Pres.
   NYS Higher Education Services Corp.
   89 Washington Avenue
   Albany, NY 12234

Sworn to before me on the
3rd day of September, 2008

_____
Notary Public

_____
Alan Flacks

FARUK A TAREK
Notary Public - State of New York
NO. 01TA6170009
Qualified in Kings County
My Commission Expires 7/2/2011