UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ROY DEN HOLLANDER,                                    :

                              Plaintiff,              :        08 Civ. 7286 (LAK)

              - against -                             :        ECF Case

INSTITUTE FOR RESEARCH ON WOMEN &                    :        **NOTICE OF APPEARANCE**
GENDER AT COLUMBIA UNIVERSITY; SCHOOL                :
OF CONTINUING EDUCATION AT COLUMBIA                  :
UNIVERSITY; TRUSTEES OF COLUMBIA                     :
UNIVERSITY IN THE CITY OF NEW YORK; U.S.             :
DEPARTMENT OF EDUCATION; MARGARET                    :
SPELLINGS, U.S. SECRETARY OF EDUCATION in            :
her official capacity; BOARD OF REGENTS OF THE       :
UNIVERSITY OF THE STATE OF NEW YORK, in his:
or her official and individual capacity; CHANCELLOR  :
OF THE BOARD OF REGENTS, ROBERT M.                   :
BENNETT, in his official and individual capacity; NEW:
YORK STATE COMMISSIONER OF THE                       :
DEPARTMENT OF EDUCATION, RICHARD P.                  :
MILLS, in his official and individual capacity; and  :
PRESIDENT OF THE NEW YORK STATE HIGHER               :
EDUCATION SERVICES CORP., JAMES C. ROSS, in:
his official and individual capacity,                :
                                                     :
                              Defendants.            :
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendants Institute for Research & Gender at Columbia University, School of Continuing

Education at Columbia University, and Trustees of Columbia University in the City of New

York, and requests that he hereafter be served with all papers.

Dated: New York, New York
      September 5, 2008

                FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                By:   /s/ Robert D. Kaplan
                     Robert D. Kaplan
                     1633 Broadway
                     New York, New York 10019-6708
                     Telephone: (212) 833-1100
                     rkaplan@fklaw.com

                  *Attorneys for defendants Institute for Research & Gender at*
                  *Columbia University, School of Continuing Education at Columbia*
                  *University, and Trustees of Columbia University in the City of New*
                  *York*