UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ROY DEN HOLLANDER,

                                 Plaintiff,

                - against -

INSTITUTE FOR RESEARCH ON WOMEN &
GENDER AT COLUMBIA UNIVERSITY; SCHOOL
OF CONTINUING EDUCATION AT COLUMBIA
UNIVERSITY; TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK; U.S.
DEPARTMENT OF EDUCATION; MARGARET
SPELLINGS, U.S. SECRETARY OF EDUCATION in
her official capacity; BOARD OF REGENTS OF THE
UNIVERSITY OF THE STATE OF NEW YORK, in his
or her official and individual capacity; CHANCELLOR
OF THE BOARD OF REGENTS, ROBERT M.
BENNETT, in his official and individual capacity; NEW
YORK STATE COMMISSIONER OF THE
DEPARTMENT OF EDUCATION, RICHARD P.
MILLS, in his official and individual capacity; and
PRESIDENT OF THE NEW YORK STATE HIGHER
EDUCATION SERVICES CORP., JAMES C. ROSS, in
his official and individual capacity,

                                Defendants.

-------------------------------------------------------------------x

08 Civ. 7286 (LAK)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Institute for Research & Gender at Columbia University, School of Continuing Education at Columbia University, and Trustees of Columbia University in the City of New York, and requests that he hereafter be served with all papers.

641174.1

Dated: New York, New York
September 5, 2008

        FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By:   /s/ Jennifer P. Krakowsky
      Jennifer P. Krakowsky
      1633 Broadway
      New York, New York 10019-6708
      Telephone: (212) 833-1100
      jkrakowsky@fklaw.com

*Attorneys for defendants Institute for Research & Gender at Columbia University, School of Continuing Education at Columbia University, and Trustees of Columbia University in the City of New York*