*fox, mas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROY DEN HOLLANDER, on behalf of himself and all :
others similarly situated, :
:
                Plaintiff, :   08 CV 7286 (LAK) (KNF)
:
      - against - :   ECF Case
:
INSTITUTE FOR RESEARCH ON WOMEN AND :   **STIPULATION AND ORDER**
GENDER AT COLUMBIA UNIVERSITY; SCHOOL :
OF CONTINUING EDUCATION AT COLUMBIA :
UNIVERSITY; TRUSTEES OF COLUMBIA :
UNIVERSITY IN THE CITY OF NEW YORK; :
UNITED STATES DEPARTMENT OF EDUCATION; :
MARGARET SPELLINGS, UNITED STATES :
SECRETARY OF EDUCATION, in her official :
capacity; BOARD OF REGENTS OF THE :
UNIVERSITY OF THE STATE OF NEW YORK, in his:
or her official and individual capacity; CHANCELLOR :
OF THE BOARD OF REGENTS, ROBERT M. :
BENNETT, in his official and individual capacity; NEW :
YORK STATE COMMISSIONER OF THE :
DEPARTMENT OF EDUCATION, RICHARD P. :
MILLS, in his official and individual capacity; and :
PRESIDENT OF THE NEW YORK STATE HIGHER :
EDUCATION SERVICES CORPORATION, JAMES :
C. ROSS, in his official and individual capacity, :
:
                Defendants. :
------------------------------------------------------------x

        WHEREAS the Court's Docket Entry No. 4 in this action states that the answer of defendants Institute for Research on Women and Gender at Columbia University, the School of Continuing Education at Columbia University, and the Trustees of Columbia University in the City of New York (the "Columbia Defendants") is due on September 15, 2008;

        WHEREAS the Court's Docket Entry No. 4 in this action states that the answer of defendants Board of Regents of the University of the State of New York, the Chancellor of the

643129.2

Board of Regents, Robert M. Bennett, the Commissioner of the New York State Department of Education, Richard P. Mills, and the President of the New York State Higher Education Services Corporation, James C. Ross (the "State Defendants") is due on September 9, 2008;

WHEREAS the Court's Docket Entry No. 4 in this action states that the answer of defendants United States Department of Education and the United States Secretary of Education, Margaret Spellings (the "Federal Defendants") is due on September 11, 2008;

WHEREAS no other requests for adjournments or extensions have been made in this action;

IT IS HEREBY STIPULATED AND AGREED, by and among the plaintiff and the defendants herein, by each of their respective undersigned counsel, that the Columbia Defendants, the State Defendants, and the Federal Defendants shall have up to and including October 24, 2008 to answer, move against, or otherwise respond to the complaint.

Dated:  New York, New York
        September 5, 2008

By: *[signature: Roy Don Hollander]*
Roy Don Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009
(917) 687-0652
rdhhh@yahoo.com

Attorney Plaintiff ~~pro se~~ for putative class

By: _____
FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Robert D. Kaplan
Daniel B. Rapport
Jennifer P. Krakowsky
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rkaplan@fklaw.com
drapport@fklaw.com
jkrakowsky@fklaw.com

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, Trustees of Columbia University in the City of New York*

By: _____
Michael J. Garcia
United States Attorney for the
Southern District of New York
BY: Jean-David Barnea
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, New York 10007
(212) 637-2679
Jean-David.Barnea@usdoj.gov

*Attorneys for Defendants United States Department of Education and United States Secretary of Education, Margaret Spellings*

By: _____
Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634
Clement.Colucci@oag.state.ny.us

*Attorneys for Defendants Board of Regents of the University of the State of New York; Chancellor of the Board of Regents, Robert M. Bennett; Commissioner of the New York State Department of Education, Richard P. Mills; and President of the New York State Higher Education Services Corporation, James C. Ross*

SO ORDERED:

_____
United States Magistrate Judge

3

643129.2

By: _____
Roy Den Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009
(917) 687-0652
rdhhh@yahoo.com

*Plaintiff pro se*

By: *[signature]*
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Robert D. Kaplan
Daniel B. Rapport
Jennifer P. Krakowsky
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rkaplan@fklaw.com
drapport@fklaw.com
jkrakowsky@fklaw.com

