UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ROY DEN HOLLANDER, on behalf of himself and all others similarly situated,

                       Plaintiff,

- against -

INSTITUTE FOR RESEARCH ON WOMEN AND GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; UNITED STATES DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, UNITED STATES SECRETARY OF EDUCATION, in her official capacity; BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, in his or her official and individual capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official and individual capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; and PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, JAMES C. ROSS, in his official and individual capacity,

                       Defendants.
-----------------------------------------------------------------------x

08 CV 7286 (LAK) (KNF)

ECF Case

**Notice of Motion**

        PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Patricia Sachs Catapano, dated October 21, 2008, the accompanying memorandum of law, and all prior pleadings and proceedings in this action, defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, and The Trustees of Columbia University in the City of New York, by and through their undersigned counsel, will move this Court before the Honorable Kevin Nathaniel Fox, United States

656956.1

Magistrate Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at such time as the Court hereafter determines, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the Complaint in its entirety, for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

Dated:   New York, New York
        October 24, 2008

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

        By:  s/ Robert D. Kaplan
        Robert D. Kaplan (rkaplan@fklaw.com)
        Daniel B. Rapport (drapport@fklaw.com)
        Jennifer P. Krakowsky (jkrakowsky@fklaw.com)
        1633 Broadway
        New York, New York 10019
        (212) 833-1100

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, and Trustees of Columbia University in the City of New York*