UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ROY DEN HOLLANDER, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>- against -<br><br>INSTITUTE FOR RESEARCH ON WOMEN AND GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; UNITED STATES DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, UNITED STATES SECRETARY OF EDUCATION, in her official capacity; BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, in his or her official and individual capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official and individual capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; and PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, JAMES C. ROSS, in his official and individual capacity,<br><br>                             Defendants. | 08 CV 7286 (LAK) (KNF)<br><br>ECF Case<br><br>**DECLARATION OF**<br>**PATRICIA SACHS CATAPANO** |

------------------------------------------------------------------x

       PATRICIA SACHS CATAPANO states:

       1.     I am Associate General Counsel of Columbia University ("Columbia" or the "University"). I submit this declaration, which is based on my personal knowledge, in connection with the University's motion to dismiss the complaint.

2. The University, formally known as The Trustees of Columbia University in the City of New York, was established by the New York legislature as a private, non-profit, educational corporation.

3. The principal units of the of the University are its faculties, which are commonly referred to as schools, such as the School of Continuing Education, Columbia College, the School of Law, the Graduate School of Business, the College of Physicians and Surgeons, and several others.

4. The faculties do not have an independent corporate existence. They are simply operating units of the University itself.

5. The University has established several hundred institutes, centers and other interdepartmental research and teaching programs. Among these are the Institute for Research on Women and Gender. These programs, as well, do not have an independent corporate existence.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2008

_____
Patricia Sachs Catapano

2

CADCE7~1.1