MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2679
Fax (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY DEN HOLLANDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUTE FOR RESEARCH ON WOMEN & GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; U.S. DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, U.S. SECRETARY OF EDUCATION in her official capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORP., JAMES C. ROSS, in his official and individual capacity,<br><br>Defendants. | 08 Civ. 7286 (LAK) (KNF)<br><br>ECF Case<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss the Complaint, Defendants the U.S. Department of Education, and Margaret Spellings, Secretary of Education (collectively, the "Federal

Defendants"), by their attorney Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time as the Court may direct, for an order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

    PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6(e), Plaintiff Roy Den Hollander's answering papers, if any, must be served upon the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, within 10 business days.

Dated: New York, New York
       October 24, 2008

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York
                *Attorney for the Federal Defendants*

                */s/ Jean-David Barnea*
   By:  JEAN-DAVID BARNEA
                Assistant U.S. Attorney
                86 Chambers Street, 3rd floor
                New York, NY 10007
                Tel. (212) 637-2679
                Fax (212) 637-2717
                Jean-David.Barnea@usdoj.gov

TO:   Roy Den Hollander, *pro se* (via ECF)
        Counsel for Defendants (via ECF)