UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

ROY DEN HOLLANDER, on behalf of himself and all others          :
similarly situated,                                                            :
                                                                               :
                                                                               :
                 Plaintiff,                                 :
                                                                               :  08 Civ. 7286 (LAK)(KNF)
                -against-                                 :  ECF Case
                                                                               :
INSTITUTE FOR RESEARCH ON WOMEN AND GENDER                   :
GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF                       :
CONTINUING EDUCATION AT COLUMBIA UNIVERSITY;                   :
TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF               :       **NOTICE OF**
NEW YORK; UNITED STATES DEPARTMENT OF                          :       **MOTION**
EDUCATION; MARGARET SPELLINGS, UNITED STATES                   :
SECRETARY OF EDUCATION, in her official and individual        :
capacity; BOARD OF REGENTS OF THE UNIVERSITY OF              :
THE STATE OF NEW YORK, in his or her official and            :
individual capacity; CHANCELLOR OF THE BOARD OF              :
REGENTS, ROBERT M. BENNETT, in his official and              :
individual capacity; NEW YORK STATE COMMISSIONER OF          :
THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS,               :
in his official and individual capacity; and PRESIDENT OF THE  :
NEW YORK STATE HIGHER EDUCATION SERVICES                      :
CORPORATION, JAMES C. ROSS, in his official and individual   :
capacity,                                                                      :
                                                                               :
                 Defendants.                              :

---------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants the Board of Regents of the University of the

State of New York ("Regents"), Robert M. Bennett, Chancellor of the Board of Regents, Richard

P. Mills, Commissioner of the New York State Education Department ("SED"), and James C.

Ross, President of the New York State Higher Education Services Corporation ("HESC")

(collectively the "State Defendants")[1] will move this Court at the Courthouse, 500 Pearl Street,

---

[1]    Although the complaint names Chancellor Bennett, Commissioner Mills and
President Ross in their individual and official capacities, the complaint seeks only injunctive
relief of the type properly brought against state officials solely in their official capacities. See
Hafer v. Melo, 502 U.S. 21, 27 (1991); Ex Parte Young, 209 U.S. 123, 154 (1908). The

New York, New York 10007, on a date and time to be determined by the Court, for an order

dismissing the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure, together with such further relief as the Court deems just and proper.

Dated: New York, New York
October 24, 2008

ANDREW M. CUOMO
Attorney General of the
 State of New York
Attorney for the State Defendants
By:

CLEMENT J. COLUCCI
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634
Clement.Colucci@oag.state.ny.us

TO:    Roy Den Hollander, Esq.
       Plaintiff pro se
       545 East 14th Street, 10D
       New York, New York 10009

       Robert D. Kaplan, Esq.
       Friedman Kaplan Seiler & Adelman LLP
       Attorneys for Columbia Defendants
       1633 Broadway
       New York, New York 10019

       Jean-David Barnea, Esq.
       Assistant United States Attorney

complaint also names the Board of Regents, a collective body composed of male and female
members, see New York Education Law § 202, "in his or her individual capacity." The collective
body, of course, has no individual capacity. The proper practice is to name the individual
members of the Board of Regents, and sue them in the appropriate capacities – in this case their
official capacities.

2

Southern District of New York
Attorney for Federal Defendants
86 Chambers Street, 3d Floor
New York, New York 10007