

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROY DEN HOLLANDER, on behalf of himself and all others similarly situated,

                       Plaintiff,

              - against -

INSTITUTE FOR RESEARCH ON WOMEN AND GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; UNITED STATES DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, UNITED STATES SECRETARY OF EDUCATION, in her official capacity; BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, in his or her official and individual capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official and individual capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; and PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, JAMES C. ROSS, in his official and individual capacity,

                       Defendants.
-----------------------------------------------------------------x

08 CV 7286 (LAK) (KNF)

ECF Case

**STIPULATION AND ORDER**

WHEREAS, the parties have made one previous request for an extension which was granted by stipulation and order dated September 19, 2008, wherein the Court gave defendants until October 24, 2008 to answer, move against, or otherwise respond to the complaint; and

658020.2

WHEREAS, on October 24, 2008, all defendants moved to dismiss the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that plaintiff shall have up to and including December 5, 2008 to oppose defendants' motions to dismiss, and defendants shall have up to and including January 9, 2008 to reply.

Dated:  New York, New York
        October 27, 2008

658020.2

2

By: /s/ *Roy Den Hollander / RDH*
Roy Den Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009
(917) 687-0652
rdhhh@yahoo.com

*Attorney plaintiff for putative class*

By: /s/ *Robert Kaplan*
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Robert D. Kaplan
Daniel B. Rapport
Jennifer P. Krakowsky
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rkaplan@fklaw.com
drapport@fklaw.com
jkrakowsky@fklaw.com

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, Trustees of Columbia University in the City of New York*

By: /s/ *Jean-David Barnea / RDH*
Michael J. Garcia
United States Attorney for the
Southern District of New York
BY: Jean-David Barnea
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, New York 10007
(212) 637-2679
Jean-David.Barnea@usdoj.gov

*Attorneys for Defendants United States Department of Education and United States Secretary of Education, Margaret Spellings*

By: /s/ *Clement Colucci / RDH*
Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634
Clement.Colucci@oag.state.ny.us

*Attorneys for Defendants Board of Regents of the University of the State of New York; Chancellor of the Board of Regents, Robert M. Bennett; Commissioner of the New York State Department of Education, Richard P. Mills; and President of the New York State Higher Education Services Corporation, James C. Ross*

SO ORDERED: 11/17/08

/s/ Kevin Nathaniel Fox
United States Magistrate Judge

3

658020.2