UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

Roy Den Hollander, William A. Nosal,

          Plaintiffs on behalf of themselves
          and all others similarly situated,

          -against-

Docket No. 08 Civ 7286
(LAK)(KNF)(ECF)

**Affidavit Service of
Opposition and First
<u>Amended Complaint</u>**

Institute for Research on Women & Gender at Columbia University;
School of Continuing Education at Columbia University;
Trustees of Columbia University in the City of New York;
U.S. Department of Education;
Margaret Spellings, U.S. Secretary of Education in her official capacity;
Board of Regents of the University of the State of New York, in his
      or her official and individual capacity;
Chancellor of the Board of Regents, Robert M. Bennett, in his official
      and individual capacity;
New York State Commissioner of the Department of Education,
      Richard P. Mills, in his official and individual capacity; and
President of the New York State Higher Education Services Corp.,
      James C. Ross, in his official and individual capacity;

          Defendants.
--------------------------------------------------------------------------------x

STATE OF NEW YORK    )
                 ) ss:
COUNTY OF NEW YORK  )


Alan Flacks, being duly sworn, deposes and says:

    I am not a party in this action, am over the age of 18 years and reside in New York

County. On December 3, 2008, I mailed one copy of plaintiffs' Opposition to Defendants'

Motions to Dismiss, one copy of plaintiffs' First Amended Complaint and one copy of the

Amended Summons in a first class postage paid wrapper deposited in an official depository of

the United States Postal Service, *at the Tri-Borough Post Office, E. 124th Str., NYC. aF* addressed to the persons listed below:

1