Magistrate Judge Kevin N. Fox
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Freidman Kaplan Seiler & Adelman LLP
Robert D. Kaplan
Daniel B. Rapport
Jennifer P. Krakowsky
1633 Broadway
New York, N.Y. 10019

Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, N.Y. 10271

Jean-David Barnea
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, N.Y. 10007

_____
Alan Flacks

Sworn to before me on the
5th day of December 2008

_____
Notary Public
Terry D. Caberto
Notary Public, State Of New York
No. 01CA6165865
Qualified in Queens County
Commission Expires May 14, 2011

2