Fox, MS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROY DEN HOLLANDER and WILLIAM A. NOSAL, :
on behalf of themselves and all others similarly situated, :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiffs,　　　　　　　　　　 :　　08 CV 7286 (LAK) (KNF)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　- against -　　　　　　　　　　 :　　ECF Case
　　　　　　　　　　　　　　　　　　　　　　　　　　:
INSTITUTE FOR RESEARCH ON WOMEN AND　　　:　　**STIPULATION AND ORDER**
GENDER AT COLUMBIA UNIVERSITY; SCHOOL　　 :
OF CONTINUING EDUCATION AT COLUMBIA　　　:
UNIVERSITY; TRUSTEES OF COLUMBIA　　　　　　:
UNIVERSITY IN THE CITY OF NEW YORK;　　　　　:
UNITED STATES DEPARTMENT OF EDUCATION; :
MARGARET SPELLINGS, UNITED STATES　　　　　:
SECRETARY OF EDUCATION, in her official　　　　　 :
capacity; BOARD OF REGENTS OF THE　　　　　　　:
UNIVERSITY OF THE STATE OF NEW YORK, in his:
or her official and individual capacity; CHANCELLOR :
OF THE BOARD OF REGENTS, ROBERT M.　　　　　:
BENNETT, in his official and individual capacity; NEW :
YORK STATE COMMISSIONER OF THE　　　　　　　:
DEPARTMENT OF EDUCATION, RICHARD P.　　　　:
MILLS, in his official and individual capacity; and　　　 :
PRESIDENT OF THE NEW YORK STATE HIGHER　:
EDUCATION SERVICES CORPORATION, JAMES　:
C. ROSS, in his official and individual capacity,　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　　　　　　 :
------------------------------------------------------------x

　　　　　　　WHEREAS, on August 18, 2008, plaintiff Roy Den Hollander filed a Civil Rights

Class Action Complaint (the "Original Complaint") in this action; and

　　　　　　　WHEREAS, on October 24, 2008, all defendants moved to dismiss the Original

Complaint); and

　　　　　　　WHEREAS, on December 3, 2008, plaintiffs Roy Den Hollander and William A.

Nosal filed a First Amended Class Action Complaint (the "Amended Complaint"), and on the

687360.3

same day filed a memorandum in opposition to the defendants' motions to dismiss the Original Complaint,

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, as follows:

1. Defendants' respective motions to dismiss the Original Complaint (Docket Nos. 9, 12 and 14), and plaintiffs' memorandum of law in opposition to the motions (Docket No. 18) are withdrawn as moot.

2. Defendants shall have until January 9, 2009 to file motions to dismiss the Amended Complaint. Plaintiffs shall have until February 23, 2009 to file their opposition to defendants' motions, and defendants shall have until March 20, 2009 to file their replies.

Dated: New York, New York
December 8, 2008

By: /s/ Roy Den Hollander /RDK
Roy Den Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009
(917) 687-0652
rdhhh@yahoo.com

*Attorney for plaintiffs and the putative class*

By: /s/ Robert Kaplan
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Robert D. Kaplan
Daniel B. Rapport
Jennifer P. Krakowsky
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rkaplan@fklaw.com
drapport@fklaw.com
jkrakowsky@fklaw.com

*Attorneys for Defendants Institute for Research on Women and Gender at Columbia University, School of Continuing Education at Columbia University, Trustees of Columbia University in the City of New York*

By: /s/ Jean-David Barnea /RDK
Lev. L. Dassin
Acting United States Attorney for
the Southern District of New York
BY: Jean-David Barnea
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, New York 10007
(212) 637-2679
Jean-David.Barnea@usdoj.gov

*Attorneys for Defendants United States Department of Education and United States Secretary of Education, Margaret Spellings*

By: /s/ Clement J. Colucci /RDK
Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634
Clement.Colucci@oag.state.ny.us

*Attorneys for Defendants Board of Regents of the University of the State of New York; Chancellor of the Board of Regents, Robert M. Bennett; Commissioner of the New York State Department of Education, Richard P. Mills; and President of the New York State Higher Education Services Corporation, James C. Ross*

SO ORDERED: 12/9/08

/s/ Kevin Nathaniel Fox
United States Magistrate Judge

687360.3

3