LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2679
Fax (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY DEN HOLLANDER and WILLIAM A. NOSAL,<br><br>      Plaintiffs on behalf of themselves and all others similarly situated,<br><br>      v.<br><br>INSTITUTE FOR RESEARCH ON WOMEN & GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; U.S. DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, U.S. SECRETARY OF EDUCATION in her official capacity; BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, in his or her official and individual capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official and individual capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORP., JAMES C. ROSS, in his official and individual capacity,<br><br>      Defendants. | 08 Civ. 7286 (LAK) (KNF)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Federal Defendants' Motion to Dismiss the First Amended Class Action Complaint and

the accompanying Declaration of Jean-David Barnea, Defendants the U.S. Department of Education, and Margaret Spellings, Secretary of Education (collectively, the "Federal Defendants"), by their attorney Lev L. Dassin, Acting United States Attorney for the Southern District of New York, will move this Court before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time as the Court may direct, for an order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered by the Court on December 9, 2008, Plaintiffs' answering papers, if any, must be served upon the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than February 23, 2009.

Dated: New York, New York
January 9, 2009

        LEV L. DASSIN
        Acting United States Attorney
        Southern District of New York
        *Attorney for the Federal Defendants*

        */s/ Jean-David Barnea*
By:   JEAN-DAVID BARNEA
        Assistant U.S. Attorney
        86 Chambers Street, 3rd floor
        New York, NY 10007
        Tel. (212) 637-2679
        Fax (212) 637-2717
        Jean-David.Barnea@usdoj.gov

TO:    All parties (via ECF)