LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2679
Fax (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY DEN HOLLANDER and WILLIAM A. NOSAL, Plaintiffs on behalf of themselves and all others similarly situated, v. INSTITUTE FOR RESEARCH ON WOMEN & GENDER AT COLUMBIA UNIVERSITY; SCHOOL OF CONTINUING EDUCATION AT COLUMBIA UNIVERSITY; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; U.S. DEPARTMENT OF EDUCATION; MARGARET SPELLINGS, U.S. SECRETARY OF EDUCATION in her official capacity; BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, in his or her official and individual capacity; CHANCELLOR OF THE BOARD OF REGENTS, ROBERT M. BENNETT, in his official and individual capacity; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF EDUCATION, RICHARD P. MILLS, in his official and individual capacity; PRESIDENT OF THE NEW YORK STATE HIGHER EDUCATION SERVICES CORP., JAMES C. ROSS, in his official and individual capacity, Defendants. | 08 Civ. 7286 (LAK) (KNF) ECF Case **DECLARATION OF JEAN-DAVID BARNEA IN SUPPORT OF THE FEDERAL DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** |

I, Jean-David Barnea, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1.      I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York. This Office serves as counsel to Defendants the U.S. Department of Education and Margaret Spellings, Secretary of Education (collectively, the "Federal Defendants") in the above-captioned action. I make this declaration in support of the Federal Defendants' motion to dismiss the amended complaint in the above-captioned action.

2.      Attached as Exhibit A to this declaration is a true and correct copy of certain pages from a report entitled *Handbook of Institutional Accreditation*, authored by the New York State Board of Regents and the Commissioner of Education, and dated June 2007, which I printed from the New York Department of Education's website, at http://www.highered.nysed.gov/ocue/accreditation/handbook/documents/AccreditationHandbookRevisedJune2007.pdf.

3.      Attached as Exhibit B to this declaration is a true and correct copy of the entry for Columbia University in the online *Institution Directory* of the Middle States Commission on Higher Education, which I printed from the Commission's website at http://www.msche.org/institutions_view.asp?idinstitution=144.

4.      Attached as Exhibit C to this declaration is a true and correct copy of a report entitled *Guide to U.S. Department of Education Programs* (2008) by the U.S. Department of Education's Office of Communications and Outreach, which I printed from the Department's website, at http://www.ed.gov/programs/gtep/gtep.pdf.

5.      Attached as Exhibit D to this declaration is a true and correct copy of a webpage on the U.S. Department of Education's website entitled *Women's Educational Equity–Awards*, which I printed from the Department's website at http://www.ed.gov/programs/equity/awards.html.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 9th day of January, 2009, in New York, New York.

By: JEAN-DAVID BARNEA
Assistant U.S. Attorney