# **EXHIBIT A**

# *HANDBOOK OF INSTITUTIONAL ACCREDITATION*

## New York State Board of Regents and the Commissioner of Education



The University of the State of New York
The State Education Department
Albany, New York  12234

Revised June 2007

# THE UNIVERSITY OF THE STATE OF NEW YORK

## Regents of The University

| | |
|---|---|
| ROBERT M. BENNETT, *Chancellor,* B.A., M.S. ............................................................... | Tonawanda |
| MERRYL H. TISCH, *Vice Chancellor,* B.A., M.A., Ed.D. ................................................. | New York |
| SAUL B. COHEN, B.A., M.A., Ph.D. .................................................................................. | New Rochelle |
| JAMES C. DAWSON, A.A., B.A., M.S., Ph.D. ................................................................... | Peru |
| ANTHONY S. BOTTAR, B.A., J.D. ..................................................................................... | Syracuse |
| GERALDINE D. CHAPEY, B.A., M.A., Ed.D. ..................................................................... | Belle Harbor |
| ARNOLD B. GARDNER, B.A., LL.B. .................................................................................. | Buffalo |
| HARRY PHILLIPS, 3rd, B.A., M.S.F.S. ............................................................................... | Hartsdale |
| JOSEPH E. BOWMAN, JR., B.A., M.L.S., M.A., M.Ed., Ed.D.......................................... | Albany |
| JAMES R. TALLON, JR., B.A., M.A. .................................................................................. | Binghamton |
| MILTON L. COFIELD, B.S., M.B.A., Ph.D. ....................................................................... | Rochester |
| ROGER B. TILLES, B.A., J.D.............................................................................................. | Great Neck |
| KAREN BROOKS HOPKINS, B.A., M.F.A.......................................................................... | Brooklyn |
| NATALIE M. GOMEZ-VELEZ, B.A., J.D. ........................................................................... | Bronx |
| CHARLES R. BENDIT, B.A. ............................................................................................... | Manhattan |

**President of The University and Commissioner of Education**
RICHARD P. MILLS

**Chief of Staff**
**Counsel and Deputy Commissioner for Legal Affairs**
KATHY A. AHEARN

**Chief Operating Officer**
**Deputy Commissioner for the Office of Management Services**
THERESA E. SAVO

**Senior Deputy Commissioner of Education P-16**
JOHANNA DUNCAN-POITIER

**Associate Commissioner for the Office of Higher Education**
JOSEPH P. FREY

**Coordinator, Office of College and University Evaluation**
BARBARA D. MEINERT

The State Education Department does not discriminate on the basis of age, color, religion, creed, disability, marital status, veteran status, national origin, race, gender, genetic predisposition or carrier status, or sexual orientation in its educational programs, services and activities. Portions of this publication can be made available in a variety of formats, including braille, large print or audio tape, upon request. Inquiries concerning this policy of nondiscrimination should be directed to the Department's Office for Diversity, Ethics, and Access, Room 530, Education Building, Albany, NY 12234. **Requests for additional copies of this publication may be made by contacting the Publications Sales Desk, Room 309, Education Building, Albany, NY 12234.**

# CONTENTS

    Page

Introduction.................................................................................................................. iv

1. Protocol for the Review of Institutions Seeking Accreditation or Renewal
   Of Accreditation..........………................................................................................ 1

2. Ethics Guidelines for Peer Reviewers/Consultants……………….……………….........7

3. Application Process for Institutional Accreditation……………………....……......... 8

4. Part 4 Subpart 4-1of the Rules of the Board of Regents Relating to Voluntary
   Institutional Accreditation…………………………………………………………….......  9

5. Institutional Accreditation Self-Study Guide............................................................ 38

6. Annual Data Report Form........................................................................................ 81

7. Institutional Accreditation Policies Related to the Criteria of the United
   States Secretary of Education…………………………………...…………………………85

8. The New York State Regents Advisory Council on Institutional Accreditation.........…89

9. Directory of Colleges and Universities Accredited by the New York State
   Board of Regents and the Commissioner of Education...........................…….........…94

10. Accreditation Staff of the Board of Regents and the Commissioner of
    Education……………………………………………………………….............……....... 99

## DIRECTORY OF COLLEGES AND UNIVERSITIES ACCREDITED BY THE
## NEW YORK STATE BOARD OF REGENTS AND THE COMMISSIONER OF EDUCATION

**American Academy of Dramatic Arts**
120 Madison Avenue
New York, NY  10016-7089
New York County
(212) 686-9244
Roger Croucher, President
Control:                            Independent (Not-for-profit)
Highest Degree Awarded:    Associate
Accredited Since:               1972

**Bramson ORT College**
69-30 Austin Street
Forest Hills, NY  11375-4222
Queens County
(718) 261-5800
Ephraim Buhks, President
Control:                            Independent (Not-for-profit)
Highest Degree Awarded:    Associate
Accredited Since:               1979

Additional Location:
    Bramson ORT College
    Bensonhurst Campus
    5815 20th Avenue
    Brooklyn, NY 12230
    Kings County
    (718) 261-5800
    Accredited Since: 2000

**Christie's Education**
11 West 42nd Street, 8th Floor
New York, NY 10036
New York County
(212) 355-1501
Véronique Chagnon-Burke, Director of Studies
Control:                            Proprietary (For-profit)
Highest Degree Awarded:    Master's, no undergraduates
Accredited since:               2007

**Cold Spring Harbor Laboratory**
P.O. Box 100
One Bungtown Road
Cold Spring Harbor, NY  11724-0100
Suffolk County
(516) 367-8310/6890
Dr. Bruce Stillman, President
Control:                            Independent (Not-for-profit)
Highest Degree Awarded:    Doctorate, no undergraduates
Accredited Since:               1998

