# EXHIBIT B



# MIDDLE STATES COMMISSION ON HIGHER EDUCATION





## Institution Directory

▶ Glossary

Search Directory:

**Institution Name:** Type all or part of the institution name (i.e. 'Universidad del Turabo' or 'Turabo')

print

Go

- Home
  - Institution Directory
- About Us
  - Evaluation Schedule
- Institutions
  - Recent Commission Actions
- Publications
  - Institutional Profile
- Policies
  - Dues & Fees
- Events
  - Membership Lists
- Evaluators
- News

Carnegie Classification:
Carnegie Sub-Classification:
Institution Control:
Institution State:

## Columbia University [Accredited]

| | |
|---|---|
| Address: | 2960 Broadway<br>New York, NY 10027 |
| Phone: | (212) 854-1754 |
| Fax: | (212) 865-8670 |
| Website: | www.columbia.edu |
| CEO Name:<br>CEO Title: | Mr. Lee C. Bollinger<br>President |
| CAO Name:<br>CAO Title: | Dr. Alan Brinkley<br>Provost and Allan Nevins Professor of History |
| Carnegie Classification: | Research - Very High Research Activity |
| Distance Learning Courses: | Yes |
| Control: | Private (Non-Profit) |
| Affiliation: | None |
| Adjusted Enrollment: | 21416 |
| Head Count: | 23726 |
| First Accredited in: | 1921 |
| Reaccredited in: | 2006 |
| Last Accredited Method: | Self-Study Review |



| | |
|---|---|
| Next Self Study Review: | 2015 - 16 |
| Next Periodic Review: | 2011 |
| CHE Staff Liaison: | Dr. Barbara S. Loftus |
| Campuses: | None. |
| Degrees: | Bachelor's, Certificate/Diploma, Doctoral, Master's, 1st Professional Degree |
| Institution Code: | 0298 |

▶ Statement of Accreditation Status

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

▶ Glossary

**Home | About us | Institutions | Publications | Policies | Events | Evaluators | FAQ | News | Contact | Sitemap**

© 2008 Middle States Commission on Higher Education



**MIDDLE STATES COMMISSION ON HIGHER EDUCATION**
3624 Market Street, Philadelphia, PA 19104-2680. Tel: 267-284-5000. Fax: 215-662-5501
*www.msche.org*

# STATEMENT OF ACCREDITATION STATUS

**COLUMBIA UNIVERSITY**
**2960 Broadway**
**New York, NY 10027**
**Phone: (212) 854-1754; Fax: (212) 865-8670**
**www.columbia.edu**

**Chief Executive Officer:**          Mr. Lee C. Bollinger, President

# INSTITUTIONAL INFORMATION

| | |
|---|---|
| **Enrollment (Headcount):** | 8383 Undergraduate; 15343 Graduate |
| **Control:** | Private (Non-Profit) |
| **Affiliation:** | n/a |
| **Carnegie Classification:** | Research - Very High Research Activity |
| **Degrees Offered:** | Certificate/Diploma, Bachelor's, Master's, 1st Professional Degree, Doctoral; |
| **Distance Learning Programs:** | Yes |

**Accreditors Approved by U.S. Secretary of Education:** Accrediting Board for Engineering and Technology (ABET) ; Accrediting Council on Education in Journalism and Mass Communications (ACEJMC); American Association of Nurse Anesthetists (AANA), Council on Accreditation of Nurse Anesthesia Education Programs; American Bar Association (ABA), Section on Legal Education and Admission to the Bar; American College of Nurse-Midwives (ACNM), Division of Accreditation; American Dental Association (ADA), Commission on Dental Accreditation ; American Occupational Therapy Association (AOTA), Accreditation Council for Occupational Therapy Education; American Physical Therapy Association (APTA), Commission on Accreditation; Association of American Law Schools (AALS); Association of Collegiate Business Schools and Programs (ACBSP); Commission on Collegiate Nursing Education (CCNE); Council on Education for Public Health (CEPH) ; Council on Social Work Education (CSWE) ; Liaison Committee on Medical Education (LCME) of the American Medical Association (AMA) and Association of American Medical Colleges (AAMC); National Architecture Accrediting Board (NAAB); National League for Nursing (NLN), Accrediting Commission ; Planning Accreditation Board (PAB)

## Instructional Locations

**Branch Campuses:** None

**Additional Locations:** Reid Hall, Columbia University in Paris, Reid Hall, France

**Other Instructional Sites:** Berlin Consortium for German Studies, Berlin, Germany; Kyoto Consortium for Japanese Studies, Kyoto, Japan; Law Externship - Federal Appellate Court, New York, NY; Reid Hall, Paris, France

# ACCREDITATION INFORMATION

**Status:** Member since 1921
**Last Reaffirmed:** June 22, 2006

**Most Recent Commission Action:**

June 22, 2006:             To reaffirm accreditation. The Periodic Review Report is due June 1, 2011.

**Brief History Since Last Comprehensive Evaluation:**

November 20, 2001:    To accept the Periodic Review Report and to reaffirm accreditation. The next evaluation visit is scheduled for 2005-06.