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, Trustees of Columbia University in the City of New York*

By: _____
Michael J. Garcia
United States Attorney for the
Southern District of New York
BY: Jean-David Barnea
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, New York 10007
(212) 637-2679
Jean-David.Barnea@usdoj.gov

*Attorneys for Defendants United States Department of Education and United States Secretary of Education, Margaret Spellings*

By: _____
Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634
Clement.Colucci@oag.state.ny.us

*Attorneys for Defendants Board of Regents of the University of the State of New York; Chancellor of the Board of Regents, Robert M. Bennett; Commissioner of the New York State Department of Education, Richard P. Mills; and President of the New York State Higher Education Services Corporation, James C. Ross*

SO ORDERED:

_____
United States Magistrate Judge

3

643129.2

By: _____
  Roy Den Hollander, Esq.
  545 East 14th Street, 10D
  New York, New York 10009
  (917) 687-0652
  rdhhh@yahoo.com

  *Plaintiff pro se*

By: _____
  Michael J. Garcia
  United States Attorney for the
  Southern District of New York
  BY: Jean-David Barnea
  Assistant United States Attorney
  86 Chambers St., 3rd floor
  New York, New York 10007
  (212) 637-2679
  Jean-David.Barnea@usdoj.gov

  *Attorneys for Defendants United
  States Department of Education and
  United States Secretary of
  Education, Margaret Spellings*

By: _____
  FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP
  Robert D. Kaplan
  Daniel B. Rapport
  Jennifer P. Krakowsky
  1633 Broadway
  New York, NY 10019-6708
  (212) 833-1100
  rkaplan@fklaw.com
  drapport@fklaw.com
  jkrakowsky@fklaw.com

  *Attorneys for Defendants Institute for Research
  on Women and Gender at Columbia University,
  School of Continuing Education at Columbia
  University, Trustees of Columbia University in
  the City of New York*

By: _____
  Clement J. Colucci
  Assistant Attorney General
  120 Broadway
  New York, New York 10271
  (212) 416-8634
  Clement.Colucci@oag.state.ny.us

  *Attorneys for Defendants Board of Regents of
  the University of the State of New York;
  Chancellor of the Board of Regents, Robert M.
  Bennett; Commissioner of the New York State
  Department of Education, Richard P. Mills;
  and President of the New York State Higher
  Education Services Corporation, James C. Ross*

SO ORDERED:

_____ 
United States Magistrate Judge

3

643129.2

By: _____  
Roy Den Hollander, Esq.  
545 East 14th Street, 10D  
New York, New York 10009  
(917) 687-0652  
rdhhh@yahoo.com  

*Plaintiff pro se*

By: _____  
FRIEDMAN KAPLAN SEILER &  
ADELMAN LLP  
Robert D. Kaplan  
Daniel B. Rapport  
Jennifer P. Krakowsky  
1633 Broadway  
New York, NY 10019-6708  
(212) 833-1100  
rkaplan@fklaw.com  
drapport@fklaw.com  
jkrakowsky@fklaw.com  

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, Trustees of Columbia University in the City of New York*

By: _____  
Michael J. Garcia  
United States Attorney for the  
Southern District of New York  
BY: Jean-David Barnea  
Assistant United States Attorney  
86 Chambers St., 3rd floor  
New York, New York 10007  
(212) 637-2679  
Jean-David.Barnea@usdoj.gov  

*Attorneys for Defendants United States Department of Education and United States Secretary of Education, Margaret Spellings*

By: _____  
Clement J. Colucci  
Assistant Attorney General  
120 Broadway  
New York, New York 10271  
(212) 416-8634  
Clement.Colucci@oag.state.ny.us  

*Attorneys for Defendants Board of Regents of the University of the State of New York; Chancellor of the Board of Regents, Robert M. Bennett; Commissioner of the New York State Department of Education, Richard P. Mills; and President of the New York State Higher Education Services Corporation, James C. Ross*

SO ORDERED: 9/19/08

_____  
United States Magistrate Judge

3

643129.2