_____

**Globe Institute of Technology, Inc.**
291 Broadway
New York, NY  10007-1814
New York County
(212) 349-4330
Oleg Rabinovich, President
Control                              Proprietary (For-profit)
Highest Degree Awarded:    Baccalaureate
Accredited Since:                1996

**Holy Trinity Orthodox Seminary**
Corner Robinson Road & Route 167
Jordanville, NY  13361-1919
Herkimer County
(315) 858-9978
Most Rev. Archbishop Metropolitan Laurus, Rector
Control:                             Independent (Not-for-profit)
Highest Degree Awarded:    Baccalaureate
Accredited Since:                1948

**Institute of Design and Construction**
141 Willoughby Street
Brooklyn, NY  11210-1919
Kings County
(718) 855-3661
Vincent C. Battista, Executive Director
Control:                             Independent (Not-for-profit)
Highest Degree Awarded:    Associate
Accredited Since:                1972

**Interboro Institute**
450 West 56th Street
New York, NY  10019-3697
New York County
(212) 399-0093
Michael O'Brien, President
Control:                             Proprietary (For-profit)
Highest Degree Awarded:    Associate
Accredited Since:                1972

**New York Academy of Art**
111 Franklin Street
New York, NY  10013-2911
New York County
(212) 966-0300
Stephen Farthing, Executive Director
Control:                             Independent (Not-for-profit)
Highest Degree Awarded:    Master's, no undergraduates
Accredited Since:                1989

**New York Career Institute**
11 Park Place
New York, NY  10007
New York County
(212) 962-0002
Ivan Londa, President
Control:                              Proprietary (For-profit)
Highest Degree Awarded:   Associate
Accredited Since:                1982

**New York College of Health Professions**
6801 Jericho Turnpike, Suite 300
Syosset, NY 11791
Nassau County
(516) 364-0808
Lisa Pamintuan, President
Control:                              Independent (Not-for-profit)
Highest Degree Awarded:   Master's
Accredited since:                2007

**Northeastern Seminary**
2265 Westside Drive
Rochester, NY  14624-1997
Monroe County
(585) 594-9471/6800
John Martin, President, Roberts Weslyen
Wayne McCown, Dean
Control:                              Independent (Not-for-profit)
Highest Degree Awarded:   Master's, no undergraduates
Accredited Since:                1998

**North Shore – Long Island Jewish Graduate School of Molecular Medicine**
350 Community Drive
Manhasset, NY  11030-3828
Nassau County
(718) 470-7553
Dr. Kevin J. Tracey, CEO & President
Control:                              Independent (Not-for-profit)
Highest Degree Awarded:   Doctorate, no undergraduates
Accredited Since:                1994

**Rabbi Isaac Elchanan Theological Seminary**
2540 Amsterdam Avenue
New York, NY 10033
(212) 960-5344
Rabbi Zevulun Charlop, Dean
Control:                              Independent (Not-for-profit)
Highest Degree Awarded:   Advanced Certificate
Accredited Since:                1973

_____

**The Rockefeller University**
1230 York Avenue
New York, NY  10021-6399
New York County
(212) 327-8000
Dr. Paul M. Nurse, President
Control:                 Independent (Not-for-profit)
Highest Degree Awarded:  Doctorate, no undergraduates
Accredited Since:        1954


**Salvation Army School for Officer Training**
201 Lafayette Avenue
Suffern, NY  10901
Rockland County
(845) 357-3501
Major Stephen Banfield, Training Principal
Control:                 Independent (Not-for-profit)
Highest Degree Awarded:  Associate
Accredited Since:        2005


**Sunbridge College**
285 Hungry Hollow Road
Chestnut Ridge, NY  10977-6398
Rockland County
(845) 425-0055
Robert Schiappacasse, President
Control:                 Independent (Not-for-profit)
Highest Degree Awarded:  Master's, no undergraduates
Accredited Since:        1991

**Technical Career Institutes**
320 West 31st Street
New York, NY  10001-2789
New York County
(212) 594-4000
Thomas M. Coleman, President
Control:                 Proprietary (For-profit)
Highest Degree Awarded:  Associate
Accredited Since:        1972

**The King's College**
350 Fifth Avenue, Suite 1500
New York, NY  10118
New York County
(212) 659-7200
Jack Stanley Oakes, Jr., President
Control:                 Independent (Not-for-profit)
Highest Degree Awarded:  Baccalaureate
Accredited Since:        1999

___

**Union Graduate College**
Lamont House
807 Union Street
Schenectady, NY  12308-3103
Schenectady County
(518) 388-6148
Susan Lehrman, President
Control:                              Independent (Not-for-profit)
Highest Degree Awarded:   Master
Accredited Since:                2004


**Utica School of Commerce**
201 Bleecker Street
Utica, NY  13501-2280
Oneida County
(315) 733-2307
Philip M. Williams, President
Control:                              Proprietary (For-profit)
Highest Degree Awarded:   Associate
Accredited Since:                1972



Additional Locations:

   Utica School of Commerce
   Canastota Campus
   P.O. Box 462
   Route 5
   Canastota, NY  13032-0462
   Madison County
   (315) 697-8200
   Accredited Since:           1995

   Utica School of Commerce
   Oneonta Campus
   17 Elm Street
   Oneonta, NY  13820-1828
   Otsego County
   (607) 432-7003
   Accredited Since:           1995

**Wood/Tobe-Coburn School**
8 East 40th Street
New York, NY  10016-0190
New York County
(212) 686-9040
Sandi Gruninger, President
Control:                              Proprietary (For-profit)
Highest Degree Awarded:   Associate
Accredited Since:                1972

_____