February 4, 2002:        To accept the report submitted by Columbia University and to include the Master of Public Administration in Earth Systems Science, Policy, and Management offered at Biosphere 2 in Oracle, Arizona within the scope of the institution's accreditation, pending a site visit within six months. The next evaluation visit is scheduled for 2005-2006.

November 20, 2002:    To thank the institution for receiving the Commission's representative and to include the Biosphere 2 branch in Oracle, Arizona, within the scope of the institution's accreditation. The next evaluation visit is scheduled for 2005-2006.

**Next Self-Study Evaluation:** 2015 - 2016

**Next Periodic Review Report:** 2011

**Date Printed:** December 31, 2008

# DEFINITIONS

**Branch Campus -** A location of an institution that is geographically apart and independent of the main campus of the institution. The location is independent if the location: offers courses in educational programs leading to a degree, certificate, or other recognized educational credential; has its own faculty and administrative or supervisory organization; and has its own budgetary and hiring authority.

**Additional Location -** A location, other than a branch campus, that is geographically apart from the main campus and at which the institution offers at least 50 percent of an educational program.

**Other Instructional Sites -** A location, other than a branch campus or additional location, at which the institution offers one or more courses for credit.

**Distance Learning Programs -** Yes or No indicates whether or not the institution has been approved to offer one or more degree or certificate/diploma programs for which students could meet 50% or more of their requirements by taking distance learning courses.

# EXPLANATION OF COMMISSION ACTIONS

An institution's accreditation continues unless it is explicitly suspended or removed. In addition to reviewing the institution's accreditation status at least every 5 years, actions are taken for substantive changes (such as a new degree or geographic site, or a change of ownership) or when other events occur that require review for continued compliance. Any type of report or visit required by the Commission is reviewed and voted on by the Commission after it is completed.

In increasing order of seriousness, a report by an institution to the Commission may be accepted, acknowledged, or rejected.

**Levels of Actions:**

Grant or <u>Re-Affirm Accreditation</u> without follow-up

<u>Defer a decision on initial accreditation:</u> The institution shows promise but the evaluation team has identified issues of concern and recommends that the institution be given a specified time period to address those concerns.

<u>Postpone</u> a decision on (reaffirmation of) accreditation: The Commission has determined that there is insufficient information to substantiate institutional compliance with one or more standards.

<u>Continue</u> accreditation: A delay of up to one year may be granted to ensure a current and accurate representation of the institution or in the event of circumstances beyond the institution's control (natural disaster, U.S. State Department travel warnings, etc.)

<u>Recommendations to be addressed in the next Periodic Review Report:</u> Suggestions for improvement are given, but no follow-up is needed for compliance.

<u>Supplemental Information Report:</u> This is required when a decision is postponed and are intended only to allow the institution to provide further information, not to give the institution time to formulate plans or initiate remedial action.

<u>Progress letter:</u> The Commission needs assurance that the institution is carrying out activities that were planned or were being implemented at the time of a report or on-site visit.

<u>Monitoring report:</u> There is a potential for the institution to become non-compliant with MSCHE standards; issues are more complex or more numerous; or issues require a substantive, detailed report. A visit may or may not be required.

<u>Warning:</u> The Commission acts to Warn an institution that its accreditation may be in jeopardy when the institution is not in compliance with one or more Commission standards and a follow-up report, called a monitoring report, is required to demonstrate that the institution has made appropriate improvements to bring itself into compliance. Warning indicates that the Commission believes that, although the institution is out of compliance, the institution has the capacity to make appropriate improvements within a reasonable period of time and the institution has the capacity to sustain itself in the long term.

<u>Probation:</u> The Commission places an institution on Probation when, in the Commission's judgment, the institution is not in compliance with one or more Commission standards and that the non-compliance is sufficiently serious, extensive, or acute that it raises concern about one or more of the following:

1. the adequacy of the education provided by the institution;
2. the institution's capacity to make appropriate improvements in a timely fashion; or
3. the institution's capacity to sustain itself in the long term.

Probation is often, but need not always be, preceded by an action of Warning or Postponement. If the Commission had previously postponed a decision or placed the institution on Warning, the Commission may place the institution on Probation if it determines that the institution has failed to address satisfactorily the Commission's concerns in the prior action of postponement or warning regarding compliance with Commission standards. This action is accompanied by a request for a monitoring report, and a special visit follows. Probation may, but need not always, precede an action of Show Cause.

<u>Suspend accreditation:</u> Accreditation has been Continued for one year and an appropriate evaluation is not possible. This is a procedural action that would result in Removal of Accreditation if accreditation cannot be reaffirmed within the period of suspension.

<u>Show cause why the institution's accreditation should not be removed:</u> The institution is required to present its case for accreditation by means of a substantive report and/or an on-site evaluation. A "Public Disclosure Statement" is issued by the Commission.

<u>Remove accreditation.</u> If the institution appeals this action, its accreditation remains in effect until the appeal is completed.

Case 1:08-cv-07286-LAK-KNF   Document 27-3   Filed 01/09/09   Page 7 of 7

Other actions are described in the Commission policy, "Range of Commission Actions on Accreditation."