# EXHIBIT C



Guide to
U.S. Department of
Education Programs

**2008**

# Guide to
# U.S. Department of
# Education Programs

**Office of Communications and Outreach**

*Washington, D.C.*

# 2008

**U.S. Department of Education**

Margaret Spellings
*Secretary of Education*

**Office of Communications and Outreach**

Lauren Maddox
*Assistant Secretary*

**Editorial Policy, Publications and Printing Team**

Jacquelyn Zimmermann
*Director*

**June 2008**

This report is in the public domain. Authorization to reproduce it in whole or in part is granted.  While permission to reprint this publication is not necessary, the citation should be: U.S. Department of Education, Office of Communications and Outreach, *Guide to U.S. Department of Education Programs*, Washington, D.C., 2008.

ISSN: 1552-583X

**To order copies of this report:**

**write** to: ED Pubs, Education Publications Center, U.S. Department of Education, P.O. Box 1398, Jessup, MD 20794-1398;

or **fax** your request to: 301-470-1244;

or **e-mail** your request to: edpubs@inet.ed.gov;

or **call** in your request toll-free: 1-877-433-7827 or 1-877-4-ED-PUBS. Those who use a telecommunications device for the deaf (TDD) or a teletypewriter (TTY), should call 1-877- 576-7734. If 877 service is not yet available in your area, call 1-800-872-5327 or 1-800-USA-LEARN;

or **order online** at: http://www.edpubs.ed.gov.

This report is also available on the Department's Web site at: http://www.ed.gov/programs/gtep/gtep.pdf.

On request, this publication is available in alternative formats, such as Braille, large print or computer diskette. For more information, please contact the Department's Alternate Format Center at 202-260-0852 or 202-260-0818.

# Contents

**Acknowledgments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .xi

**Abbreviations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xix

**Academic Improvement**

21st-Century Community Learning Centers . . . . . . . . . . . . . . . . . . .1
Comprehensive School Reform Program . . . . . . . . . . . . . . . . . . . .2
Comprehensive School Reform Quality Initiatives . . . . . . . . . . . . . . .3
Improving Literacy Through School Libraries . . . . . . . . . . . . . . . . . .5
Jacob K. Javits Gifted and Talented Student Education . . . . . . . . . . . .6
Rural and Low-Income School Program . . . . . . . . . . . . . . . . . . . . 8
School Dropout Prevention Program . . . . . . . . . . . . . . . . . . . . . 10
Small Rural School Achievement . . . . . . . . . . . . . . . . . . . . . . . 11
Smaller Learning Communities . . . . . . . . . . . . . . . . . . . . . . . . 12

**Adult Education**

Adult Education—Basic Grants to States . . . . . . . . . . . . . . . . . . . 14
Adult Education—National Leadership Activities . . . . . . . . . . . . . . . 15

**Assessment**

Grants for Enhanced Assessment Instruments . . . . . . . . . . . . . . . . 16
Grants for State Assessments . . . . . . . . . . . . . . . . . . . . . . . . . 18
National Assessment of Educational Progress . . . . . . . . . . . . . . . . 19
Statewide Longitudinal Data Systems . . . . . . . . . . . . . . . . . . . . 20

**Career and Technical Education**

Appalachian Regional Commission Program . . . . . . . . . . . . . . . . . 22
Career and Technical Education—Basic Grants to States . . . . . . . . . . 23
Career and Technical Education—Grants to Native Americans and Alaska Natives . . 24
Career and Technical Education National Programs . . . . . . . . . . . . . 25
Career and Technical Education—Native Hawaiians . . . . . . . . . . . . . 28
Pacific Career Education Improvement Program . . . . . . . . . . . . . . . 29
Tech Prep Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Tribally Controlled Postsecondary Career and Technical Institutions Program . . . 31

**Child Care**

Child Care Access Means Parents in School Program . . . . . . . . . . . . 33

**Civics**

Civic Education: Cooperative Civic Education and
    Economic Education Exchange Program . . . . . . . . . . . . . . . 34
Civic Education: We the People Program . . . . . . . . . . . . . . . . . . 35

## Correctional Education

Grants to States for Workplace and Community Transition Training for
Incarcerated Youth Offenders . . . . . . . . . . . . . . . . . . . 37

## Disability and Rehabilitation Research

Advanced Rehabilitation Research Training Project . . . . . . . . . . . 38
Disability and Business Technical Assistance Centers . . . . . . . . . . 39
Disability and Rehabilitation Research and Related Projects . . . . . . . 40
National Institute on Disability and Rehabilitation Research (NIDRR) . . . . . 42
NIDRR Field-Initiated Projects . . . . . . . . . . . . . . . . . 43
NIDRR Research Fellowships Program . . . . . . . . . . . . . . 44
Rehabilitation Engineering Research Centers . . . . . . . . . . . . 45
Rehabilitation Research and Training Centers . . . . . . . . . . . . 47
Spinal Cord Injuries Model Systems . . . . . . . . . . . . . . . 48

## Disadvantaged Persons

Advanced Placement Incentive Program . . . . . . . . . . . . . . 50
Advanced Placement Test Fee Program . . . . . . . . . . . . . . 51
Education for Homeless Children and Youths—Grants for State and
Local Activities . . . . . . . . . . . . . . . . . . . . . 52
Improving Basic Programs Operated by Local Education Agencies (Title I, Part A) . . 53
Prevention and Intervention Programs for Children and Youths
Who Are Neglected, Delinquent, or At Risk . . . . . . . . . . . 55

## English Language Acquisition

English Language Acquisition State Grants . . . . . . . . . . . . . 57
Native American and Alaska Native Children in School . . . . . . . . . 58

## Federal Student Aid

Academic Competitiveness Grants (ACG) and National Science and
Mathematics Access to Retain Talent (SMART) Grants . . . . . . . . 60
Federal Family Education Loan (FFEL) Program . . . . . . . . . . . 61
Federal Pell Grant Program . . . . . . . . . . . . . . . . . . 63
Federal Perkins Loan Program . . . . . . . . . . . . . . . . . 64
Federal Supplemental Educational Opportunity Grant (FSEOG) Program . . . . 66
Federal Work-Study (FWS) Program . . . . . . . . . . . . . . . 67
Leveraging Educational Assistance Partnership (LEAP) Program . . . . . . . 69
Special Leveraging Educational Assistance Partnership (SLEAP) Program . . . . 70
Teacher Education Assistance for College and Higher Education (TEACH) Grants . . 71
William D. Ford Federal Direct Loan Program . . . . . . . . . . . . 72

## Foreign Language Instruction

Foreign Language Assistance Program (LEAs) . . . . . . . . . . . . 74
Foreign Language Assistance Program (SEAs) . . . . . . . . . . . . 75

## Higher and Continuing Education

Alaska Native and Native Hawaiian Serving Institutions . . . . . . . . . 76

B.J. Stupak Olympic Scholarships . . . . . . . . . . . . . . . . . . . . 77

College Access Challenge Grant Program . . . . . . . . . . . . . . . . 78

Demonstration Projects to Ensure Students with Disabilities Receive a
Quality Higher Education . . . . . . . . . . . . . . . . . . . . . . 79

Developing Hispanic-Serving Institutions Program . . . . . . . . . . . . 80

Educational Opportunity Centers . . . . . . . . . . . . . . . . . . . . 81

Gaining Early Awareness and Readiness for Undergraduate Programs . . . . . 83

Graduate Assistance in Areas of National Need . . . . . . . . . . . . . 84

Hispanic-Serving Institutions—Science, Technology, Engineering, or
Mathematics (STEM) . . . . . . . . . . . . . . . . . . . . . . . 85

Historically Black Colleges and Universities Capital Financing Program . . . . . 87

Howard University . . . . . . . . . . . . . . . . . . . . . . . . . . 88

Jacob K. Javits Fellowships Program . . . . . . . . . . . . . . . . . . 89

Minority Science and Engineering Improvement Program . . . . . . . . . . 90

Robert C. Byrd Honors Scholarship Program . . . . . . . . . . . . . . . 91

Ronald E. McNair Postbaccalaureate Achievement . . . . . . . . . . . . . 92

Strengthening Asian American and Native American
Pacific Islander-serving Institutions . . . . . . . . . . . . . . . . 94

Strengthening Historically Black Colleges and Universities (HBCUs) and
Strengthening Historically Black Graduate Institutions (HBGIs) Programs . . . 95

Strengthening Institutions Program—Development Grants, Planning Grants . . . 96

Strengthening Native American-serving Nontribal Institutions . . . . . . . . 97

Strengthening Predominantly Black Institutions . . . . . . . . . . . . . 98

Student Support Services . . . . . . . . . . . . . . . . . . . . . . 100

Talent Search Program . . . . . . . . . . . . . . . . . . . . . . . . 101

Teachers for a Competitive Tomorrow: Baccalaureate STEM and
Foreign Language Teacher Training . . . . . . . . . . . . . . . . 103

Teachers for a Competitive Tomorrow: Masters STEM and
Foreign Language Teacher Training . . . . . . . . . . . . . . . . 104

Thurgood Marshall Legal Educational Opportunity Program . . . . . . . . . 105

Training Program for Federal TRIO Programs . . . . . . . . . . . . . . . 106

Underground Railroad Educational and Cultural Program . . . . . . . . . . 107

Upward Bound . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

Upward Bound Math-Science . . . . . . . . . . . . . . . . . . . . . 110

## Impact Aid

Impact Aid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

## Indian Education

American Tribally Controlled Colleges and Universities . . . . . . . . . . 113

Indian Education—Demonstration Grants for Indian Children . . . . . . . . 115

Indian Education—Formula Grants to Local Education Agencies . . . . . . . 116

Indian Education—National Activities . . . . . . . . . . . . . . . . . . 117

Indian Education—Professional Development Grants . . . . . . . . . . . 118

## International Education

American Overseas Research Centers . . . . . . . . . . . . . . 120
Business and International Education . . . . . . . . . . . . . . 121
Centers for International Business Education . . . . . . . . . . 122
Foreign Language and Area Studies Fellowships . . . . . . . . . 123
Fulbright-Hays—Doctoral Dissertation Research Abroad . . . . . . 124
Fulbright-Hays Faculty Research Abroad Fellowship . . . . . . . . 126
Fulbright-Hays—Group Projects Abroad Program . . . . . . . . . . 127
Fulbright-Hays Seminars Abroad—Bilateral Projects . . . . . . . 128
Institute for International Public Policy . . . . . . . . . . . . 130
International Research and Studies . . . . . . . . . . . . . . . 131
Language Resource Centers . . . . . . . . . . . . . . . . . . . 132
National Resource Centers Program for Foreign Language and Area Studies . . . 133
Technological Innovation and Cooperation for Foreign Information Access . . . 134
Undergraduate International Studies and Foreign Language . . . . . . . . . 136

## Migrant Education

Migrant Education—Basic State Formula Grants . . . . . . . . . . 137
Migrant Education—College Assistance Migrant Program . . . . . . 139
Migrant Education—Coordination Grants and Contracts . . . . . . 141
Migrant Education—High School Equivalency Program . . . . . . . 140
Migrant Education Program—Even Start . . . . . . . . . . . . . 143

## Postsecondary Improvement

Fund for the Improvement of Postsecondary Education . . . . . . . 145

## Professional Development

Early Childhood Educator Professional Development . . . . . . . . 146
English Language Acquisition National Professional Development Project . . . . 147
National Writing Project . . . . . . . . . . . . . . . . . . . . 148
Teaching American History . . . . . . . . . . . . . . . . . . . 149

## Reading

Early Reading First . . . . . . . . . . . . . . . . . . . . . . 150
Even Start . . . . . . . . . . . . . . . . . . . . . . . . . . 152
Even Start Family Literacy Program Grants for Indian Tribes and
    Tribal Organizations . . . . . . . . . . . . . . . . . . . . 153
Reading First . . . . . . . . . . . . . . . . . . . . . . . . . 155
Striving Readers . . . . . . . . . . . . . . . . . . . . . . . . 156

## Rehabilitation

American Printing House for the Blind . . . . . . . . . . . . . 158
Assistive Technology (Act) . . . . . . . . . . . . . . . . . . . 159
Braille Training . . . . . . . . . . . . . . . . . . . . . . . . 161
Centers for Independent Living . . . . . . . . . . . . . . . . . 162
Client Assistance Program . . . . . . . . . . . . . . . . . . . 163
Demonstration and Training Programs . . . . . . . . . . . . . . 164
Gallaudet University . . . . . . . . . . . . . . . . . . . . . . 165
Helen Keller National Center . . . . . . . . . . . . . . . . . . 166
Independent Living Services for Older Individuals Who Are Blind . . . . . . 167

Independent Living State Grants Program . . . . . . . . . . . . . . 168
Migrant and Seasonal Farmworkers Program . . . . . . . . . . . . 170
National Technical Institute for the Deaf . . . . . . . . . . . . . . 171
Parent Information and Training Programs . . . . . . . . . . . . . 173
Projects With Industry . . . . . . . . . . . . . . . . . . . . . . . 174
Protection and Advocacy for Assistive Technology . . . . . . . . . 175
Protection and Advocacy of Individual Rights . . . . . . . . . . . 176
Randolph Sheppard Vending Facility Program . . . . . . . . . . . 178
Recreational Programs . . . . . . . . . . . . . . . . . . . . . . . 179
Rehabilitation Act Program Improvement . . . . . . . . . . . . . 180
Rehabilitation Training . . . . . . . . . . . . . . . . . . . . . . . 181
Supported Employment State Grants . . . . . . . . . . . . . . . . 183
Traditionally Underserved Populations. . . . . . . . . . . . . . . 184
Vocational Rehabilitation Services Projects for American Indians with Disabilities . 186
Vocational Rehabilitation State Grants. . . . . . . . . . . . . . . 187

## Research

Education Research . . . . . . . . . . . . . . . . . . . . . . . . 188
Education Resources Information Center. . . . . . . . . . . . . . 190
Jacob K. Javits Gifted and Talented Students Education Program—
    National Research and Development Center . . . . . . . . . . . 191
Regional Educational Laboratories . . . . . . . . . . . . . . . . 193
Research in Special Education . . . . . . . . . . . . . . . . . . . 194
Small Business Innovation Research (SBIR) Program . . . . . . . . 196

## Safe and Drug-Free Schools

*Challenge, The* Newsletter . . . . . . . . . . . . . . . . . . . . 197
Elementary and Secondary School Counseling Programs . . . . . . 198
Foundations for Learning Grants . . . . . . . . . . . . . . . . . 200
Grants for School-Based Student Drug-Testing . . . . . . . . . . . 201
Grants for the Integration of Schools and Mental Health Systems. . . . . . . 202
Grants to Address Youth Violence and Related Issues in
    Persistently Dangerous Schools Program . . . . . . . . . . . . 203
Grants to Prevent High-Risk Drinking and Violent Behavior
    Among College Students. . . . . . . . . . . . . . . . . . . . 204
Grants to Reduce Alcohol Abuse . . . . . . . . . . . . . . . . . 205
Grants to States to Improve Management of
    Drug and Violence Prevention Programs . . . . . . . . . . . . 206
Mentoring Programs . . . . . . . . . . . . . . . . . . . . . . . 207
Models of Exemplary, Effective, and Promising Alcohol or
    Other Drug Abuse Prevention Programs on College Campuses . . . . . 209
Partnerships in Character Education . . . . . . . . . . . . . . . . 210
Programs for Native Hawaiians. . . . . . . . . . . . . . . . . . 212
Project School Emergency Response to Violence . . . . . . . . . . 213
Readiness and Emergency Management for Schools Grant Program . . . . . . 214
Safe and Drug-Free Schools and Communities: Governors' Grants . . . . . . 215
Safe and Drug-Free Schools and Communities: State Education Agency Grants . 216
Safe Schools—Healthy Students Initiative . . . . . . . . . . . . . 217

## School Improvement

Alaska Native Education Equity . . . . . . . . . . . . . . . 219
Arts in Education (noncompetitive awards) . . . . . . . . . . . . 220
Arts in Education—Model Development and Dissemination Grants Program . . . 221
Arts in Education—Professional Development for Arts Educators. . . . . . . 223
Carol M. White Physical Education Program . . . . . . . . . . . . 224
Charter Schools Program . . . . . . . . . . . . . . . . . . 225
Close Up Fellowship Program . . . . . . . . . . . . . . . . 227
Credit Enhancement for Charter School Facilities Program . . . . . . . 228
District of Columbia School Choice Incentive Program . . . . . . . . . 229
Educational, Cultural, Apprenticeship, and Exchange Programs for
 Alaska Natives, Native Hawaiians, and Their Historical Whaling and
 Trading Partners in Massachusetts . . . . . . . . . . . . . 230
Excellence in Economic Education . . . . . . . . . . . . . . . 232
Fund for the Improvement of Education—Programs of National Significance . . 233
Innovative Programs . . . . . . . . . . . . . . . . . . . 235
Magnet Schools Assistance . . . . . . . . . . . . . . . . . 236
Native Hawaiian Education Program . . . . . . . . . . . . . . 237
Parental Information and Resource Centers . . . . . . . . . . . . 238
Reading Is Fundamental—Inexpensive Book Distribution Program . . . . . 240
State Charter School Facilities Incentive Grants . . . . . . . . . . 241
Territories and Freely Associated States Education Grant Program . . . . . 242
Voluntary Public School Choice . . . . . . . . . . . . . . . 243
Women's Educational Equity . . . . . . . . . . . . . . . . 244

## Special Education

Early Intervention Program for Infants and Toddlers with Disabilities . . . . . 246
Preschool Grants for Children with Disabilities . . . . . . . . . . . 247
Special Education—Grants to States . . . . . . . . . . . . . . 249
Special Education—National Activities—Parent Information Centers . . . . . 250
Special Education—National Activities—Technical Assistance and Dissemination . 252
Special Education—Personnel Development to Improve Services and
 Results for Children with Disabilities . . . . . . . . . . . . 253
Special Education—State Personnel Development Grants Program . . . . . . 255
Special Education—National Activities—Technology and Media Services . . . . 256
Special Education—Studies and Evaluations . . . . . . . . . . . . 257
Special Olympics Education Programs . . . . . . . . . . . . . . 258

## Statistics

National Center for Education Statistics . . . . . . . . . . . . . 259

## Teacher and Principal Quality

Academies for American History and Civics . . . . . . . . . . . . . . 261
Advanced Certification or Advanced Credentialing . . . . . . . . . . 262
Full-Service Community Schools . . . . . . . . . . . . . . . . . . 263
Improving Teacher Quality State Grants . . . . . . . . . . . . . . 265
Mathematics and Science Partnerships . . . . . . . . . . . . . . . 266
School Leadership Program . . . . . . . . . . . . . . . . . . . . 267
Teacher Incentive Fund . . . . . . . . . . . . . . . . . . . . . . 268
Teacher Quality Enhancement Grants . . . . . . . . . . . . . . . 270
Transition to Teaching . . . . . . . . . . . . . . . . . . . . . . 271
Troops-to-Teachers . . . . . . . . . . . . . . . . . . . . . . . . 272

## Technical Assistance

Comprehensive Centers . . . . . . . . . . . . . . . . . . . . . . 273
Technical Assistance on State Data Collection . . . . . . . . . . . . 275
Training and Advisory Services—Equity Assistance Centers . . . . . . . . 276

## Technology

Enhancing Education Through Technology Program . . . . . . . . . . 277
Ready-to-Learn Television . . . . . . . . . . . . . . . . . . . . . 279

## Telecommunications

Ready-to-Teach Grant Program . . . . . . . . . . . . . . . . . . 280
Star Schools Program . . . . . . . . . . . . . . . . . . . . . . . 281

**Program Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283

**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287

**Catalog of Federal Domestic Assistance (CFDA) Index** . . . . . . . . . . . . . 304

**Education Level Index** . . . . . . . . . . . . . . . . . . . . . . . . 309

**Related Web Sites** . . . . . . . . . . . . . . . . . . . . . . . . Inside Back Cover

# Acknowledgments

I am deeply grateful to all of those who helped to produce this year's *Guide*. It could not have been published without the work and dedication of hundreds of employees throughout the Department, in particular the team who served as principal office editors and reviewers. This year's editors were: Mike High and Dan Klock, Federal Student Aid; Tom Brown, Institute of Education Sciences; Susan Winingar, Almita Reed, Lorenzo Esters and Catherine Pugh, Office of Elementary and Secondary Education; Francine Luckey-West, Office of English Language Acquisition; Liza Araujo-Rouse, Office of Innovation and Improvement; Dolly Stevenson, Office of Postsecondary Education; Bryan Williams, Office of Safe and Drug-Free Schools; Elizabeth McCulley, Office of Special Education and Rehabilitative Services; and Cindy Nolan, Office of Vocational and Adult Education.

The reviewers included Helene Brecher and Dana Dobson, Office of the General Counsel; and Elnora Walker, Office of Legislation and Congressional Affairs. Reviewer Jan Solomon of the Budget Service, a longtime contributor to the success of this guide, deserves particular mention for her considerable efforts to ensure the accuracy of the data in this book and for providing indispensable technical assistance whenever needed.

Special thanks also go to other Department employees including Gary Zion, Office of the Chief Information Officer, for providing excellent technical support throughout the project and for his willingness to assist. Vivian Wang, of the Office of Communications and Outreach (OCO), unselfishly donated her time to help in various roles and provided invaluable assistance with numerous facets of production; her input contributed significantly to a high-quality product. Caitlin Smith, formerly of OCO, also provided valuable input, and Marilyn Joyner, of OCO, assisted in various roles. And finally my thanks go to my supervisor, Jackye Zimmermann, of OCO, for her help in ensuring that this project succeeded.

I owe much to all who helped bring this year's *Guide* to fruition.


Kate Devine
Team Leader, Office of Communications and Outreach

# Abbreviations

| | |
|---|---|
| **AANAPISI** | Asian American and Native American Pacific Islander-serving Institution |
| **ACG** | Academic Competitiveness Grants |
| ***ADA*** | *Americans with Disabilities Act* |
| **ADA** | average daily attendance |
| **AFP** | Alternative Financing Program |
| **AOD** | alcohol and other drug |
| **AP** | Advanced Placement |
| **APH** | American Printing House (for the Blind) |
| **API** | Advanced Placement Incentive |
| **ARC** | Appalachian Regional Commission |
| ***ARDA*** | *Appalachian Regional Development Act* |
| ***ATA*** | *Assistive Technology Act* |
| **AYP** | adequate yearly progress |
| | |
| **BIE** | Bureau of Indian Education |
| | |
| **CAMP** | College Assistance Migrant Program |
| **CAP** | Client Assistance Program |
| **CBO** | community-based organization |
| ***CCRAA*** | *College Cost Reduction and Access Act of 2007* |
| **CFDA** | Code of Federal Domestic Assistance |
| ***CFR*** | *Code of Federal Regulations* |
| **CPRC** | Community Parent Resource Centers |
| **CSP** | Charter Schools Program |
| **CSR** | Comprehensive School Reform |
| **CSRD** | Comprehensive School Reform Demonstration |
| **CTE** | Career and Technical Education |
| | |
| **DANTES** | Defense Activity for Non-Traditional Education Support |
| **DBTAC** | Disability and Business Technical Assistance Centers |
| ***DD Act*** | *Developmental Disabilities Assistance and Bill of Rights Act of 2000* |
| **DRRP** | Disability and Rehabilitation Research and Related Projects |
| **DSU** | designated state units |

| | |
|---|---|
| **ECLS-K** | Early Childhood Longitudinal Survey-Kindergarten |
| **ED** | Department of Education |
| ***EDGAR*** | *Education Department General Administrative Regulations* |
| **EFC** | Expected Family Contribution |
| **EFIG** | Education Finance Incentive Grants |
| **ELL** | English language learner |
| **EOC** | Educational Opportunity Centers |
| **ERIC** | Education Resources Information Center |
| ***ESEA*** | *Elementary and Secondary Education Act* |
| **ESL** | English as a second language |
| ***ESRA*** | *Education Sciences Reform Act of 2002* |
| **EU** | European Union |
| | |
| **FAFSA** | *Free Application for Federal Student Aid* |
| **FAPE** | free appropriate public education |
| ***FAR*** | *Federal Acquisition Regulation* |
| **FCC** | Federal Capital Contributions |
| **FFEL** | Federal Family Education Loan |
| **FIE** | Fund for the Improvement of Education |
| **FIPSE** | Fund for the Improvement of Postsecondary Education |
| **FIR** | Field-Initiated Research |
| **FLAP** | Foreign Language Assistance Program |
| ***FR*** | *Federal Register* |
| **FSA** | Federal Student Aid |
| **FSEOG** | Federal Supplemental Educational Opportunity Grant |
| **FTE** | full-time equivalent |
| **FWS** | Federal Work-Study |
| **FY** | fiscal year |
| | |
| **GAANN** | Graduate Assistance in Areas of National Need |
| **GEAR UP** | Gaining Early Awareness and Readiness for Undergraduate Programs __ |
| **GED** | General Educational Development |
| **GPA** | grade point average |
| | |
| **HBCUs** | Historically Black Colleges and Universities |
| **HBGI** | Historically Black Graduate Institution |

| | |
|---|---|
| ***HEA*** | *Higher Education Act* |
| **HEP** | High School Equivalency Program |
| **HHS** | (Department of) Health and Human Services |
| **HKNC** | Helen Keller National Center |
| **HSI** | Hispanic-serving institution |
| | |
| ***IASA*** | *Improving America's Schools Act* |
| **IBO** | International Baccalaureate Organization |
| **ICS** | Incident Command System |
| ***IDEA*** | *Individuals with Disabilities Education Act* |
| **IEP** | Individualized Education Programs |
| **IES** | Institute for Education Sciences |
| **IHE** | institution of higher education |
| **IL** | independent living |
| **ISIR** | *Institutional Student Information Record* |
| **IV&V** | Independent Verification and Validation |
| | |
| **K** | kindergarten |
| **KDES** | Kendall Demonstration Elementary School |
| | |
| **LEA** | local education agency |
| **LEAP** | Leveraging Educational Assistance Partnership |
| **LEP** | limited English proficient |
| **LOA** | local operating agency |
| | |
| **MATO** | multiple award task order |
| **M.D.** | medical doctor |
| **MSEIP** | Minority Science and Engineering Improvement Program |
| **MSIX** | Migrant Student Information Exchange |
| **MSSD** | Model Secondary School for the Deaf |
| | |
| **NACTEP** | Native American—Vocational and Technical Education Program |
| **NAEP** | National Assessment of Educational Progress |
| **NASNTI** | Native American-serving Nontribal Institution |
| **NCEE** | National Council on Economic Education |
| ***NCLB*** | *No Child Left Behind Act of 2001* |

| | |
|---|---|
| **NIDRR** | National Institute on Disability and Rehabilitation Research |
| **NIMS** | National Incident Management System |
| **NRCCTE** | National Research Center for Career and Technical Education |
| **NTID** | National Technical Institute for the Deaf |
| | |
| **OCO** | Office of Communications and Outreach |
| **OELA** | Office of English Language Acquisition |
| **OESE** | Office of Elementary and Secondary Education |
| **OII** | Office of Innovation and Improvement |
| **OPE** | Office of Postsecondary Education |
| **OSDFS** | Office of Safe and Drug-Free Schools |
| **OSERS** | Office of Special Education and Rehabilitative Services |
| **OVAE** | Office of Vocational and Adult Education |
| | |
| **PAAT** | Protection and Advocacy for Assistive Technology |
| **PADD** | Protection and Advocacy of Developmental Disabilities |
| **PAIMI** | Protection and Advocacy for Individuals with Mental Illness |
| **PAIR** | Protection and Advocacy of Individual Rights |
| **PCP** | Potomac Center Plaza |
| **Ph.D.** | doctor of philosophy |
| **PIRCs** | Parental Information and Resource Centers |
| **P.L.** | Public Law |
| **PREL** | Pacific Regional Educational Laboratory |
| **PTI** | Parent Training and Information (Centers) |
| **PWI** | Projects With Industry |
| | |
| **REAP** | Rural Education Achievement Program |
| **RERCs** | Rehabilitation Engineering Research Centers |
| **RIF** | Reading Is Fundamental |
| **RIT** | Rochester Institute of Technology |
| **RLIS** | Rural and Low-Income School (Program) |
| **RRTCs** | Rehabilitation Research and Training Centers |
| **RSA** | Rehabilitation Services Administration |
| | |
| **SAHE** | state agency for higher education |
| **SAMHSA** | Substance Abuse & Mental Heath Services Administration |

| | |
|---|---|
| **SAR** | *Student Aid Report* |
| **SBIR** | Small Business Innovation Research (Program) |
| ***SBRA*** | *Small Business Reauthorization Act of 2000* |
| ***SDFSCA*** | *Safe and Drug-Free Schools and Communities Act* |
| **SEA** | state education agency |
| **Sec.** | Section |
| **SERV** | School Emergency Response to Violence |
| **SES** | Supplemental Educational Services |
| **SILC** | Statewide Independent Living Council |
| **SLAs** | state licensing agencies |
| **SLEAP** | Special Leveraging Educational Assistance Partnership (Program) |
| **SMART** | Science and Mathematics Access to Retain Talent |
| **SSI** | State Scholars Initiative |
| **SSIG** | State Student Incentive Grants |
| **SSS** | Student Support Services |
| **STEM** | science, technology, engineering or mathematics |
| | |
| **TBD** | to be determined |
| **T-Bill** | Treasury Bill |
| **TBIMS** | Traumatic Brain Injury Model System |
| **TCCU** | Tribally Controlled Colleges and Universities |
| **TCPCTIP** | Tribally Controlled Postsecondary Career and Technical Institutions Program |
| **TFA** | Teach for America |
| | |
| ***U.S.C.*** | *United States Code* |
| | |
| **VR** | vocational rehabilitation |
| **VSA** | Very Special Arts |

# Introduction

The *Guide to U.S. Department of Education Programs* provides an overview of U.S. Department of Education programs authorized and funded under federal law. It includes information as well on the laboratories, centers, and other facilities funded by the Department that provide important resources for education.

Nine principal offices are responsible for operating these programs. These offices are:

- Federal Student Aid (FSA);
- Institute of Education Sciences (IES);
- Office of Elementary and Secondary Education (OESE);
- Office of English Language Acquisition (OELA);
- Office of Innovation and Improvement (OII);
- Office of Postsecondary Education (OPE);
- Office of Safe and Drug Free Schools (OSDFS);
- Office of Special Education and Rehabilitative Services (OSERS); and
- Office of Vocational and Adult Education (OVAE).

A PDF file of the *Guide* can be found on the Department's Web site at: http://www.ed.gov/programs/gtep/gtep.pdf. The PDF contains a search function, so the *Guide* can be searched by word, program title or Catalog of Federal Domestic Assistance (CFDA) number, for example. A PDF of each program's page from the *Guide*, providing a succinct profile, can be found for each program on the Department's home page (http://www.ed.gov) under "Program at a Glance." The Department's Web site, which contains extended program profiles, allows a user to perform a full-text search on these pages or to search by administering office, title, CFDA number or similar Department number, type of assistance, and eligibility. The Department's Web site also contains an archive of programs that generally have not been funded for three or more years, starting in fall 2003.

New programs in the *Guide* include: College Access Challenge Grant Program; Hispanic-Serving Institutions—Science, Technology, Engineering, or Mathematics (STEM); Special Olympics Education Programs; Strengthening Asian American and Native American Pacific Islander-serving Institutions; Strengthening Native American-serving Nontribal Institutions; Strengthening Predominantly Black Institutions; Teacher Education Assistance for College and Higher Education (TEACH) Grants; Teachers for a Competitive Tomorrow: Baccalaureate STEM and Foreign Language Teacher Training; and Teachers for a Competitive Tomorrow: Masters STEM and Foreign Language Teacher Training.

## Format of Entries in the Guide

Each entry, which gives a brief overview of a program or resource, is listed initially by a broad topical heading, to which the table of contents is keyed. The program title and any commonly used names for the program come next, followed by the name of the principal office that administers the program. The CFDA or ED number follow. Programs that do not have CFDA or ED numbers assigned are listed as "None" in this field. (See also the CFDA Web site at: http://www.cfda.gov).

After the CFDA or ED number, information is provided about the entities that are eligible to apply to each program. Next comes information on any current competitions and the types of assistance available. Funding levels for fiscal year (FY) 2008 and the previous two fiscal years follow next. Most of the programs in the *Guide* received funding in FY 2008. A few programs that received no funding in FY 2008 also are included in the *Guide* because they are still disbursing continuation funds from previous years.

The next section provides information about new awards in FY 2008, if any, as well as any continuation awards. Information may include the number of these awards, and their average amount and range, in dollars.

Following awards information are the citation for the program's authorizing legislation and any applicable program regulations. For major pieces of legislation, unless otherwise noted, the words "as amended" refer readers to the most recent reauthorization of the law cited. For example, the most recent amendments to the *Elementary and Secondary Education Act* were contained in the *No Child Left Behind Act of 2001* (*NCLB*). Therefore, the citation "*Elementary and Secondary Education Act of 1965, as amended*" refers to the changes made by *NCLB*. When a program is authorized under an amendment prior to the most recent reauthorization, the name of the earlier amendment is listed. For example, for a program authorized under the *Improving America Schools Act of 1994* (*IASA*), a prior amendment to *ESEA*, the language reads "as amended by the *IASA*." Other significant pieces of legislation and their most recent major amendments include: the *Higher Education Act of 1965*, most recently amended by the *Higher Education Amendments of 1998*; the *Individuals with Disabilities Education Act* or *IDEA*, most recently amended by the *Individuals with Disabilities Education Improvement Act of 2004*; and the *Rehabilitation Act of 1973*, most recently amended by Title IV of the *Workforce Investment Act of 1998*. The *Carl D. Perkins Career and Technical Education Act of* 2006 amended the *Carl D. Perkins Vocational and Applied Technology Education Act of 1998*. The *Education Department General Administrative Regulations*, referred to as "*EDGAR*," generally apply to all discretionary and competitive grants. The same is true for the governmentwide *Federal Acquisition Regulation*, or *FAR*, for contracts.

A brief description of the program's purpose and information about the types of projects carried out are provided next, followed by the target education level for each program as well as key subject terms, which may help direct readers to specific programs. Finally, at the end of each entry, the Department has provided contact information for each program, along with related Web sites that may be of interest.

## Other Features

The *Guide* also contains a list of abbreviations and their meaning, an index of programs by title, an index of programs by CFDA number, an index of subject terms, typically several of which are listed with each program for identifying programs with a similar focus, and, for the first time, an index of programs by education level. A list of related Web addresses that may be of interest to the reader is found on the inside back cover.

## Other Notices of Grants and Contracts

Readers interested in the Department's discretionary grant competitions should refer frequently to the "Forecast of Funding Opportunities Under the Department of Education Discretionary Grant Programs for Fiscal Year FY 2008" at: http://www.ed.gov/fund/grant/find/edlite-forecast.html. Notices of all competitions for Education Department discretionary and competitive grants are published in the *Federal Register*, which is published by the Office of the Federal Register, National Archives and Records Administration (see: http://www.archives.gov/federal_register). You also may access *Federal Register* documents specific only to the Education Department at: www.ed.gov/news/fedregister.

Readers interested in the Department's contract opportunities should refer frequently to the "Forecast of ED Contract Opportunities" at: www.ed.gov/fund/contract/find/forecast.html. General information on Education Department contracts may be found at: http://www.ed.gov/about/offices/list/ocfo/contracts/contracts.html. As of Jan. 2, 2002, requests for proposals (RFPs) for Department procurement opportunities exceeding $25,000, which were previously announced in the *Commerce Business Daily*, are now advertised on the Federal Business Opportunities Web site at: https://www.fbo.gov. This Web publication was designated in the *Federal Acquisition Regulation* to provide universal public access on the Internet to governmentwide federal procurement opportunities (see 66 *Federal Register* 27407, May 16, 2001).

## To Order

The *Guide* is printed annually in hard copy.

To order copies,

**call** in your request toll-free to 1-877-422-7827 or 1-877-4-ED-PUBS. Those who use a telecommunications device for the deaf (TDD) or a teletypewriter (TTY), should call 1-877-576-7734. If 877 service is not yet available in your area, call 1-800-872-5327 or 1-800-USA-LEARN;

or **order online** at: www.edpubs.ed.gov;

or **e-mail** your request to: edpubs@inet.ed.gov;

or **write** to: ED Pubs, Education Publications Center, U.S. Department of Education, P.O. Box 1398, Jessup, MD 20794-1398;

or **fax** your request to: 301-470-1244.

*Guide to U.S. Department of Education Programs*
**http://www.ed.gov/programs/gtep/gtep.pdf**

**Please note:**
*The programs listed in this guide were considered accurate as of the publication date.*

# Guide to
# U.S. Department of
# Education Programs

# 2008

# Academic Improvement

**PROGRAM TITLE**

# 21st-Century Community Learning Centers

**CFDA # (OR ED #)**

84.287

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Awards are made to SEAs. Local education agencies (LEAs), community-based organizations (CBOs), and other public or private entities may apply to states for subgrants.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Formula grants are awarded to SEAs, which, in turn, manage statewide competitions and award subgrants to LEAs and community-based organizations.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $981,166,230 |
| Fiscal Year 2007 | $981,166,230 |
| Fiscal Year 2008 | $1,081,166,187 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this Guide.*

Number of New Awards Anticipated: 52
Average New Award: $20,791,653
Range of New Awards: $5,297,714–$131,999,576

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title IV, Part B

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 76, 77, 80, 82, 85, and 99

**PROGRAM DESCRIPTION**

This program supports the creation of community learning centers that provide academic enrichment opportunities during nonschool hours for children, particularly students who attend high-poverty and low-performing schools. The program intends to help students meet state and local student standards in core academic subjects, such as reading and math; offers students a broad array of enrichment activities that can complement their regular academic programs; and offers literacy and other educational services to the families of participating children.

**TYPES OF PROJECTS**

Each eligible entity that receives an award from the state may use the funds to carry out a broad array of before- and after-school activities (including those held during summer recess periods) to advance student achievement. These activities include:

- Remedial education activities and academic enrichment learning programs, including those that provide additional assistance to students to allow the students to improve their academic achievement;

- Mathematics and science education activities;

- Arts and music education activities;

- Entrepreneurial education programs;

- Tutoring services, including those provided by senior citizen volunteers, and mentoring programs;

- Programs that provide after-school activities for limited English proficient (LEP) students that emphasize language skills and academic achievement;

- Recreational activities;

- Telecommunications and technology education programs;

- Expanded library service hours;

- Programs that promote parental involvement and family literacy;

- Programs that provide assistance to students who have been truant, suspended, or expelled to allow them to improve their academic achievement;

- Drug and violence prevention programs;

*continued top of next page*

- Counseling programs; and
- Character education programs.

## EDUCATION LEVEL (BY CATEGORY)

K–12

## SUBJECT INDEX

After-School Programs, Community Involvement, Elementary Secondary Education, Learning, Learning Centers (Classroom), Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Shawn Stelow |
| E-mail Address | Shawn.Stelow@ed.gov |
| Mailing Address | U.S. Department of Education, OESE 21st-Century Community Learning Centers |
| | Lyndon Baines Johnson Department of Education Building |
| | 400 Maryland Ave. S.W., Rm. 3W234 Washington, DC 20202-6100 |
| Telephone | 202-205-1656 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-8969 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/21stcclc/index.html

## Academic Improvement

### PROGRAM TITLE

# Comprehensive School Reform Program

### ALSO KNOWN AS

CSR; formerly known as CSRD (Comprehensive School Reform Demonstration)

### CFDA # (OR ED #)

84.332A

### ADMINISTERING OFFICE

Office of Elementary and Secondary Education (OESE)

### WHO MAY APPLY (SPECIFICALLY)

Formerly, awards were made to state education agencies (SEAs). Local education agencies (LEAs) applied for subgrants to SEAs on behalf of schools.

### TYPE OF ASSISTANCE (SPECIFICALLY)

In 2005 and previous fiscal years, the CSR program provided formula grants to SEAs and a set-aside for Comprehensive School Reform Quality Initiatives (see # 84.332B, also under topical heading "Academic Improvement."). In FY 2006 and 2007, funds supported an ongoing contract for the CSR Clearinghouse and CSR Quality Initiatives. In FY 2008, funds support the final year of the CSR Clearinghouse contract.

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $7,920,000 |
| Fiscal Year 2007 | $2,351,812 |
| Fiscal Year 2008 | $1,605,454 |

Note: CSR administered formula grants under both Title I, Part F, and the Fund for the Improvement of Education (FIE) in FY 2004. In FY 2005, funds were appropriated only for the Title I, Part F, state formula grant program (including the Comprehensive School Reform Quality Initiatives set-aside). In FY 2006 and FY 2007, funds appropriated supported only the CSR Clearinghouse ($1,450,000 in FY 2006 and $1,236,791 in FY 2007) and the set-aside for the CSR

Quality Initiatives ($6,470,000 in FY 2006 and $815,021 in FY 2007). In FY 2008, funds support the CSR Clearinghouse.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 1

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title I, Part F. Also for FY 2007, *Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2007*; P.L. 110-05

## PROGRAM REGULATIONS

*EDGAR*

## PROGRAM DESCRIPTION

This program is authorized to provide formula grants to SEAs to award competitive grants to LEAs on behalf of schools. However, in FY 2008, funding was appropriated only for the CSR Clearinghouse, which provides support for comprehensive school reform activities.

## TYPES OF PROJECTS

The program supports a clearinghouse (in FY 2008).

## EDUCATION LEVEL (BY CATEGORY)

K–12

## SUBJECT INDEX

Comprehensive Programs, Research

## CONTACT INFORMATION

| | |
|---|---|
| Name | Braden Goetz |
| E-mail Address | Braden.Goetz@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Comprehensive School Reform Program Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W103 Washington, DC 20202-6200 |
| Telephone | 202-260-0982 |
| Fax | 202-260-8969 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/compreform/index.html
http://www.centerforcsri.org

---

## Academic Improvement

**PROGRAM TITLE**

# Comprehensive School Reform Quality Initiatives

**ALSO KNOWN AS**

CSR Quality Initiatives

**CFDA # (OR ED #)**

84.332B

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

Public and private organizations that provide educational and related services were eligible (see Current Competitions) to apply.

**CURRENT COMPETITIONS**

None.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $6,470,000 |
| Fiscal Year 2007 | $845,000 |
| Fiscal Year 2008 | $0 |

Note: These funds were a set-aside from the Comprehensive School Reform Program (see # 84.332A, also under topical heading "Academic Improvement"). FY 2007 funds supported the final year of the last remaining Quality Initiatives grant.

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 0

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Sec. 1608

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 74, 75, 77, 81, 82, 86, 97, 98, and 99

## PROGRAM DESCRIPTION

The purpose of the CSR Quality Initiatives program was to provide discretionary grants to support activities that would enhance the state-administered CSR program and to enable schools that were identified for improvement, corrective action, or restructuring under Title I, Part A, of *ESEA* to meet their state's definition of adequate yearly progress (AYP).

## TYPES OF PROJECTS

The program supported activities in the following categories:

1. Technical assistance in making informed decisions—To support public and private efforts in which funds are matched by private organizations to assist states, local education agencies (LEAs), and schools in making informed decisions regarding approving or selecting providers of comprehensive school reform, consistent with the requirements in Sec. 1606(a) of *ESEA*, as amended; and

2. Model development and capacity building—To foster the development of comprehensive school reform models, and to provide effective capacity building for comprehensive school reform providers to expand their work in more schools, ensure quality, and promote financial stability.

## EDUCATION LEVEL (BY CATEGORY)

K–12

## SUBJECT INDEX

Academic Achievement, School Reform, Technical Assistance

## CONTACT INFORMATION

| | |
|---|---|
| Name | Theda Zawaiza |
| E-mail Address | Theda.Zawaiza@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Program |
| | Lyndon Baines Johnson Department of Education Building |
| | 400 Maryland Ave. S.W., Rm. 3W227 Washington, DC 20202 |
| Telephone | 202-205-3783 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-8969 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/qualinits/index.html

## Academic Improvement

**PROGRAM TITLE**

# Improving Literacy Through School Libraries

**CFDA # (OR ED #)**

84.364A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (SPECIFICALLY)**

Local education agencies (LEAs) in which at least 20 percent of students served are from families with incomes below the poverty line may apply. Outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) and the Department of the Interior's Bureau of Indian Education are eligible for funds under a set-aside.

**CURRENT COMPETITIONS**

FY 2008 application deadline: March 7, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $19,486,170 |
| Fiscal Year 2007 | $19,486,170 |
| Fiscal Year 2008 | $19,144,597 |

Note: If the appropriation exceeds $100,000,000, then funds would be distributed by formula to state education agencies (SEAs).

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 80
Average New Award: $250,000
Range of New Awards: $30,000–$500,000

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part B, Subpart 4; 20 *U.S.C.* 6383

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program helps LEAs improve reading achievement by providing students with increased access to up-to-date school library materials; well-equipped, technologically advanced school library media centers; and professionally certified school library media specialists.

**TYPES OF PROJECTS**

Districts may use funds for the following activities:

- Purchasing up-to-date school library media resources, including books;

- Acquiring and using advanced technology that is integrated into the school curricula to develop and enhance the information literacy, information retrieval, and critical-thinking skills of students;

- Facilitating Internet links and other resource-sharing networks among school and school library media centers, and public and academic libraries;

- Providing professional development for school library media specialists and provide activities that foster increased collaboration among school library media specialists, teachers, and administrators; and

- Providing students with access to school libraries during nonschool hours, weekends, and summer vacations.

**EDUCATION LEVEL (BY CATEGORY)**

Elementary, Secondary

**SUBJECT INDEX**

Elementary Secondary Education, Libraries, Literacy, Secondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Irene B. Harwarth |
| E-mail Address | Irene.Harwarth@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W241 Washington, DC 20202-6100 |
| Telephone | 202-401-3751 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-8969 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/lsl/index.html

# Academic Improvement

**PROGRAM TITLE**

## Jacob K. Javits Gifted and Talented Student Education

**CFDA # (OR ED #)**

84.206A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Under a Priority One competition (see Program Description for more on priority competitions), SEAs, LEAs, IHEs, other public agencies, and private agencies and organizations, including Indian tribes and tribal organizations, as defined by the *Indian Self-Determination and Education Assistance Act*, and Native Hawaiian organizations may apply. Under a Priority Two competition, SEAs, LEAs, or both, may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: June 5, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $9,596,000 |
| Fiscal Year 2007 | $7,596,070 |
| Fiscal Year 2008 | $7,463,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 6
Average New Award: $441,000
Range to New Awards: $300,000–$450,000

Number of Continuation Awards: 6
Average Continuation Award: $461,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title V, Part D, Subpart 6; 20 *U.S.C.* 7253, *et seq.*

**PROGRAM REGULATIONS**

*EDGAR* and Jacob K. Javits Gifted and Talented *Federal Register* program notice inviting applications

**PROGRAM DESCRIPTION**

The purpose of this program is to carry out a coordinated program of scientifically based research, demonstration projects, innovative strategies, and similar activities designed to build and enhance the ability of elementary and secondary schools to meet the special education needs of gifted and talented students. A major goal of the program is to serve students who are traditionally underrepresented in gifted and talented programs, particularly economically disadvantaged, limited English proficient (LEP), and disabled students, to help reduce the gap in achievement among certain groups of students at the highest levels of achievement.

Grants are awarded under two priorities. Priority One supports initiatives to develop and scale up models serving students who are underrepresented in gifted and talented programs. Priority Two supports state and local efforts to improve services for gifted and talented students.

The Department's program also supports a National Research Center on the Gifted and Talented administered by the Department's Institute for Education Sciences (IES) with competition information is posted at http://www.gifted.uconn.edu/nrcgt.html when available.

**TYPES OF PROJECTS**

Programs and projects (SEA and LEA capacity-building grants) must carry out one or more of the following:

- Conducting scientifically based research on methods and techniques for identifying and teaching gifted and talented students—and for using these programs and methods to serve all students—and conducting program evaluations, surveys, and other analyses needed to accomplish the purpose of the program;

- Carrying out professional development for personnel involved in the education of gifted and talented students;

- Establishing and operating model projects and exemplary programs for serving gifted and talented students, including innovative methods of serving students whose needs may not be met by more traditional gifted and talented programs (including summer programs, mentoring, service learning, and programs involving business, industry, and education);

- Implementing innovative strategies, such as cooperative learning, peer tutoring, and service learning;

- Providing technical assistance and information on how to serve gifted and talented students and, where appropriate, how to adapt these programs to serve all students;

- Making materials and services available through state regional education service centers, IHEs, or other entities; or

- Providing challenging, high-level course work, disseminated through technologies (including distance learning), for students in schools or LEAs that would not otherwise have the resources for such course work.

In addition, the program supports the National Research Center on the Gifted and Talented for the purpose of carrying out the allowable activities already described. No more than 30 percent of appropriated funds are spent for research.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

*continued top of next page*

## SUBJECT INDEX

Demonstration Programs, Elementary Secondary Education, Gifted, High-Risk Students, Research, Secondary Education, Talent

## CONTACT INFORMATION

| | |
|---|---|
| Name | Pat O'Connell-Johnson |
| E-mail Address | Patricia.Johnson@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Programs |
| | Lyndon Baines Johnson Department of Education Building |
| | 400 Maryland Ave. S.W., Rm. 3W111 Washington, DC 20202-6140 |
| Telephone | 202-260-7813 |
| Fax | 202-205-5630 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/javits/index.html

## Academic Improvement

### PROGRAM TITLE

# Rural and Low-Income School Program

### ALSO KNOWN AS

Rural and Low-Income School Grant Program; RLIS

### CFDA # (OR ED #)

84.358B

### ADMINISTERING OFFICE

Office of Elementary and Secondary Education (OESE)

### WHO MAY APPLY (BY CATEGORY)

State Education Agencies (SEAs)

### WHO MAY APPLY (SPECIFICALLY)

Funds are awarded to SEAs, which in turn make sub-grants to local education agencies (LEAs). An LEA is eligible to apply to its SEA for a subgrant if:

1.  The LEA is not eligible for a grant under the Small Rural School Achievement program (see # 84.358A, also under topical heading "Academic Improvement");

2.  20 percent or more of the children age 5 through 17 years served by the LEA are from families with incomes below the poverty line; and

3.  All of the schools served by the LEA are designated with a school locale code of 6, 7, or 8.

### TYPE OF ASSISTANCE (BY CATEGORY)

Formula Grants

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $84,458,880 |
| Fiscal Year 2007 | $84,458,880 |
| Fiscal Year 2008 | $85,927,161 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 45, including outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) and the U.S. Department of the Interior's Bureau of Indian Education

Average New Award: $2,124,197 (states only)

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title VI, Part B

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The purpose of the program is to provide financial assistance to rural districts to assist them in meeting their state's definition of adequate yearly progress (AYP). Applicants do not compete but rather are entitled to funds if they meet basic eligibility requirements. Eligibility is restricted by statute.

Awards are issued annually to SEAs, which make subgrants to LEAs that meet the applicable requirements. Awards are made to all SEAs that apply and meet the applicable requirements of the act (see Legislative Citation above). If an SEA does not participate, awards are issued by the U.S. Department of Education to eligible LEAs in the state either competitively or by formula.

**TYPES OF PROJECTS**

Recipients may use program funds to conduct the following activities:

- Teacher recruitment and retention, including the use of signing bonuses and other financial incentives;

- Teacher professional development, including programs that train teachers to use technology to improve teaching and that train teachers of students with special needs;

- Support for educational technology, including software and hardware, that meets the requirements of *ESEA*, Title II, Part D (see Enhancing Education Through Technology Program; # 84.318, under topical heading "Technology");

- Parental involvement activities;

- Activities authorized under the Safe and Drug-Free Schools and Communities: State Grants program (*ESEA*, Title IV, Part A, Subpart 1; # 84.186A, under topical heading "Safe and Drug-Free Schools");

- Activities authorized under *ESEA*, Title I, Part A (Improving Basic Programs Operated by LEAs; # 84.010, under topical heading "Disadvantaged Persons"); or

- Activities authorized under *ESEA*, Title III (Language Instruction for Limited English Proficient and Immigrant Students).

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Academic Achievement, Elementary Education, Rural Education, Secondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Eric Schulz |
| E-mail Address | Eric.Schulz@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E108 Washington, DC 20202-6400 |
| Telephone | 202-260-7349 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-5870 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/nclb/freedom/local/reap.html
http://www.ed.gov/programs/reaprlisp/index.html

## Academic Improvement

**PROGRAM TITLE**

## School Dropout Prevention Program

**ALSO KNOWN AS**

Dropout Program

**CFDA # (OR ED #)**

84.360

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs), State Education Agencies (SEAs)

**CURRENT COMPETITIONS**

None. Funds were not appropriated for this program in FY 2007 or FY 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $4,851,000 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $0 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA), as amended, Title I, Part H*

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The purpose of the program was to support effective, sustainable, and coordinated dropout prevention and reentry programs in high schools with annual dropout rates that exceeded their state average annual dropout rate. Middle schools with students who continued on to these high schools also were supported.

**TYPES OF PROJECTS**

The program provided grants to state education agencies (SEAs) and local education agencies (LEAs) to support school dropout prevention and reentry efforts.

**EDUCATION LEVEL (BY CATEGORY)**

Middle School, Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

Grades 6–12

**SUBJECT INDEX**

Dropouts, School Reform

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Theda Zawaiza |
| E-mail Address | DropoutPrevention@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W227 Washington, DC 20202-6200 |
| Telephone | 202-205-3783 |
| Fax | 202-260-8969 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/dropout/index.html

## Academic Improvement

**PROGRAM TITLE**

# Small Rural School Achievement

**ALSO KNOWN AS**

Small Rural School Grants; SRSA

**CFDA # (OR ED #)**

84.358A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs)

**WHO MAY APPLY (SPECIFICALLY)**

An LEA is eligible for an award if:

1. The total number of students in average daily attendance (ADA) at all of the schools served by the LEA is fewer than 600, or each county in which a school served by the LEA is located has a total population density of fewer than 10 persons per square mile; and

2. All of the schools served by the LEA are designated with a school locale code of 7 or 8 by the U.S. Department of Education's National Center for Education Statistics, or the secretary of education has determined, based on a demonstration by the LEA and concurrence of the state education agency (SEA), that the LEA is located in an area defined as rural by a governmental agency of the state.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $84,458,880 |
| Fiscal Year 2007 | $84,458,880 |
| Fiscal Year 2008 | $85,927,161 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: Approximately 4,092
Average New Award: $21,000
Range of New Awards: $38–$60,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title VI, Part B

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The purpose of this program is to provide financial assistance to rural districts to assist them in meeting their state's definition of adequate yearly progress (AYP). Applicants do not compete but rather are entitled to funds if they meet basic eligibility requirements. Eligibility is restricted by statute. Awards are issued annually directly to eligible LEAs on a formula basis.

**TYPES OF PROJECTS**

Recipients may use program funds to conduct activities under the following *ESEA* programs:

- Title I, Part A (Improving the Academic Achievement of the Disadvantaged);

- Title II, Part A (Improving Teacher Quality State Grants; see # 84.367, under topical heading "Teacher and Principal Quality");

- Title II, Part D (Enhancing Educational Through Technology Program; see # 84.318, under topical heading "Technology");

- Title III (Language Instruction for Limited English Proficient and Immigrant Students);

- Title IV, Part A (Safe and Drug-Free Schools and Communities);

- Title IV, Part B (21st-Century Community Learning Centers; see # 84.287, under topical heading "Academic Improvement"); and

- Title V, Part A (State Grants for Innovative Programs).

**EDUCATION LEVEL (BY CATEGORY)**

K–12

*continued top of next page*

## SUBJECT INDEX

Academic Achievement, Elementary Education, Rural Education, Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Eric Schulz |
| E-mail Address | Eric.Schulz@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E108 Washington, DC 20202-6400 |
| Telephone | 202-260-7349 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-5870 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/nclb/freedom/local/reap.html
http://www.ed.gov/programs/reapsrsa/index.html

# Academic Improvement

## PROGRAM TITLE

# Smaller Learning Communities

## CFDA # (OR ED #)

84.215L

## ADMINISTERING OFFICE

Office of Elementary and Secondary Education (OESE)

## WHO MAY APPLY (BY CATEGORY)

Local Education Agencies (LEAs)

## WHO MAY APPLY (SPECIFICALLY)

LEAs, on behalf of one or more large high schools (that include grades 11 and 12 and enroll at least 1,000 students in grades 9 and above) may apply.

## CURRENT COMPETITIONS

Application deadline for new awards using FY 2007 funds: Feb. 25, 2008. FY 2008 funds are expected to support continuations and possible new awards in FY 2009.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $93,351,240 |
| Fiscal Year 2007 | $93,351,240 |
| Fiscal Year 2008 | $80,107,636 |

Note: LEAs may receive up to $1,750,000 for an implementation grant to a single high school depending on the size of the school, during the 60-month project period, or up to $14,000,000 for an implementation grant on behalf of multiple high schools. LEAs may not include more than eight high schools in a single application for a grant.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 40 in FY 2008 (using FY 2007 funds)
Average New Award: $2,208,090
Range of New Awards: $1,250,000–$14,000,000

Number of Continuation Awards: 0

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title V, Part D, Subpart 4, Sec. 5441; 20 *U.S.C.* 7249

## PROGRAM REGULATIONS

*EDGAR*

## PROGRAM DESCRIPTION

This program provides funds to LEAs to support the development of small, safe, and successful learning environments in large high schools as a component of comprehensive high school improvement plans.

## TYPES OF PROJECTS

LEAs receive funds on behalf of large high schools to enable those schools to undertake research-based reforms and restructure into smaller learning environments. Structures include "houses," career academies, theme-based academies, or other smaller organizational units. Accompanying strategies that support the creation or expansion of these smaller learning environments include block scheduling, mentoring programs, teacher-advisory systems, and other innovations that create a more personal experience for students.

## EDUCATION LEVEL (BY CATEGORY)

Secondary

## SUBJECT INDEX

Academic Standards, Educational Improvement, Educational Innovation, Elementary Secondary Education, Innovation, School Reform, Secondary Education, Standards

## CONTACT INFORMATION

| | |
|---|---|
| Name | Angela Hernandez-Marshall |
| E-mail Address | SmallerLearningCommunities@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Smaller Learning Communities Program High School Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W236 Washington, DC 20202-6400 |
| Telephone | 202-205-1909 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-8969 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/slcp/applicant.html

## Adult Education

**PROGRAM TITLE**

## Adult Education—Basic Grants to States

**CFDA # (OR ED #)**

84.002

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Awards are made to state eligible agencies, as defined in 20 *U.S.C.* 9202(4), that under state law are solely responsible for administering or supervising statewide policy for adult education and literacy, including such entities as SEAs, postsecondary agencies, or workforce agencies.

The Department provides grants to these state eligible agencies, which, in turn, fund local projects. The following types of entities are eligible to apply to state eligible agencies for funds: local education agencies (LEAs); community-based organizations (CBOs) of demonstrated effectiveness; volunteer literacy organizations of demonstrated effectiveness; institutions of higher education (IHEs); public or private nonprofit agencies; libraries; public housing authorities; other nonprofit institutions that have the ability to provide literacy services to adults and families; and consortia of the agencies, organizations, institutions, libraries or authorities previously described.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $563,975,280 |
| Fiscal Year 2007 | $563,975,280 |
| Fiscal Year 2008 | $554,122,357 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57
Average New Award: $10,442,445
Range of New Awards: $34,869–$77,897,938

**LEGISLATIVE CITATION**

*Adult Education and Family Literacy Act* (*AEFLA*); 20 *U.S.C.* 9201 *et seq.*

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 462. Also, nonregulatory guidance for adult education programs is provided to states.

**PROGRAM DESCRIPTION**

This program provides grants to states to fund local programs of adult education and literacy services, including workplace literacy services; family literacy services; English literacy programs and integrated English literacy-civics education programs. Participation in these programs is limited to adults and out-of-school youths age 16 and older who are not enrolled or required to be enrolled in secondary school under state law.

**TYPES OF PROJECTS**

More than 3,000 programs deliver instruction through public schools, community colleges, libraries, and CBOs, and other providers. The programs provide instruction in reading, numeracy, General Educational Development (GED) preparation, and English literacy. More than 2.4 million adults participated in programs in program year 2006–07.

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Out-of-School Youth

**EDUCATION LEVEL (SPECIFICALLY)**

Below the postsecondary level

**SUBJECT INDEX**

Adult Education, Adult Literacy, English (Second Language), High School Equivalency Programs, Limited English Proficiency, Out-of-School Youth

## CONTACT INFORMATION

| | |
|---|---|
| Name | Daniel Miller |
| E-mail Address | Daniel.Miller@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Adult Education and Literacy 400 Maryland Ave. S.W., Rm. 11146, PCP Washington, DC 20202-7240 |
| Telephone | 202-245-7731 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7171 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/adultedbasic/index.html
http://www.ed.gov/fund/data/report/
AdultEd/2003allotment.html

# Adult Education

## PROGRAM TITLE

# Adult Education—National Leadership Activities

## CFDA # (OR ED #)

84.191

## ADMINISTERING OFFICE

Office of Vocational and Adult Education (OVAE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

## WHO MAY APPLY (SPECIFICALLY)

Postsecondary education institutions, public or private organizations or agencies, or consortia of these institutions, agencies, or organizations are eligible.

## CURRENT COMPETITIONS

Competitions are generally held annually with awards made on or before Sept. 30.

## TYPE OF ASSISTANCE (BY CATEGORY)

Contracts, Discretionary/Competitive Grants, Cooperative Agreements

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $9,005,040 |
| Fiscal Year 2007 | $9,005,040 |
| Fiscal Year 2008 | $6,877,710 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1
Average New Award: $400,000

Number of Continuation Awards: 7
Average Continuation Award: $758,000
Range of Continuation Awards: $200,000–$1,500,000

*continued top of next page*

## LEGISLATIVE CITATION

*Adult Education and Family Literacy Act* (*AEFLA*), Sec. 243; 20 *U.S.C.* 9253

## PROGRAM REGULATIONS

*EDGAR*

## PROGRAM DESCRIPTION

This program supports activities to enhance the quality of adult education and literacy programs nationwide.

## TYPES OF PROJECTS

Priorities include technical assistance to states, accountability and data quality, demonstrations or models of what works, dissemination on innovations and best practices, expanding access to services, and research and evaluation.

## EDUCATION LEVEL (BY CATEGORY)

Adult, Out-of-School Youth

## SUBJECT INDEX

Adult Education, Adult Learning, Adult Literacy, Literacy, Technical Assistance

## CONTACT INFORMATION

| | |
|---|---|
| Name | Christopher Coro |
| E-mail Address | Christopher.Coro@ed.gov |
| Mailing Address | U.S. Department of Education |
| | 400 Maryland Ave. S.W., Rm. 11016, PCP |
| | Washington, DC  20202-7240 |
| Telephone | 202-245-7717 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7171 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/aenla/index.html

# Assessment

## PROGRAM TITLE

# Grants for Enhanced Assessment Instruments

## CFDA # (OR ED #)

84.368

## ADMINISTERING OFFICE

Office of Elementary and Secondary Education (OESE)

## WHO MAY APPLY (BY CATEGORY)

State Education Agencies (SEAs)

## WHO MAY APPLY (SPECIFICALLY)

State educational agencies (SEAs) as defined in Sec. 9101(41) of the *Elementary and Secondary Education Act* as amended by the *No Child Left Behind Act of 2001* (*NCLB*) and consortia of such SEAs.

## CURRENT COMPETITIONS

FY 2007 application deadline: April 4, 2008. FY 2008 funds are expected to support a competition in FY 2009.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $7,563,200 |
| Fiscal Year 2007 | $7,563,200 |
| Fiscal Year 2008 | $8,732,480 |

Note: Funding for this program is dependent on the appropriation level for the Grants for State Assessments program (see # 84.369, under topical heading "Assessment") exceeding the trigger levels specified in Sec. 1111(b)(3)(D) of the authorizing legislation (see Legislative Citation).

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 5 (using FY 2007 funds)
Average New Award: $1,500,000
Range of New Awards: $500,000–$2,000,000

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title VI, Part A, Subpart I, Sec. 6112

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 74, 75, 77, 80, 81, 82, 84, 85, 86, 97, 98, and 99

## PROGRAM DESCRIPTION

The objectives of this program are to:

1. Improve the quality, validity, and reliability of state academic assessments;

2. Measure student academic achievement using multiple measures of student academic achievement from multiple sources;

3. Chart student progress over time; and

4. Evaluate student academic achievement through the development of comprehensive academic assessment instruments, such as performance and technology-based academic assessments.

## TYPES OF PROJECTS

Projects that address program objectives by producing significant research regarding assessment systems, assessments, or related methodologies, products, or tools.

## EDUCATION LEVEL (BY CATEGORY)

Elementary, Secondary

## EDUCATION LEVEL (SPECIFICALLY)

Grades 3–12

## SUBJECT INDEX

Academic Achievement, Accountability, Disabilities, Educational Assessment, Limited English Proficiency, Limited English Speaking, Standards

## CONTACT INFORMATION

| | |
|---|---|
| Name | Valeria Ford |
| E-mail Address | Valeria.Ford@ed.gov |
| Mailing Address | U.S. Department of Education, OESE School Accountability and Student Achievement Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W118 Washington, DC 20202-6132 |
| Telephone | 202-260-0934 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |
| | |
| Name | Collette Roney |
| E-mail Address | Collette.Roney@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W210 Washington, DC 20202-6400 |
| Telephone | 202-401-5245 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/eag/index.html

## Assessment

**PROGRAM TITLE**

# Grants for State Assessments

**CFDA # (OR ED #)**

84.369

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

The SEAs for the 50 states, the District of Columbia, Puerto Rico, and the outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) may apply.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $400,000,000 |
| Fiscal Year 2007 | $400,000,000 |
| Fiscal Year 2008 | $400,000,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57
Average New Award: $7,615,000
Range of New Awards: $255,521–$33,952,540

Note: Each state receives a minimum grant of $3,000,000. Grants ranging from $255,521 to $814,624 are awarded to the outlying areas.

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title VI, Part A, Subpart I, Sec. 6111

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 76, 77, 80, 81, 82, 84, 85, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program is designed to support the development of the additional state assessments and standards required by Sec. 1111(b) of the *Elementary and Secondary Education Act* (*ESEA*), as amended. If a state has developed the assessments and standards required by Sec. 1111(b), funds support the administration of those assessments or other activities related to ensuring that the state's schools and local education agencies (LEAs) are held accountable for results.

**TYPES OF PROJECTS**

Projects include development or subsequent implementation of standards-based state academic assessments in reading or language arts, mathematics, and science as required by the authorizing statute. When the state has met all assessment requirements, the funds may be used to improve standards, alignment, reporting, or expanded use of test accommodations.

**EDUCATION LEVEL (BY CATEGORY)**

Elementary, Middle School, Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

Grade 3 and higher

**SUBJECT INDEX**

Academic Achievement, Academic Standards, Accountability, Educational Assessment, Standards

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Zollie Stevenson |
| E-mail Address | Zollie.Stevenson@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Student Achievement and School Accountability Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W226 Washington, DC 20202-6132 |
| Telephone | 202-260-1824 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/gsa/index.html

## Assessment

**PROGRAM TITLE**

# National Assessment of Educational Progress

**ALSO KNOWN AS**

NAEP

**CFDA # (OR ED #)**

84.902

**ADMINISTERING OFFICE**

Institute of Education Sciences (IES)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Public, private, for-profit and nonprofit organizations, institutions, agencies, and other qualified organizations or consortia of such institutions, agencies, and organizations may apply.

**CURRENT COMPETITIONS**

In FY 2008, there are no planned grant competitions. Competitions for contracts planned for award in FY 2008:

- NAEP 2008–2012 Quality Assurance Contract—Contract for the formative evaluation activities for the NAEP Alliance contractors and to coordinate contractor activities ensuring timely analysis and reporting of results. The Alliance consists of various contractors performing the critical functions necessary to carry out the work: design, item development, sampling, data collection, materials distribution, processing, scoring, analysis, reporting, report dissemination, and Web site development and maintenance. This is the first year of a five-year contract.

- NAEP Validity Studies Panel—Contract to conduct studies on validity and reliability issues related to NAEP.

- NAEP Meeting Logistics Contract—New contract will provide assistance in the work related to planning and coordination of NAEP meetings and conference activity across the country. This is the first of a five-year contract.

- NAEP State Analysis Contract—New contract to provide technical and analytical support and special reports related to analyses of state-related issues and topics. This is the first of a five-year contract.

- NAEP State Coordinator contracts—New contracts to support state coordinators who serve as the liaisons between the SEA and NAEP and other essential state-related activities.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Contracts, Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $88,095,150 |
| Fiscal Year 2007 | $88,095,150 |
| Fiscal Year 2008 | $98,121,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards: 56 (including 52 State Coordinator contracts)

Number of Continuation Awards: 12

**LEGISLATIVE CITATION**

*National Assessment of Educational Progress Authorization Act*; 20 *U.S.C.* 9622

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

NAEP, also known as the Nation's Report Card, is the only nationally representative and continuing assessment of what America's students know and can do in various subject areas. Since 1969, assessments have been conducted periodically in reading, mathematics, science, writing, U.S. history, civics, geography, and the arts.

The NAEP budget supports the following program components:

- National NAEP—This reports information for the nation and specific geographic regions of the country, includes students drawn from both public

*continued top of next page*

and nonpublic schools, and reports results for student achievement in grades 4, 8, and 12;

- State NAEP—These assessments provide reliable state-level student achievement data in reading, mathematics, science, and writing;

- NAEP Trial Urban District Assessment—Federal appropriations authorized for the *No Child Left Behind Act* (NCLB) supported a multiyear study of the feasibility of a Trial Urban District Assessment of Educational Progress, with the first assessment occurring in reading and writing in 2002 for five urban districts, and 2003 reading and mathematics assessment results available for 10 such districts; and

- Long-Term Trend—NAEP long-term trend assessments, designed to give information on the changes in the basic achievement of America's youths, are administered nationally and report student performance at ages 9, 13, and 17 in reading and mathematics.

For more information about the program, see http://nces.ed.gov/nationsreportcard.

**EDUCATION LEVEL (BY CATEGORY)**

Elementary, Middle School, Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

Assessments of grades 4, 8, and 12, and ages 9, 13, and 17

**SUBJECT INDEX**

Educational Assessment, Research

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Andrew Malizio |
| E-mail Address | Andrew.Malizio@ed.gov |
| Mailing Address | U.S. Department of Education, IES National Center for Education Statistics 1990 K St. N.W., Rm. 8091 Washington, DC 20006-5500 |
| Telephone | 202-502-7006 |
| Fax | 202-502-7440 |

**LINKS TO RELATED WEB SITES**

http://nces.ed.gov/nationsreportcard

## Assessment

**PROGRAM TITLE**

# Statewide Longitudinal Data Systems

**CFDA # (OR ED #)**

84.372

**ADMINISTERING OFFICE**

Institute of Education Sciences (IES)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**CURRENT COMPETITIONS**

Competition anticipated to be announced during the summer 2008 with awards to be made in FY 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Contracts

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $24,552,000 |
| Fiscal Year 2007 | $24,552,000 |
| Fiscal Year 2008 | $48,293,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Statewide data systems development awards
Number of New Awards Anticipated: 32
Range of New Awards: $2,000,000–$4,000,000 per year for three to four years

Number of Continuation Awards: 13
Average Continuation Award: $3,200,000
Range of Continuation Awards: $1,700,000–$4,600,000

Statewide data coordinators awards
Number of New Awards Anticipated: 51
Average New Awards: $78,000

Data coordination
Number of New awards: 1
Average New Award: $1,000,000 per year

## LEGISLATIVE CITATION

*Educational Technical Assistance Act of 2002* (*ETAA*), Sec. 208; Title II of P.L. 107-279; 20 *U.S.C.* 9607

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 77, 80, 81, 82, 84, 85, 86 (Part 86 applies only to institutions of higher education [IHEs]), 97, 98, and 99. In addition, 34 *CFR* 75 is applicable, except for the provisions in 34 *CFR* 75.100, 75.101(b), 75.102, 75.103, 75.105, 75.109(a), 75.200, 75.201, 75.209, 75.210, 75.211, 75.217, 75.219, 75.220, 75.221, 75.222, and 75.230.

## PROGRAM DESCRIPTION

These grants are intended to enable SEAs to design, develop, and implement statewide longitudinal data systems to efficiently and accurately manage, analyze, disaggregate, and use individual student data, consistent with the *Elementary and Secondary Education Act of 1965* (*ESEA*), as amended (20 *U.S.C.* 6301 *et seq.*)

The FY 2008 funds will be used for three separate activities:

1. $42.8 million will support statewide data systems development awards. These awards enable SEAs to design, develop, and implement statewide longitudinal data systems to efficiently and accurately manage, analyze, disaggregate, and use individual student data. Most of the funding will support 13 continuation awards; the remainder will be combined with any FY 2009 funding for a new competition to be announced in the summer of 2008, with awards to be made in FY 2009. At the request level, the Department of Education would make about 32 new awards in FY 2009.

2. $4 million will support awards for state data coordinators. These awards will enable each state to support, at least part-time, a data coordinator to improve the state's capacity to use, report, and maintain high-quality longitudinal data in its state longitudinal data system. Three-year awards will be made to approximately 51 SEAs.

3. $1 million will support a contract to facilitate the coordination of the Department's elementary and secondary schools' data system (ED*Facts*) with private sector initiatives, in order to help coordinate data requests being made of states, reconcile definitional inconsistencies, and reduce collection and reporting burden.

## EDUCATION LEVEL (BY CATEGORY)

K–12

## SUBJECT INDEX

Academic Records, Accountability, Elementary Secondary Education, Mobility, Postsecondary Education, Research, Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Kashka Kubdzela |
| E-mail Address | Kashka.Kubdzela@ed.gov |
| Mailing Address | U.S. Department of Education, IES National Center for Education Statistics 1990 K St. N.W., Rm. 9014 Washington, DC 20006-5651 |
| Telephone | 202-502-7411 |
| Fax | 202-502-7490 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/slds/index.html

## Career and Technical Education

**PROGRAM TITLE**

# Appalachian Regional Commission Program

**ALSO KNOWN AS**

ARC

**CFDA # (OR ED #)**

84.923

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (SPECIFICALLY)**

Applicants from the Appalachian region may apply to the Appalachian Regional Commission (ARC). The *Appalachian Regional Development Act* (*ARDA*), defines the Appalachian region as all of West Virginia and the Appalachian portions of Alabama, Georgia, Kentucky, Maryland, Mississippi, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, and Virginia. Once ARC has selected the applicants to be funded, the U.S. Department of Education makes the awards and administers the grants.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

Funding levels for this program area based on selections made by ARC. ARC did not forward any grant awards to the Department of Education in FY 2006 and FY 2007.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

**LEGISLATIVE CITATION**

*Appalachian Regional Development Act of 1965* (*ARDA*), Sec. 214, as amended; 40 *U.S.C.* 214

**PROGRAM DESCRIPTION**

The program provides assistance in order to enable the people, states, and local communities of the Appalachian region, including local development districts, to take maximum advantage of federal grant-in-aid programs for which they are eligible but for which, because of their economic situation, they cannot supply the required matching share, or for which there are insufficient funds available under the federal act authorizing such programs to meet pressing needs of the region.

**TYPES OF PROJECTS**

Workforce training programs and career or technical education programs are supported.

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Out-of-School Youth, Postsecondary, Secondary

**SUBJECT INDEX**

Career Development, Technical Education

**CONTACT INFORMATION**

| Name | Edward Smith |
| --- | --- |
| E-mail Address | Edward.Smith@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE |
| | 400 Maryland Ave. S.W., Rm. 11057, PCP |
| | Washington, DC 20202-7100 |
| Telephone | 202-245-7602 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7837 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/ctearc/index.html
http://www.arc.gov

# Career and Technical Education

## PROGRAM TITLE

# Career and Technical Education—Basic Grants to States

## CFDA # (OR ED #)

84.048A

## ADMINISTERING OFFICE

Office of Vocational and Adult Education (OVAE)

## WHO MAY APPLY (BY CATEGORY)

Other Organizations and/or Agencies

## WHO MAY APPLY (SPECIFICALLY)

Awards are made to eligible agencies for career and technical education. Only state boards may apply for funds.

## TYPE OF ASSISTANCE (BY CATEGORY)

Formula Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $1,156,782,206 |
| Fiscal Year 2007 | $1,163,813,804 |
| Fiscal Year 2008 | $1,143,497,600 |

Note: These funds include funds set aside under Sec. 115 of the *Carl D. Perkins Career and Technical Education Act of 2006* for direct awards to the outlying areas of Guam, American Samoa, the Commonwealth of the Northern Marianas, and Palau.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57
Range of New Awards:  $160,000–$128,508,264

Note: The number and range of new awards include those made to the outlying areas of Guam, American Samoa, the Commonwealth of the Northern Marianas, and Palau.

## LEGISLATIVE CITATION

*Carl D. Perkins Career and Technical Education Act of 2006*, Title I; 20 *U.S.C.* 2321 *et seq.*, as amended by P.L. 109-270

## PROGRAM REGULATIONS

*EDGAR*

## PROGRAM DESCRIPTION

Federal funds are made available to develop more fully the academic and career and technical skills of secondary and postsecondary students who elect to enroll in career and technical programs. In accordance with the statute, at least 85 percent of the funds are allocated to eligible local recipients.

## TYPES OF PROJECTS

This program provides states with support for state leadership activities, administration of the state plan for career and technical education (CTE), and subgrants to eligible recipients to improve CTE programs. To be eligible for a subgrant, an eligible recipient must operate a CTE program that:

- Strengthens the academic and career, and technical skills of students participating in CTE programs, achieved by integrating core academic subjects into CTE programs through a coherent sequence of courses;

- Provides students with strong experience in and understanding of all aspects of an industry;

- Develops, improves, or expands the use of technology in CTE;

- Develops and implements evaluations of the CTE programs carried out with funds under the *Carl D. Perkins Career and Technical Education Act of 2006*, including an assessment of how the needs of special populations  and other student populations are being met;

- Initiates, improves, expands, and modernizes quality CTE programs;

- Provides professional development programs to teachers, faculty, counselors, and administrators;

- Provides services and activities that are of sufficient size, scope, and quality to be effective;

- Links secondary CTE with postsecondary CTE programs, including offering one CTE program of study; and

- Provides activities to prepare special populations for high-skill, high-wage, or high-demand occupations that will lead to self-sufficiency.

*continued top of next page*

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Postsecondary, Secondary

**SUBJECT INDEX**

Adult Education, Postsecondary Education, Secondary Education, Technical Education, Career and Technical Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Sharon Lee Miller |
| E-mail Address | Sharon.Miller@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Evaluation |
| | 400 Maryland Ave. S.W., Rm. 11126, PCP Washington, DC 20202-7241 |
| Telephone | 202-245-7846 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/ovae/pi/cte/index.html

## Career and Technical Education

**PROGRAM TITLE**

## Career and Technical Education—Grants to Native Americans and Alaska Natives

**ALSO KNOWN AS**

Native American—Career and Technical Education Program (NACTEP)

**CFDA # (OR ED #)**

84.101

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

Federally recognized Indian tribes, tribal organizations, Alaska Native entities, and consortia of any of the previously mentioned entities may apply.

**CURRENT COMPETITIONS**

None. FY 2007 and FY 2008 funds support continuation awards.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $14,779,846 |
| Fiscal Year 2007 | $14,769,414 |
| Fiscal Year 2008 | $14,511,391 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 30
Average Continuation Award: $400,000
Range of Continuation Awards: $300,000–$600,000

## LEGISLATIVE CITATION

*Carl D. Perkins Career and Technical Education Act of 2006* (*Perkins Act*), Sec. 116; 20 *U.S.C.* 2326

## PROGRAM REGULATIONS

*EDGAR* and NACTEP *Federal Register* notice of March 23, 2007 (72 *FR* 13770)

## PROGRAM DESCRIPTION

This program is designed to improve the career and technical education (CTE) skills of Native Americans and Alaska Natives.

## TYPES OF PROJECTS

Projects make improvements in CTE programs for Native American and Alaska Native youths, consistent with the purposes of the *Perkins Act*.

## EDUCATION LEVEL (BY CATEGORY)

Out-of-School Youth, Postsecondary, Secondary

## SUBJECT INDEX

Academic Achievement, Alaska Natives, American Indians, Native Americans, Vocational Education, Career and Technical Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Linda Mayo |
| E-mail Address | Linda.Mayo@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Education 400 Maryland Ave. S.W., Rm. 11075, PCP Washington, DC 20202-7242 |
| Telephone | 202-245-7792 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/ctenavtep/index.html

---

## Career and Technical Education

### PROGRAM TITLE

# Career and Technical Education National Programs

### ALSO KNOWN AS

National Activities

### CFDA # (OR ED #)

84.051

### ADMINISTERING OFFICE

Office of Vocational and Adult Education (OVAE)

### WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

### WHO MAY APPLY (SPECIFICALLY)

- For National Research Center for Career and Technical Education (NRCCTE; # 84.051A), eligible institutions or consortia of eligible organizations may apply.

- For State Scholars Initiative (SSI; # 84.051U), eligible applicants include national nonprofit organizations or agencies that:

  1. Have background and expertise in the education field and have been in existence for at least three years;

  2. Have worked actively with members of the business and education communities in one or more states, or at the national level, in carrying out the nonprofit entity's core activities; and

  3. Have been providing technical assistance to local educational agencies (LEAs), state educational agencies (SEAs), secondary schools, education institutions, or nonprofit educational organizations or agencies, on curriculum or other education matters.

- For Promoting Rigorous Programs of Study (# 84.051C), states or a consortium of states that propose projects that will build a state's capacity,

*continued top of next page*

or the capacity of two or more states in the case of consortia, to create articulation agreements for rigorous Career and Technical Education programs of study. Applicants must establish a partnership that represents the state agencies responsible for the administration of state CTE, secondary education, and postsecondary education (both two- and four-year institutions); state workforce agencies; and employers and faculty and administrators from the state's secondary and postsecondary education institutions that are familiar with elements of the program of study.

## CURRENT COMPETITIONS

FY 2008 application deadline expected for Promoting Rigorous Programs of Study (# 84.051C) (supported by FY 2007 funds): July 7, 2008. FY 2008 funds support continuations.

## TYPE OF ASSISTANCE (BY CATEGORY)

Cooperative Agreements, Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $9,164,430 |
| Fiscal Year 2007 | $10,000,000 |
| Fiscal Year 2008 | $7,860,000 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4-6 for # 84.051C
Average New Award: $1,050,000
Number of Continuation Awards: 5

## LEGISLATIVE CITATION

*Carl D. Perkins Career and Technical Education Improvement Act of 2006 (Perkins Act or Perkins)*, Sec. 114; 20 *U.S.C.* 2324

## PROGRAM REGULATIONS

*EDGAR* and *Federal Register* program notices, as applicable

## PROGRAM DESCRIPTION

The *Perkins* National Activities authority supports research, evaluation, information dissemination, technical assistance to states, and other activities aimed at improving the quality and effectiveness of career and technical education. The legislation specifically calls for, among other activities, the operation of a national center for research, dissemination, and technical assistance in career and technical education, and a national assessment of career and technical education programs operated under the *Perkins Act* (see legislative citation). Current major activities by CFDA # include:

- National Center for Research in Career and Technical Education (# 84.051A)—This program supports the establishment of a national center to conduct scientifically based research and evaluation, development, dissemination, technical assistance and training activities in the field of career and technical education.

- State Scholars Initiative (# 84.051U)—This initiative is designed to dramatically increase the percentage of high school students who have the solid academic foundation that is necessary to succeed in postsecondary education and in an increasingly dynamic labor market. SSI supports state-level business-education partnerships that work with school districts to encourage more students to complete a rigorous course of study.

- Promoting Rigorous Programs of Study (#84.051C)—The purpose of this project is to promote rigorous programs of study through the creation of statewide or multistate articulation agreements. Articulation agreements will ensure a common statewide set of program of study standards aligned with postsecondary and employer expectations, and a common assessment instrument documenting student competencies. These agreements will allow secondary students to earn college credit that is accepted throughout a state or consortium of states, and allow community college students to transfer to other state two- or four-year institutions without losing credit for courses already taken.

## TYPES OF PROJECTS

Projects include: research, development, demonstration, dissemination, identification of best methods, capacity building, technical assistance, evaluation, and assessment activities.

- The NRCCTE supports scientifically based research and evaluation, information dissemination, technical assistance, and professional development.

- The SSI supports a national nonprofit organization that selects and funds state business-education partnerships that encourage high school students to enroll in rigorous courses. Projects stress the importance of completing a rigorous high school curriculum; develop incentives for students to complete rigorous course work; and work

with state-level policymakers, business, and community stakeholders to help encourage students statewide to enroll in demanding courses.

- The Promoting Rigorous Programs of Study supports technical assistance to grantees to develop articulation agreements. The process will be documented and used as a model for other states to support national implementation of rigorous programs of study.

### EDUCATION LEVEL (BY CATEGORY)

Out-of-School Youth, Postsecondary, Secondary

### SUBJECT INDEX

Academic Achievement, Educational Improvement, Educational Innovation, Postsecondary Education, Research, Technical Assistance, Career and Technical Education

### CONTACT INFORMATION

| | |
|---|---|
| Name | Ricardo Hernandez (NRCCTE; # 84.051A) |
| E-mail Address | Ricardo.Hernandez@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Policy, Research and Evaluation Staff 400 Maryland Ave. S.W., Rm. 11137, PCP Washington, DC 20202-7242 |
| Telephone | 202-245-7818 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7837 |

| | |
|---|---|
| Name | Nancy Brooks (SSI; # 84.051U) |
| E-mail Address | Nancy.Brooks@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Education 400 Maryland Ave. S.W., Rm. 11045, PCP Washington, DC 20202-7100 |
| Telephone | 202-245-7774 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

| | |
|---|---|
| Name | Scott Hess (Promoting Rigorous Programs of Study) |
| E-mail Address | Scott.Hess@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE College and Career Transitions Branch 400 Maryland Ave. S.W., Rm. 11073, PCP Washington, DC 20202-7100 |
| Telephone | 202-245-7772 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/about/offices/list/ovae/index.html (National Activities Programs)
http://www.wiche.edu/statescholars (SSI)
http://www.nccte.org (NRCCTE)

*continued top of next page*

## Career and Technical Education

**PROGRAM TITLE**

## Career and Technical Education—Native Hawaiians

**CFDA # (OR ED #)**

84.259

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

Community-based organizations (CBOs) primarily serving and representing Native Hawaiians may apply.

**CURRENT COMPETITIONS**

FY 2007 funds support continuation awards in FY 2008; FY 2008 funds are expected to support a new competition in FY 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $2,955,969 |
| Fiscal Year 2007 | $2,955,969 |
| Fiscal Year 2008 | $2,902,278 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards: 0

Number of Continuation Awards: 8
Average Continuation Award: $295,600
Range of Continuation Awards: $250,000–$500,000

**LEGISLATIVE CITATION**

*Carl D. Perkins Career and Technical Education Act of 2006*, Sec. 116(h)

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides assistance to plan, conduct, and administer programs or portions of programs that provide career and technical training and related activities to Native Hawaiians.

**TYPES OF PROJECTS**

This program supports career and technical education (CTE) and training projects for the benefit of Native Hawaiians.

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Postsecondary, Secondary

**SUBJECT INDEX**

Career Development, Native Hawaiians, Technical Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Nancy Essey |
| E-mail Address | Nancy.Essey@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Education |
| | 400 Maryland Ave. S.W., Rm. 11070, PCP Washington, DC 20202-7242 |
| Telephone | 202-245-7789 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/ctenhvep/index.html

## Career and Technical Education

**PROGRAM TITLE**

# Pacific Career Education Improvement Program

**CFDA # (OR ED #)**

84.048B

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

Nonprofit Organizations

**WHO MAY APPLY (SPECIFICALLY)**

In previous years, the secretary of education made an award to the Pacific Regional Education Laboratory (PREL), a nonprofit organization, which in turn made subgrants to eligible entities (Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands).

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Formula grant/set-aside

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,484,775 |
| Fiscal Year 2007 | $16,019 |
| Fiscal Year 2008 | $0 |

Note: Under the act's reauthorization (see Legislative Citation), 2007 was the last year PREL was eligible to receive funding, with reduced funding in 2007 reflecting a change in the statutory formula. Starting in 2008, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and the Republic of Palau receive direct grant awards from the Department of Education in lieu of services through PREL. See Career and Technical Education National Programs; # 84.048A, also under topical heading "Career and Technical Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0
Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*Carl D. Perkins Career and Technical Education Act of 2006*, Sec. 115(b)(2); 20 *U.S.C.* 2325, as amended by P.L. 109-270

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

PREL provided program improvement assistance to Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands. Prior to 2006, PREL also provided assistance to the Republic of Palau.

**TYPES OF PROJECTS**

Projects provided direction education services, including teacher and counselor training and retraining and curriculum development. Also, PREL provided assistance to improve career education and training programs in secondary schools and institutions of higher education (IHEs).

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Postsecondary, Secondary

**SUBJECT INDEX**

Career Development, Teacher Education, Technical Education, Career and Technical Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Laura Messenger |
| E-mail Address | Laura.Messenger@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Education 400 Maryland Ave. S.W., Rm. 11028, PCP Washington, DC 20202-7242 |
| Telephone | 202-245-7840 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/pveip/index.html
http://www.prel.org/programs/rel/rel.asp

*continued top of next page*

## Career and Technical Education

**PROGRAM TITLE**

## Tech Prep Education

**ALSO KNOWN AS**

Tech Prep

**CFDA # (OR ED #)**

84.243

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Awards are made to eligible state agencies for career and technical education (CTE), which in turn award funds on the basis of a formula or competition to consortia. To be eligible, consortia must include at least one member in each of the two following categories:

- A local education agency (LEA), an intermediate education agency, education service agency, or an area CTE school serving secondary school students, or a secondary school funded by the U.S. Department of the Interior's Bureau of Indian Affairs.

- Either (a) a nonprofit institution of higher education (IHE) that offers a two-year associate degree, two-year certificate, or two-year postsecondary apprenticeship program or (b) a proprietary IHE that offers a two-year associate degree program.

Under the provisions of Sec. 203(a)(1) of the *Carl D. Perkins Career and Technical Education Act of 2006*, to be eligible for consortium membership, both nonprofit and proprietary IHEs (including institutions receiving assistance under the *Tribally Controlled College or University Assistance Act of 1978* [25 *U.S.C.* 1801 et seq.] and tribally controlled postsecondary vocational and technical institutions) must be qualified as IHEs pursuant to the *Higher Education Act of 1965* (*HEA*), Sec. 102. In addition, nonprofit IHEs are eligible only if they are not prohibited from receiving assistance under *HEA*, Title IV, Part B (20 *U.S.C.* 1071 et seq.),

pursuant to the provisions of *HEA,* Sec. 435(a)(2) (20 *U.S.C.* 1083 [a]). Proprietary IHEs are eligible only if they are not subject to a default management plan required by the secretary of education.

Note: States may chose to consolidate their Tech Prep funds with funds they receive under the Career and Technical Education—Basic Grants to States program (# 84.048A, also under topical heading "Career and Technical Education").

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $104,753,880 |
| Fiscal Year 2007 | $104,752,880 |
| Fiscal Year 2008 | $102,922,965 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 53
Range of New Awards: $54,653–$11,251,821

**LEGISLATIVE CITATION**

*Carl D. Perkins Career and Technical Education Act of 2006,* Title II; 20 *U.S.C.* 2371 *et seq.*, as amended by P.L. 109-270

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides assistance to states to award grants to consortia of LEAs and postsecondary education institutions for the development and operation of programs consisting of the last two years of secondary education and at least two years of postsecondary education, designed to provide Tech Prep education to the student leading to an associate degree or a two-year certificate. The program also is designed to strengthen links between secondary and postsecondary schools.

**TYPES OF PROJECTS**

The *Perkins Act* requires that Tech Prep programs have the following elements:

1. An articulation agreement between secondary and postsecondary consortium participants;

2. A program of study that combines a minimum of two years of secondary education with a minimum of two years postsecondary education in a sequential course of study or an apprenticeship program of not less than two years following secondary education instruction;

3. A specifically developed Tech Prep curriculum;

4. Joint in-service training of secondary teachers, postsecondary faculty and administrators to implement the Tech Prep curriculum effectively;

5. Training of counselors to recruit students and to ensure program completion and appropriate employment;

6. Equal access for special populations to the full range of Tech Prep programs;

7. Preparatory services; and

8. Coordination with programs under Title I of the *Perkins Act*.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary, Secondary

**SUBJECT INDEX**

Postsecondary Education, Secondary Education, Technical Education, Vocational Education, Career and Technical Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Sharon Lee Miller |
| E-mail Address | Sharon.Miller@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE 400 Maryland Ave. S.W., Rm. 11126, PCP Washington, DC 20202-7241 |
| Telephone | 202-245-7846 |
| Toll-free | 1-800-872-5327 of 1-800-USA-LEARN |
| Fax | 202-245-7170 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/ovae/index.html

# Career and Technical Education

**PROGRAM TITLE**

## Tribally Controlled Postsecondary Career and Technical Institutions Program

**ALSO KNOWN AS**

TCPCTIP

**CFDA # (OR ED #)**

84.245

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Tribally controlled postsecondary career and technical institutions that receive no funds from either the *Tribally Controlled College or University Assistance Act of 1978* or the *Navajo Community College Act* may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

In years where the combined allowable grant amounts requested by the eligible grantees exceed available appropriations, awards are made according to a statutory formula.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $7,365,000 |
| Fiscal Year 2007 | $7,365,000 |
| Fiscal Year 2008 | $7,546,000 |

*continued top of next page*

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards: 0

Number of Continuation Awards: 2
Average Continuation Award: $3,773,000
Range of Continuation
Awards: $3,000,000–$4,500,000

### LEGISLATIVE CITATION

*Carl D. Perkins Career and Technical Education Act of 2006*, Sec. 117; 20 *U.S.C.* 2327

### PROGRAM REGULATIONS

*EDGAR* and TCPCTIP *Federal Register* notice of May 15, 2007 (72 *FR* 27297)

### PROGRAM DESCRIPTION

This program awards grants to eligible tribally controlled postsecondary career and technical eligible institutions to provide basic support for the education and training of Indian students in career and technical education (CTE) programs and for institutional support of tribally controlled postsecondary career and technical institutions..

### TYPES OF PROJECTS

Funds may be used by a grantee to: train teachers; purchase equipment; provide instructional services in CTE areas; provide child care and other family support services; provide student stipends; and to fund institutional support for CTE programs.

### EDUCATION LEVEL (BY CATEGORY)

Adult, Postsecondary

### EDUCATION LEVEL (SPECIFICALLY)

Career and Technical Education

### SUBJECT INDEX

Adult Learning, American Indians, Native Americans, Tribes, Career and Technical Education

### CONTACT INFORMATION

| | |
|---|---|
| Name | Laura Messenger |
| E-mail Address | Laura.Messenger@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE Division of Academic and Technical Evaluation |
| | 400 Maryland Ave. S.W., Rm. 11028, PCP Washington, DC 20202-7242 |
| Telephone | 202-245-7840 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/tcpvi/index.html

## Child Care

**PROGRAM TITLE**

# Child Care Access Means Parents in School Program

**CFDA # (OR ED #)**

84.335

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $15,810,300 |
| Fiscal Year 2007 | $15,810,300 |
| Fiscal Year 2008 | $15,533,799 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 170
Average Continuation Award: $91,375
Range of Continuation Awards: $10,000–$300,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 7, Sec. 419N; 20 *U.S.C.* 1070e

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program supports the participation of low-income parents in postsecondary education through the provision of campus-based child care services.

**TYPES OF PROJECTS**

Funds are used to support or establish campus-based child care programs primarily serving the needs of low-income students enrolled in IHEs. Grants may be used for before- and after-school services. In addition, grants may be used to serve the child care needs of the community served by the institution.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Adult Education, Low Income, Postsecondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Josephine Hamilton |
| E-mail Address | Josephine.Hamilton@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. NW, Rm. 7041 Washington, DC 20006-8510 |
| Telephone | 202-502-7583 |
| Fax | 202-502-7861 |

| | |
|---|---|
| Name | Antoinette Clark-Edwards |
| E-mail Address | Antoinette.Clark-Edwards@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. NW, Rm. 7056 Washington, DC 20006-8510 |
| Telephone | 202-502-7656 |
| Fax | 202-502-7854 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/campisp/index.html

## Civics

**PROGRAM TITLE**

# Civic Education: Cooperative Civic Education and Economic Education Exchange Program

**ALSO KNOWN AS**

*Education for Democracy Act*; formerly known as International Education Exchange

**CFDA # (OR ED #)**

84.304A; 84.304B

**ADMINISTERING OFFICE**

Office of Safe and Drug-Free Schools (OSDFS)

**WHO MAY APPLY (BY CATEGORY)**

Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

Organizations in the United States experienced in the development of curricula and programs in civics and government education and economic education for students in elementary schools and secondary schools in countries other than the United States (# 84.304A) may apply.

By law, only the Center for Civic Education and the National Council on Economic Education are eligible for 75 percent of program funds (# 84.304B).

**CURRENT COMPETITIONS**

None. FY 2008 funds support statutory earmarks for two noncompetitive awards as well as continuation awards.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $12,076,060 |
| Fiscal Year 2007 | $12,076,060 |
| Fiscal Year 2008 | $11,861,102 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 2 noncompetitive awards

Number of Continuation Awards: 3
Average Continuation Award: $1,000,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title II, Part C, Subpart 3, Sec. 2345; 20 *U.S.C.* 6715

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* Part 74, 75, 77, 79, 80, 81, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

The purpose of this program is to:

- Develop exemplary curricula and teacher-training programs in civics, government, and economic education and make them available to educators from eligible countries;

- Assist eligible countries in the adaptation, implementation, and institutionalization of such programs;

- Create and implement civics, government, and economic education programs for students that draw upon the experiences of participating eligible countries; and

- Provide a means for the exchange of ideas and experiences in civics, government, and economic education among political, government, private sector, and education leaders of participating eligible countries.

**TYPES OF PROJECTS**

This program supports: seminars on the basic principles of U.S. constitutional democracy; visits to school systems and other organizations with programs in civics and government; and translations and adaptations of curricular programs in government and economic education.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Civics, Curriculum Development, Economics, International Education, Professional Development

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Rita Foy Moss |
| E-mail Address | Rita.Foy.Moss@ed.gov |
| Mailing Address | U.S. Department of Education, OSDFS Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E247 Washington, DC 20202-6450 |
| Telephone | 202-205-8061 |
| Fax | 202-205-7767 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/coopedexchange/index.html

## Civics

**PROGRAM TITLE**

# Civic Education: We the People Program

**ALSO KNOWN AS**

Civic Education

**CFDA # (OR ED #)**

84.304D

**ADMINISTERING OFFICE**

Office of Safe and Drug-Free Schools (OSDFS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

By law, only the Center for Civic Education is eligible.

**CURRENT COMPETITIONS**

None. FY 2008 appropriations support a statutory earmark for one noncompetitive award.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

This is a noncompetitive grant to the Center for Civic Education.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $17,038,890 |
| Fiscal Year 2007 | $17,038,890 |
| Fiscal Year 2008 | $20,056,385 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1 noncompetitive award

*continued top of next page*

Number of Continuation Awards: 0

Note: This program was listed formerly as # 84.304C and # 84.929A; # 84.304D replaces # 84.929A. In FY 2007, several 12-month competitive awards were made under # 84.304K and # 84.304C for field readers; however, the authority to make competitive awards under the program no longer exists.

### LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title II, Part C, Subpart 3, Secs. 2341–2344; 20 *U.S.C.* 6711–6714

### PROGRAM REGULATIONS

*EDGAR*

### PROGRAM DESCRIPTION

We the People: The Citizen and the Constitution is an instructional program on the principles of the U.S. Constitution and the Bill of Rights for elementary, middle, and high school students. The program goal is to promote understanding of the principles and values on which our political institutions are based. The We the People program is administered through a national network of coordinators. The program is available to public and private elementary and secondary schools in congressional districts, the District of Columbia, Puerto Rico, American Samoa, Guam, and the U.S. Virgin Islands.

### TYPES OF PROJECTS

Participating schools implement a curriculum that focuses on promoting citizenship and increasing students' understanding of the rights and responsibilities of citizens. Activities include simulated congressional hearings with community members as judges and an annual national competition in which secondary student teams compete in simulated congressional hearings. Other programs that the Civic Education Center administers under We the People include Project Citizen and the School Violence Prevention Demonstration.

### EDUCATION LEVEL (BY CATEGORY)

K–12

### SUBJECT INDEX

Civics, Federal Government, Government (Administrative Body)

### CONTACT INFORMATION

| | |
|---|---|
| Name | Rita Foy Moss |
| E-mail Address | Rita.Foy.Moss@ed.gov |
| Mailing Address | U.S. Department of Education, OSDFS Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E247 Washington, DC 20202-6400 |
| Telephone | 202-260-8061 |
| Fax | 202-260-7767 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/wethepeople/index.html

## Correctional Education

**PROGRAM TITLE**

## Grants to States for Workplace and Community Transition Training for Incarcerated Youth Offenders

**ALSO KNOWN AS**

Youth Offender State Grants; State Grants for Incarcerated Youth Offenders

**CFDA # (OR ED #)**

84.331A

**ADMINISTERING OFFICE**

Office of Vocational and Adult Education (OVAE)

**WHO MAY APPLY (SPECIFICALLY)**

State Correctional Education Agencies may apply.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $22,770,000 |
| Fiscal Year 2007 | $22,770,000 |
| Fiscal Year 2008 | $22,372,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 50
Average New Award: $455,400
Range of New Awards: $25,495–$2,677,875

**LEGISLATIVE CITATION**

*Higher Education Amendments of 1998* (*HEA*), PL. 105-244, Title VIII, Sec. 821 (20 *U.S.C.* 1151)

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides grants to state correctional education agencies to assist and encourage incarcerated youths in acquiring functional literacy, life, and job skills through the pursuit of postsecondary education certificates, associate of arts degrees, and bachelor's degrees. They also may receive employment counseling and other related services that start during incarceration and continue during parole.

**TYPES OF PROJECTS**

Supported projects include postsecondary education programs.

**EDUCATION LEVEL (BY CATEGORY)**

Out-of-School Youth, Postsecondary

**SUBJECT INDEX**

Correctional Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | John Linton |
| E-mail Address | John.Linton@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE 400 Maryland Ave. S.W., Rm. 11053, PCP Washington, DC 20202-7100 |
| Telephone | 202-245-6592 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

| | |
|---|---|
| Name | Carlette Huntley |
| E-mail Address | Carlette.Huntley@ed.gov |
| Mailing Address | U.S. Department of Education, OVAE 400 Maryland Ave. S.W., Rm. 11037, PCP Washington, DC 20202-7100 |
| Telephone | 202-245-6593 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7170 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/transitiontraining/index.html

*continued top of next page*

## Disability and Rehabilitation Research

**PROGRAM TITLE**

## Advanced Rehabilitation Research Training Project

**ALSO KNOWN AS**

Research Training Grants; RTG; formerly known as Research Training and Career Development

**CFDA # (OR ED #)**

84.133P

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**CURRENT COMPETITIONS**

FY 2008 application deadline: Oct. 26, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $2,393,147 |
| Fiscal Year 2007 | $2,692,682 |
| Fiscal Year 2008 | $2,547,307 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the main entry for NIDRR (# 84.133), also under topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4
Average New Award: $150,000
Range of New Awards: Up to $150,000

Number of Continuation Awards: 12
Average Continuation Award: $150,000
Range of Continuation Awards: Up to $150,000

**LEGISLATIVE CITATION**

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 762(k)

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 350

**PROGRAM DESCRIPTION**

This program supports grants to provide advanced research and experience to individuals with doctoral or similar advanced degrees who have clinical or other relevant experience.

**TYPES OF PROJECTS**

Grants are awarded to IHEs to enhance the capacity for research on rehabilitation and disability issues.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

M.D., Ph.D.

**SUBJECT INDEX**

Engineering, Health Services, Intervention, Outcomes of Treatment, Psychiatric Services, Rehabilitation

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Marlene Spencer |
| E-mail Address | Marlene.Spencer@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitation Research 400 Maryland Ave. S.W., Rm. 6026, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7532 |
| Fax | 202-245-7323 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/rschstat/research/pubs/res-program.html#ARRT

# Disability and Rehabilitation Research

**PROGRAM TITLE**

## Disability and Business Technical Assistance Centers

**ALSO KNOWN AS**

DBTACs

**CFDA # (OR ED #)**

84.133D

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

In addition to the list above, states, public or private agencies (including for-profit agencies), Indian tribes, and tribal organizations may apply.

**CURRENT COMPETITIONS**

None.  FY 2008 funds support continuations for ten regional centers and one DBTAC Coordination, Outreach, and Research Center (CORC). Grant awards are for a period of five years.  Next competition expected: 2011.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Cooperative Agreements

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $11,900,000 |
| Fiscal Year 2007 | $11,064,040 |
| Fiscal Year 2008 | $11,836,995 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the entry for NIDRR (# 84.133), also under the topical heading "Disability and Rehabilitation Research."  The amounts listed here are a portion of the total NIDRR appropriation.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 11
Average Continuation Award: $1,105,000
Range of Continuation Awards: $850,000–$1,105,000

**LEGISLATIVE CITATION**

*Rehabilitation Act of 1973*, Title II, as amended; 29 *U.S.C.* 764

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 350

**PROGRAM DESCRIPTION**

Disability and Business Technical Assistance Centers provide technical assistance and training to state and local governments and private businesses regarding the *Americans with Disabilities Act* (*ADA*) to facilitate compliance with *ADA* and conduct disability and rehabilitation research, and research development activities.

**TYPES OF PROJECTS**

Grants are awarded to each of the 10 regions, and projects provide technical assistance, information, and training on interpretation and implementation of *ADA* to covered entities. Additional projects provide technical support, program evaluation research, outreach, coordination, and dissemination activities.

**EDUCATION LEVEL (BY CATEGORY)**

Adult

**SUBJECT INDEX**

Assistive Devices (for Disabled), Communication Aids (for Disabled), Community Involvement, Disabilities, Information Dissemination

*continued top of next page*

## CONTACT INFORMATION

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitative Research 400 Maryland Ave. S.W., Rm. 6029, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/dbtac/index.html

# Disability and Rehabilitation Research

## PROGRAM TITLE

# Disability and Rehabilitation Research and Related Projects

## ALSO KNOWN AS

DRRP

## CFDA # (OR ED #)

84.133A

## ADMINISTERING OFFICE

Office of Special Education and Rehabilitative Services (OSERS)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

## WHO MAY APPLY (SPECIFICALLY)

States, public or private agencies—including for-profit agencies, Indian tribes, and tribal organizations—may apply.

## CURRENT COMPETITIONS

Multiple FY 2008 application deadlines expected: July 2008. See the OSERS National Institute on Disability and Rehabilitation Research (NIDRR) forecast of funding opportunities Web site at: http://www.ed.gov/fund/grant/find/edlite-forecast.html#Chart7, which is updated several times during the year.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants, Contracts, Cooperative Agreements

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $24,638,080 |
| Fiscal Year 2007 | $23,440,037 |
| Fiscal Year 2008 | $25,914,497 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the entry for NIDRR (# 84.133), also under the topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 18
Average New Award: $431,818
Range of New Awards: $300,000–$1,000,000

Number of Continuation Awards: 35
Average Continuation Award: $412,895
Range of Continuation Awards: $250,000–$900,000

## LEGISLATIVE CITATION

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 764

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 350

## PROGRAM DESCRIPTION

The purpose of the program is to plan and conduct research, demonstration projects, training, and related activities to improve the lives of individuals with disabilities. These projects are quite varied, though all are aimed at fulfilling NIDRR's overarching goals of inclusion, integration, employment, and self-sufficiency for people with disabilities.

## TYPES OF PROJECTS

Projects may support research relating to the development of methods, procedures, and devices to assist in the provision of rehabilitation services, particularly to persons with severe disabilities. Among the projects supported by this program are the Traumatic Brain Injury Model System (TBIMS), the Traumatic Burn Injury Model Systems, Outreach to Minority Institutions, research on spinal cord injury, and Knowledge Translation.

## EDUCATION LEVEL (SPECIFICALLY)

All Ages

## SUBJECT INDEX

Disabilities, Research

## CONTACT INFORMATION

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitation Research 400 Maryland Ave. S.W., Rm. 6029, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/drrp/index.html

## Disability and Rehabilitation Research

**PROGRAM TITLE**

# National Institute on Disability and Rehabilitation Research (NIDRR)

**ALSO KNOWN AS**

NIDRR

**CFDA # (OR ED #)**

84.133

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Individuals, Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

States, public or private agencies—including for-profit agencies, Indian tribes, and tribal organizations—may apply.

**CURRENT COMPETITIONS**

See the individual NIDRR programs (# 84.133A and # 84.133B, # 84.133D through # 84.133G, # 84.133N, # 84.133P and # 84.133S), also under the topical heading "Disability and Rehabilitation Research," for information on specific competitions. No competitions are held under this generic NIDRR program heading; this listing is provided for reference purposes only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Contracts, Cooperative Agreements, Discretionary/ Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Fellowships are also available.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $106,705,170 |
| Fiscal Year 2007 | $106,705,170 |
| Fiscal Year 2008 | $105,741,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

See individual programs for details.

**LEGISLATIVE CITATION**

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 762–764

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 350

**PROGRAM DESCRIPTION**

The primary purpose of NIDRR is to carry out a program of research and related activities designed to maximize the full inclusion, employment, independent living, and economic sufficiency of individuals with disabilities, with particular emphasis on improving the effectiveness of services authorized under the *Rehabilitation Act*. NIDRR focuses on such applied research as:

1. The transfer of rehabilitation technology to individuals with disabilities;

2. Widespread distribution of practical scientific and technological information in usable formats; and

3. Identification of effective strategies to enhance opportunities for individuals with disabilities to engage in productive work and live independently.

**TYPES OF PROJECTS**

NIDRR funds are used to support rehabilitation research, demonstration projects, and related activities, including the training of persons who provide rehabilitation services or who conduct rehabilitation research. In addition, NIDRR supports projects to disseminate and promote the use of information concerning developments in rehabilitation procedures, methods, and devices. NIDRR also supports data analyses of the demographics of individuals with disabilities.

**EDUCATION LEVEL (SPECIFICALLY)**

All Ages

**SUBJECT INDEX**

Disabilities, Rehabilitation, Research

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education National Institute on Disability and Rehabilitative Research 400 Maryland Ave. S.W., Rm. 6029, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/osers/nidrr/index.html

## Disability and Rehabilitation Research

**PROGRAM TITLE**

# NIDRR Field-Initiated Projects

**ALSO KNOWN AS**

FI; formerly known as Field-Initiated Research or FIR

**CFDA # (OR ED #)**

84.133G

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

States, public or private agencies–including for-profit agencies, Indian tribes, and tribal organizations may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Sept. 21, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $10,402,709 |
| Fiscal Year 2007 | $11,671,710 |
| Fiscal Year 2008 | $12,064,713 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the entry for NIDRR (# 84.133), also under the topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation.

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 20
Average New Award: $200,000
Range of New Awards: $195,000–$200,000

Number of Continuation Awards: 47
Average Continuation Award: $148,936
Range of Continuation Awards: $111,005–$150,000

## LEGISLATIVE CITATION

*Rehabilitation Act of 1973*, as amended, Title II;
29 *U.S.C.* 764

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 350

## PROGRAM DESCRIPTION

This program's grantees conduct disability and rehabilitation research and development projects in topic areas proposed by the grantees.

## TYPES OF PROJECTS

This program supports research or development projects that address important topics identified by investigators. Most receive three-year awards.

## EDUCATION LEVEL (SPECIFICALLY)

All Ages

## SUBJECT INDEX

Demonstration Programs, Rehabilitation, Research

## CONTACT INFORMATION

| | |
|---|---|
| Name | Lynn Medley |
| E-mail Address | Lynn.Medley@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitative Research 400 Maryland Ave. S.W., Rm. 6027, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7338 |
| Fax | 202-245-7323 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/fip/index.html

# Disability and Rehabilitation Research

## PROGRAM TITLE

# NIDRR Research Fellowships Program

## ALSO KNOWN AS

Mary Switzer Research Fellowships Program

## CFDA # (OR ED #)

84.133F

## ADMINISTERING OFFICE

Office of Special Education and Rehabilitative Services (OSERS)

## WHO MAY APPLY (BY CATEGORY)

Individuals

## WHO MAY APPLY (SPECIFICALLY)

Graduate students and experienced researchers may apply.

## CURRENT COMPETITIONS

FY 2008 application deadline: Sept. 21, 2007.

## TYPE OF ASSISTANCE (SPECIFICALLY)

Fellowships

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $505,000 |
| Fiscal Year 2007 | $525,000 |
| Fiscal Year 2008 | $505,000 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the main entry for NIDRR (# 84.133), also under topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 7
Average New Award: $70,000
Range of New Awards: $65,000–$75,000

**LEGISLATIVE CITATION**

*Rehabilitation Act of 1973*, Title II, as amended;
29 *U.S.C.* 762(e)

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 356

**PROGRAM DESCRIPTION**

These fellowships are awarded to help the nation build future disability and rehabilitation research capacity. Distinguished fellowships are awarded to individuals with doctorates or with comparable academic status who have had seven or more years of experience relevant to rehabilitation research. Merit fellowships are given to persons in earlier stages of their research careers.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Rehabilitation, Research

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education National Institute on Disabilities and Rehabilitative Research 400 Maryland Ave. S.W., Rm. 6029 PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/resfel/index.html

# Disability and Rehabilitation Research

**PROGRAM TITLE**

# Rehabilitation Engineering Research Centers

**ALSO KNOWN AS**

RERCs

**CFDA # (OR ED #)**

84.133E

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

States, public or private agencies—including for-profit agencies, Indian tribes, and tribal organizations also may apply. RERCs must be operated by or in collaboration with one or more IHEs or nonprofit organizations.

**CURRENT COMPETITIONS**

Multiple FY 2008 application deadlines: April 1 and Aug. 26, 2008. See the OSERS National Institute on Disability Rehabilitation and Research (NIDRR) forecast of funding opportunities Web site at: http://www.ed.gov/fund/grant/find/edlite-forecast.html#Chart7, which is updated several times during the year, for subsequent application deadlines.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $16,698,749 |
| Fiscal Year 2007 | $20,249,257 |
| Fiscal Year 2008 | $17,898,241 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as

*continued top of next page*

a whole; see the main entry for NIDRR (# 84.133), also under the topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation.

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 7
Average New Award: $943,750

Number of Continuation Awards: 12
Average Continuation Award: $931,438
Range of Continuation Awards: $850,000–$1,700,000

### LEGISLATIVE CITATION

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 764(b)(3)

### PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 350

### PROGRAM DESCRIPTION

RERCs support research on issues dealing with rehabilitation technology, including rehabilitation engineering and assistive technology devices and services. RERCs generally either:

1. Lead to the development of methods, procedures, and devices that will benefit individuals with disabilities, especially those with the most severe disabilities; or

2. Involve technology for the purposes of enhancing opportunities for meeting the needs of and addressing the barriers confronted by individuals with disabilities in all aspects of their lives.

### TYPES OF PROJECTS

Types of activities supported by RERCs include: the development of technological systems for persons with disabilities; stimulation of the production and distribution of equipment in the private sector; and clinical evaluations of equipment. Awards are for five years, except that grants to new recipients or to support new or innovative research may be made for fewer than five years.

### EDUCATION LEVEL (SPECIFICALLY)

All ages

### SUBJECT INDEX

Assistive Devices (for Disabled), Demonstration Programs, Disabilities, Engineering, Rehabilitation, Research

### CONTACT INFORMATION

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitation Research 400 Maryland Ave. S.W., Rm. 6030, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/rerc/index.html

## Disability and Rehabilitation Research

**PROGRAM TITLE**

# Rehabilitation Research and Training Centers

**ALSO KNOWN AS**

RRTCs

**CFDA # (OR ED #)**

84.133B

**ADMINISTERING OFFICE**

Office of Special Education and Rehabilitative Services (OSERS)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

States, public or private agencies—including for-profit agencies, Indian tribes, and tribal organizations also may apply. Rehabilitation research and training centers must be operated by or in collaboration with: (1) one or more IHEs or (2) one or more providers of rehabilitation or other appropriate services.

**CURRENT COMPETITIONS**

There are multiple competitions under this program. FY 2008 application deadlines start: April 1, 2008. See the OSERS National Institute on Disability and Rehabilitation Research (NIDRR) forecast of funding opportunities Web site at: http://www.ed.gov/fund/grant/find/edlite-forecast.html#Chart7, which is updated several times during the year, for subsequent application deadlines.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Cooperative Agreements, Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $18,057,029 |
| Fiscal Year 2007 | $17,035,521 |
| Fiscal Year 2008 | $13,799,662 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the main entry for NIDRR (# 84.133), under the topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation. Some awards are cofunded by the U.S. Department of Health and Human Services' (HHS) Substance Abuse & Mental Heath Services Administration (SAMHSA). Amounts above represent NIDRR funding only.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 9
Average New Award: $850,000
Range of New Awards: Up to $850,000

Number of Continuation Awards: 14
Average Continuation Award: $500,000
Range of Continuation Awards: $450,000–$900,000

**LEGISLATIVE CITATION**

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 764(b)(2)

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 350

**PROGRAM DESCRIPTION**

The RRTCs conduct coordinated and advanced programs of research, training, and information dissemination in general problem areas that are specified by NIDRR. Each RRTC has a major program of research in a particular area, such as mental illness, vocational rehabilitation, or independent living. The RRTCs must serve as centers of national excellence and national or regional resources for providers and individuals with disabilities and their representatives. RRTC awards are for five years, except that grants to new recipients or to support new or innovative research may be made for fewer than five years.

**TYPES OF PROJECTS**

Each year, competitions are held in specific areas that determine the types of projects.

*continued top of next page*

### EDUCATION LEVEL (SPECIFICALLY)

All Ages

### SUBJECT INDEX

Disabilities, Research, Significant Disabilities, Vocational Rehabilitation

### CONTACT INFORMATION

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute on Disability and Rehabilitation Research 400 Maryland Ave. S.W., Rm. 6029, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/rrtc/index.html

## Disability and Rehabilitation Research

### PROGRAM TITLE

## Spinal Cord Injuries Model Systems

### ALSO KNOWN AS

SCI

### CFDA # (OR ED #)

84.133N

### ADMINISTERING OFFICE

Office of Special Education and Rehabilitative Services (OSERS)

### WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

### WHO MAY APPLY (SPECIFICALLY)

States, public or private agencies—including for-profit agencies, Indian tribes, and tribal organizations—may apply.

### CURRENT COMPETITIONS

None. FY 2008 funds support continuations only.

### TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $12,163,060 |
| Fiscal Year 2007 | $6,495,128 |
| Fiscal Year 2008 | $6,495,127 |

Note: This is one of several NIDRR grant programs. Congress provides an appropriation for NIDRR as a whole; see the main entry for NIDRR (# 84.133), also under topical heading "Disability and Rehabilitation Research." The amounts listed here are a portion of the total NIDRR appropriation

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 14

Average Continuation Award: $463,938

Range of Continuation Awards: $449,000–$489,000

Note: Additional awards for spinal cord injury research are made under the Disability and Rehabilitation Research and Related Projects program (# 84.133A), also under topical heading "Disability and Rehabilitation Research."

## LEGISLATIVE CITATION

*Rehabilitation Act of 1973*, as amended, Title II; 29 *U.S.C.* 764(b)(4)

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 359

## PROGRAM DESCRIPTION

The NIDRR Model Systems are specialized programs of care in spinal cord injury (SCI), traumatic brain injury (TBI) and burn injury, which gather information and conduct research with the goal of improving long-term functional, vocational, cognitive, and quality-of-life outcomes for individuals with disabilities in these areas. Model System grantees contribute data to national statistical centers that track the long-term consequences of SCI, TBI and burn injuries, and conduct research in the areas of medical rehabilitation, health and wellness, service delivery, short- and long-term interventions, and systems research. Each Model System also is charged with disseminating information and research findings to patients, family members, health-care providers, educators, policymakers and the general public.

## TYPES OF PROJECTS

Specifically, this one of the Model Systems programs provides assistance for demonstration projects that provide comprehensive rehabilitation services to individuals with spinal cord injuries. Demonstration projects that support spinal cord research also are funded.

## EDUCATION LEVEL (SPECIFICALLY)

All Ages

## SUBJECT INDEX

Demonstration Programs, Rehabilitation, Research, Significant Disabilities

## CONTACT INFORMATION

| | |
|---|---|
| Name | Donna Nangle |
| E-mail Address | Donna.Nangle@ed.gov |
| Mailing Address | U.S. Department of Education, OSERS National Institute of Disability and Rehabilitation Research 400 Maryland Ave. S.W., Rm. 6029, PCP Washington, DC 20202-2700 |
| Telephone | 202-245-7462 |
| Fax | 202-245-7323 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/rschstat/research/pubs/res-program.html#model

## Disadvantaged Persons

**PROGRAM TITLE**

# Advanced Placement Incentive Program

**ALSO KNOWN AS**

AP Incentive Program; API Program

**CFDA # (OR ED #)**

84.330C

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs), Nonprofit Organizations, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

National nonprofit education organizations with expertise in advanced placement (AP) services, in addition to LEAs and state education agencies (SEAs), may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: July 8, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $26,113,699 |
| Fiscal Year 2007 | $27,701,191 |
| Fiscal Year 2008 | $31,798,501 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this Guide.*

Number of New Awards Anticipated: 21
Average New Award: $590,476
Range of New Awards: $93,040-$975,163

Number of Continuation Awards: 33
Average Continuation Award: $571,776

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part G

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 75, 77, 79, 80, 81, 82, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program provides grants to eligible entities to enable them to increase the participation of low-income students in both pre-AP and AP courses and tests.

**TYPES OF PROJECTS**

Awards support activities to increase the participation of low-income students in both pre-AP and AP courses and tests. Grants support the development, enhancement, or expansion of AP courses, including pre-AP courses aligned with AP courses in mathematics, science, English, and other subject areas. Allowable activities include: (1) professional development for teachers; (2) curriculum development; (3) the purchase of books and supplies; and (4) other activities directly related to expanding access to and participation in AP courses and tests for low-income students.

**EDUCATION LEVEL (BY CATEGORY)**

Middle School, Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

Grades 6–12

**SUBJECT INDEX**

Academic Achievement, Advanced Placement

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Ivonne Jaime |
| E-mail Address | Ivonne.Jaime@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W246 Washington, DC 20202-6200 |
| Telephone | 202-260-1519 |
| Fax | 202-205-4921 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/apincent/index.html

# Disadvantaged Persons

**PROGRAM TITLE**

# Advanced Placement Test Fee Program

**ALSO KNOWN AS**

AP Test Fee Program

**CFDA # (OR ED #)**

84.330B

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

SEAs, including SEAs from the District of Columbia, Puerto Rico, and the outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Dec. 28, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $5,867,283 |
| Fiscal Year 2007 | $9,273,293 |
| Fiscal Year 2008 | $11,741,333 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this Guide.*

Number of New Awards Anticipated: 43
Average New Award: $266,830
Range of New Awards: $15,000–$500,000

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part G

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides grants to states to enable them to pay AP test fees for low-income students.

**TYPES OF PROJECTS**

Awards may be used only to support AP test fees for low-income students. Fees for advanced placement tests administered by the College Board and the International Baccalaureate Organization (IBO) are covered. The secretary of education may approve other advanced placement tests.

**EDUCATION LEVEL (BY CATEGORY)**

Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

High School (grades 9–12)

**SUBJECT INDEX**

Academic Achievement, Advanced Placement, Low Income

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Kristie Barber |
| E-mail Address | AdvancedPlacementProgram@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Academic Improvement and Teacher Quality Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W253 Washington, DC 20202-6200 |
| Telephone | 202-260-3169 |
| Fax | 202-260-8969 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/apfee/index.html

## Disadvantaged Persons

**PROGRAM TITLE**

## Education for Homeless Children and Youths— Grants for State and Local Activities

**ALSO KNOWN AS**

Education for Homeless Children and Youths—State Programs; McKinney-Vento Education for Homeless Children and Youth Program

**CFDA # (OR ED #)**

84.196

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $61,871,040 |
| Fiscal Year 2007 | $61,871,040 |
| Fiscal Year 2008 | $64,066,851 |

Note: The appropriation includes funding for 50 states, the District of Columbia, Puerto Rico, the outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands), and the U.S. Department of the Interior's Bureau of Indian Education.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57
Average New Award: $1,100,000
Range of New Awards: $6,000–$7,600,000

**LEGISLATIVE CITATION**

*McKinney-Vento Homeless Assistance Act of 1987*, as amended, Title VII, Subtitle B; 42 *U.S.C.* 11431–11435

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

Formula grants are made to the 50 states, the District of Columbia, and Puerto Rico based on each state's share of Title I, Part A, funds. The outlying areas and the U.S. Department of the Interior's Bureau of Indian Education, also receive funds. Among other things, the program supports an office for coordination of the education of homeless children and youths in each state, which gathers comprehensive information about homeless children and youths and the impediments they must overcome to regularly attend school. These grants also help SEAs ensure that homeless children, including preschoolers and youths, have equal access to a free and appropriate public education (FAPE). States must review and revise laws and practices that impede such equal access. States are required to have an approved plan for addressing problems associated with the enrollment, attendance, and success of homeless children in school. States must make competitive subgrants to Local Education Agencies (LEAs) to facilitate the enrollment, attendance, and success in school of homeless children and youths. This includes addressing problems due to transportation needs, immunization and residency requirements, lack of birth certificates and school records, and guardianship issues.

**TYPES OF PROJECTS**

With subgrant funds, LEAs offer such activities as coordination and collaboration with other local agencies to provide comprehensive services to homeless children and youths and their families. LEAs also offer expedited evaluations of the needs of homeless children to help them enroll in school, attend regularly, and achieve success.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Preschool

**SUBJECT INDEX**

Disadvantaged, Educationally Disadvantaged, High-Risk Students, Homeless People, Transportation

## CONTACT INFORMATION

| | |
|---|---|
| Name | Gary Rutkin |
| E-mail Address | Gary.Rutkin@ed.gov |
| Mailing Address | U.S. Department of Education, OESE School Achievement and School Accountability Program |
| | Lyndon Baines Johnson Department of Education Building |
| | 400 Maryland Ave. S.W., Rm. 3W214 |
| | Washington, DC 20202-6132 |
| Telephone | 202-260-4412 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/homeless/index.html

# Disadvantaged Persons

## PROGRAM TITLE

# Improving Basic Programs Operated by Local Education Agencies (Title I, Part A)

## ALSO KNOWN AS

Education for the Disadvantaged—Grants to Local Education Agencies; Improving the Academic Achievement of the Disadvantaged; Title I *ESEA*; Title I LEA Grants

## CFDA # (OR ED #)

84.010

## ADMINISTERING OFFICE

Office of Elementary and Secondary Education (OESE)

## WHO MAY APPLY (BY CATEGORY)

State Education Agencies (SEAs)

## WHO MAY APPLY (SPECIFICALLY)

The U.S. Department of Education allocates all but 1 percent of appropriated funds to local education agencies (LEAs) through participating state education agencies (SEAs). The 1 percent is set aside for the secretary of the interior and the outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands). The secretary of the interior makes subgrants to schools operated by the Bureau of Indian Education, while the outlying areas receive formula grants. In addition, from the amount for the outlying areas, $5 million is reserved for competitive grants to the outlying areas and the freely associated states (see Territories and Freely Associated States Education Grant Program, # 84.256A, under topical heading "School Improvement").

## TYPE OF ASSISTANCE (BY CATEGORY)

Formula Grants

*continued top of next page*

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $12,713,125,290 |
| Fiscal Year 2007 | $12,838,125,280 |
| Fiscal Year 2008 | $13,898,875,000 |

Note: Appropriations above do not include funds for Title I evaluation for which $9.2 million was appropriated in FY 2008.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 52
Average New Award: $241,972,906
Range of New Awards: $27,198,995–$1,643,496,281

Note: Awards Information does not include the awards for the Bureau of Indian Education, the Census Bureau, or the outlying areas.

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part A; 20 *U.S.C.* 6301–6339, 6571–6578

## PROGRAM REGULATIONS

34 *CFR* 200

## PROGRAM DESCRIPTION

This program provides financial assistance to LEAs and schools with high numbers or high percentages of poor children to help ensure that all children meet challenging state academic standards. Federal funds are currently allocated through four statutory formulas that are based primarily on census poverty estimates and the cost of education in each state, as measured by each state's expenditure per elementary and secondary student.

1. Basic Grants provide funds to LEAs in which the number of children counted in the formula is at least 10 and exceeds 2 percent of an LEA's school-age population.

2. Concentration Grants flow to LEAs where the number of formula children exceeds 6,500 or 15 percent of the total school-age population.

3. Targeted Grants are based on the same data used for Basic and Concentration Grants except that the data are weighted so that LEAs with higher numbers or higher percentages of poor children receive more funds. Targeted Grants flow to LEAs where the number of schoolchildren counted in the formula (without application of the formula weights) is at least 10 and at least 5 percent of the LEA's school-age population.

4. Education Finance Incentive Grants (EFIGs) distribute funds to states based on factors that measure:

   a. a state's effort to provide financial support for education compared to its relative wealth as measured by its per capita income; and

   b. the degree to which education expenditures among LEAs within the state are equalized.

Once a state's EFIG allocation is determined, funds are allocated (using a weighted count formula that is similar to Targeted Grants) to LEAs in which the number of poor children is at least 10 and at least 5 percent of the LEA's school-age population.

LEAs target the Title I funds they receive to schools with the highest percentages of children from low-income families. Unless a participating school is operating a schoolwide program, the school must focus Title I services on children who are failing, or most at risk of failing, to meet state academic standards. Schools in which poor children make up at least 40 percent of enrollment are eligible to use Title I funds for schoolwide programs that serve all children in the school. LEAs also must use Title I funds to provide academic enrichment services to eligible children enrolled in private schools.

## TYPES OF PROJECTS

More than 50,000 public schools across the country use Title I funds to provide additional academic support and learning opportunities to help low-achieving children master challenging curricula and meet state standards in core academic subjects. For example, funds support extra instruction in reading and mathematics, as well as preschool, after-school, and summer programs to extend and reinforce the regular school curriculum for eligible children.

## EDUCATION LEVEL (BY CATEGORY)

K–12, Pre-K

## SUBJECT INDEX

Disadvantaged, Educationally Disadvantaged, High-Risk Students, Low Income, Poverty

## CONTACT INFORMATION

| | |
|---|---|
| Name | Susan Wilhelm |
| E-mail Address | Susan.Wilhelm@ed.gov |
| Mailing Address | U.S. Department of Education, OESE School Accountability and Student Achievement Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W202 Washington, DC 20202-6132 |
| Telephone | 202-260-0984 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/titleiparta/index.html

---

# Disadvantaged Persons

**PROGRAM TITLE**

# Prevention and Intervention Programs for Children and Youths Who Are Neglected, Delinquent, or At Risk

**ALSO KNOWN AS**

Neglected and Delinquent State Agency Programs; "N and D" Programs

**CFDA # (OR ED #)**

84.013

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

State agencies responsible for providing free public education for those children in institutions who are neglected or delinquent, responsible for children who are enrolled in education programs in adult correctional facilities, and responsible for those children in community day programs who are neglected or delinquent may apply to their SEA to receive subgrants. Also, local education agencies (LEAs) with high numbers or percentages of youths in local correctional facilities may apply to their SEA to receive subgrants.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $49,797,000 |
| Fiscal Year 2007 | $49,797,000 |
| Fiscal Year 2008 | $48,927,000 |

*continued top of next page*

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 52
Average New Award: $917,382
Range of New Awards: $82,957–$3,299,862

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part D; 20 *U.S.C.* 6421–6472

**PROGRAM REGULATIONS**

34 *CFR* 200

**PROGRAM DESCRIPTION**

The Title I, Part D, Subpart 1, State Agency Neglected and Delinquent (N and D) program provides formula grants to SEAs for supplementary education services to help provide education continuity for children and youths in state-run institutions for juveniles and in adult correctional institutions so that these youths can make successful transitions to school or employment once they are released. Funds are allocated by formula to SEAs, which make subgrants to the state agencies responsible for educating N and D children and youths. To be eligible for state N and D funds, juvenile institutions must provide 20 hours a week of instruction from nonfederal funds; adult correctional institutions must provide 15 hours.

The Subpart 2 Local Education Agency Program requires each SEA to reserve from its Title I, Part A, allocation, funds generated by the number of children in locally operated institutions for delinquent youths. Subgrants are awarded to LEAs with high numbers or percentages of youths in local correctional facilities to support dropout programs for at-risk youths in these facilities and the LEAs' schools.

**TYPES OF PROJECTS**

Grants support supplemental instruction in core subject areas, such as reading and mathematics, as well as tutoring, counseling, and transition services.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Child Neglect, Delinquency, Disadvantaged, Dropouts, Educationally Disadvantaged, Mathematics, Reading

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Gary Rutkin |
| E-mail Address | Gary.Rutkin@ed.gov |
| Mailing Address | U.S. Department of Education, OESE School Achievement and Student Accountability Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W214 Washington, DC 20202-6132 |
| Telephone | 202-260-4412 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/titleipartd/index.html

# English Language Acquisition

**PROGRAM TITLE**

## English Language Acquisition State Grants

**CFDA # (OR ED #)**

84.365A

**ADMINISTERING OFFICE**

Office of English Language Acquisition (OELA)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Awards are made to SEAs, which, in turn, make sub-grants to local education agencies (LEAs).

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $620,521,872 |
| Fiscal Year 2007 | $617,176,837 |
| Fiscal Year 2008 | $649,868,900 |

Note: Appropriations amounts include funds for the District of Columbia, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands. Appropriation amounts do not include the set-aside for evaluation, a national clearinghouse, and the Professional Development project, which is $3,502,000 in FY 2008.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 56
Average New Award: $11,946,560
Range of New Awards: $500,000–$177,690,422 (based on preliminary data)

Note: Awards information includes grants to the District of Columbia, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands.

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title III, Secs. 3111–3141; 20 *U.S.C.* 6821–6871

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 76

**PROGRAM DESCRIPTION**

This program is designed to improve the education of limited English proficient (LEP) children and youths by helping them learn English and meet challenging state academic content and student academic achievement standards. The program provides enhanced instructional opportunities for immigrant children and youths. Funds are distributed to states based on a formula that takes into account the number of immigrant and LEP students in each state.

**TYPES OF PROJECTS**

States must develop annual measurable achievement objectives for LEP students that measure their success in achieving English language proficiency and meeting challenging state academic content and achievement standards. Schools use the funds to implement language instruction programs designed to help LEP students achieve these standards. Approaches and methodologies must be founded on scientifically based research. LEAs may develop and implement new language instruction programs and expand or enhance existing programs. LEAs also may implement school-wide programs within individual schools or implement systemwide programs to restructure, reform, or upgrade all programs, activities, or operations related to the education of their LEP students.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Academic Achievement, English (Second Language), Language Proficiency, Limited English Proficiency

*continued top of next page*

## CONTACT INFORMATION

| | |
|---|---|
| Name | Millicent Bentley-Memon |
| E-mail Address | Millicent.Bentley-Memon@ed.gov |
| Mailing Address | U.S. Department of Education, OELA |
| | 400 Maryland Ave. S.W., Rm. 10002, PCP |
| | Washington, DC 20202-6510 |
| Telephone | 202-245-7105 |
| Fax | 202-245-7167 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/sfgp/nrgcomp.html

## English Language Acquisition

**PROGRAM TITLE**

# Native American and Alaska Native Children in School

**ALSO KNOWN AS**

Native American Program

**CFDA # (OR ED #)**

84.365C

**ADMINISTERING OFFICE**

Office of English Language Acquisition (OELA)

**WHO MAY APPLY (BY CATEGORY)**

Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

Indian tribes; tribally sanctioned education authorities; Native Hawaiian or Native American Pacific Islander native language education organizations; and elementary, secondary, or postsecondary schools operated or funded by the Department of the Interior's Bureau of Indian Education, or a consortium of such schools and an institution of higher education (IHE) may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Dec. 6, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $5,000,000 |
| Fiscal Year 2007 | $5,000,000 |
| Fiscal Year 2008 | $5,000,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 8
Number of Continuation Awards: 21
Average Continuation Award: $200,000
Range of Continuation Awards: $150,000–$250,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title III, Part A, Subpart 1, Secs. 3111(c)(1)(A) and 3112; 20 *U.S.C.* 6821(c)(1)(A), and 20 *U.S.C.* 6822

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 81, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program provides grants to eligible entities that support language instruction education projects for limited English proficient (LEP) children from Native American, Alaska Native, Native Hawaiian, and Pacific Islander backgrounds. The program is designed to ensure that LEP children master English and meet the same rigorous standards for academic achievement that all children are expected to meet. Funds may support the study of Native American languages.

**TYPES OF PROJECTS**

Projects may include teacher training, curriculum development, and evaluation and assessment to support the core program of student instruction and parent-community participation. Student instruction may comprise preschool, elementary, secondary, and postsecondary levels or combinations of these levels.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Academic Achievement, Bilingual Education, English (Second Language), Limited English Proficiency, Native Americans

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Trinidad Torres-Carrion |
| E-mail Address | Trinidad.Torres-Carrion@ed.gov |
| Mailing Address | U.S. Department of Education, OELA 400 Maryland Ave. S.W., Rm. 10082, PCP Washington, DC 20202-6510 |
| Telephone | 202-245-7134 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7166 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/naancs/index.html

# Federal Student Aid

**PROGRAM TITLE**

## Academic Competitiveness Grants (ACG) and National Science and Mathematics Access to Retain Talent (SMART) Grants

**ALSO KNOWN AS**

Academic Competitiveness Grants; AC Grants; ACG; National SMART Grants; SMART Grants; ACG/ SMART Grants

**CFDA # (OR ED #)**

84.376

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

Undergraduate students enrolled or accepted for enrollment in participating schools may apply.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Academic Competitiveness Grants and SMART Grants are performance-based grants awarded through participating postsecondary institutions to students with financial need. Recipients must be U.S. citizens who attend school full-time and are eligible to receive a Federal Pell Grant (see # 84.063, also under topical heading "Federal Student Aid"). Recipients must meet other eligibility requirements depending on their year in school, such as: complete a rigorous high school program; major in mathematics, science, technology, engineering or selected foreign languages; or maintain a required minimum grade point average (GPA). Participating institutions either credit the grant funds to the student's school account, pay the student directly (usually by check), or combine these methods.

Individual award amounts are based on the student's cost of attendance, *Expected Family Contribution* (EFC), and other aid. A current or prospective student applies for federal student aid by submitting the *Free Application for Federal Student Aid* (FAFSA), which can be completed electronically by using FAFSA on the Web (see link below). The student should also contact the postsecondary schools that he or she is considering to obtain consumer information and policies and aid procedures applicable to each school. Students receive the notification of the aid award from the postsecondary school. See the Web sites listed below for more information.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $790,000,000 |
| Fiscal Year 2007 | $850,000,000 |
| Fiscal Year 2008 | $920,000,000 |

Note: Current estimates of aid awarded in FY 2008 are $440 million for ACG and $260 million for SMART Grants. Any funds not used in any fiscal year can be carried forward for use in subsequent fiscal years. A rescission of $525 million in unneeded prior-year balances was enacted in FY 2008. This does not affect the availability of the mandatory FY 2008 appropriation of $920 million.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $700,000,000

Number of New Awards Anticipated: 638,000
Average New Award: $787 for ACG; $3,291 for SMART Grants
Range of New Awards: $750–$4,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 1, Sec. 401A

**PROGRAM REGULATIONS**

34 *CFR* 691

**PROGRAM DESCRIPTION**

The Academic Competitiveness Grant and SMART Grant programs were created in the *Higher Education Reconciliation Act of 2006,* which became effective July 1, 2006. The program awards need-based Academic Competitiveness Grants to first- and

second-year undergraduates who completed a rigorous high school program. The program awards SMART Grants to third- and fourth-year undergraduates majoring in certain technical fields or foreign languages deemed vital to national security.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

Undergraduate degree-seeking.

**SUBJECT INDEX**

Grants, Low Income, Student Financial Aid

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

**LINKS TO RELATED WEB SITES**

http://www.fafsa.ed.gov
http://studentaid.ed.gov

---

# Federal Student Aid

**PROGRAM TITLE**

# Federal Family Education Loan (FFEL) Program

**ALSO KNOWN AS**

FFEL Program; FFEL loans. FFEL includes four components: Stafford Loans, Unsubsidized Stafford Loans, Federal PLUS Loans, and Federal Consolidation Loans.

**CFDA # (OR ED #)**

84.032

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

- Stafford: Individuals who are undergraduate, vocational, or graduate students accepted for enrollment at least half-time in participating schools.

- Unsubsidized Stafford: Individuals who are undergraduate, vocational, or graduate students accepted for enrollment at least half-time in participating schools.

- Federal PLUS: Individuals who are parents of dependent undergraduate students accepted for enrollment at least half-time in participating schools. Beginning July 1, 2006, graduate and professional students are also eligible.

- Federal Consolidation: Individuals who have outstanding student loans and are in a grace period or repayment status or those who have defaulted but have made satisfactory arrangements to repay their loan(s).

**TYPE OF ASSISTANCE (BY CATEGORY)**

Loans

**TYPE OF ASSISTANCE (SPECIFICALLY)**

These are guaranteed, insured loans.

*continued top of next page*

## APPROPRIATIONS

| Fiscal Year 2006 | $17,273,789,000 |
|---|---|
| Fiscal Year 2007 | $6,850,098,000 |
| Fiscal Year 2008 | $1,076,427,000 |

Note: The appropriation amounts listed provide the federal subsidy costs associated with new FFEL program loans for each fiscal year; however, typically it is the volume of loans made that is more relevant to those seeking student aid. FFEL loan volume (aid available), including Federal Consolidation loans, was $119.2 billion in FY 2006, $98.3 billion in FY 2007, and is estimated to be $90.2 billion in FY 2008.

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $56,242,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated:

| Loan Type | Amount of Aid Available | Number of New Loans Anticipated | Average Award | Award Range |
|---|---|---|---|---|
| Stafford | $24,050,000,000 | 6,458,000 | $3,724 | Up to $8,500 |
| Unsubsidized Stafford | $23,384,000,000 | 4,988,000 | $4,688 | Up to $20,500 |
| Federal PLUS | $8,808,000,000 | 790,000 | $11,152 | Cost of attendance less other aid |
| Federal Consolidation | $33,940,000,000 | 1,144,000 | $29,667 | Not applicable |

### LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part B; 20 *U.S.C.* 1071-1087-4

### PROGRAM REGULATIONS

34 *CFR* 682

### PROGRAM DESCRIPTION

| Loan Type | Characteristics | Interest Rate for New Borrowers as of 7/1/06 |
|---|---|---|
| Stafford | Interest paid by government when student is in school and during periods of grace and deferment. | 6.8% |
| Unsubsidized Stafford | Interest NOT paid by government when student is in school nor during periods of grace and deferment. | 6.8% |
| Federal PLUS | Enables parents to borrow to pay the costs of higher education for their dependent undergraduates and graduate students to pay their costs. | 8.5% |
| Federal Consolidation | Combines more than one federal education loan into a single loan. | Weighted average of loans rounded upward to nearest 1/8%. Capped at 8.25%. |

Interest rate formula for loans made before July 1, 2006: For Stafford and Unsubsidized Stafford, in-school rate is 91-day T-Bill + 1.7%; in-repayment rate is 91-day T-Bill + 2.3%; both rates are capped at 8.25%. For Federal PLUS, in-repayment rate is 91-day T-Bill + 3.1% and is capped at 9%. For Federal Consolidation, see above.

### TYPES OF PROJECTS

These are loans.

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary

### SUBJECT INDEX

Parents, Student Financial Aid, Student Loan Programs

### CONTACT INFORMATION

| Name | Federal Student Aid Information Center |
|---|---|
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

### LINKS TO RELATED WEB SITES

http://studentaid.ed.gov

# Federal Student Aid

**PROGRAM TITLE**

# Federal Pell Grant Program

**ALSO KNOWN AS**

Pell Grants; formerly called Basic Educational Opportunity Grants (BEOGs)

**CFDA # (OR ED #)**

84.063

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

Undergraduate and vocational students enrolled or accepted for enrollment in participating schools may apply.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Federal Pell Grants are direct grants awarded through participating institutions to students with financial need who have not received their first bachelor's degree or who are enrolled in certain postbaccalaureate programs that lead to teacher certification or licensure. Participating institutions either credit the Federal Pell Grant funds to the student's school account, pay the student directly (usually by check) or combine these methods. Students must be paid at least once per term (semester, trimester, or quarter); schools that do not use formally defined terms must pay the student at least twice per academic year.

**APPROPRIATIONS**

| Fiscal Year 2006 | $17,345,230,000 |
| Fiscal Year 2007 | $13,660,711,000 |
| Fiscal Year 2008 | $16,256,000,000 |

Note: The amount for FY 2006 includes $4.3 billion to retire prior-year funding shortfalls; the amount for FY 2008 includes $2 billion in mandatory funds.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $16,428,110,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 5,578,000
Average New Award: $2,945
Range of New Awards: $400–$4,731

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 1; 20 *U.S.C.* 1070a

**PROGRAM REGULATIONS**

34 *CFR* 690

**PROGRAM DESCRIPTION**

The Federal Pell Grant Program provides need-based grants to low-income undergraduate and certain postbaccalaureate students to promote access to post-secondary education. Students may use their grants at any one of approximately 5,400 participating postsecondary institutions. Grant amounts are dependent on: the student's expected family contribution (EFC) (see below); the cost of attendance (as determined by the institution); the student's enrollment status (full-time or part-time); and whether the student attends for a full academic year or less. Students may not receive Federal Pell Grant funds from more than one school at a time.

Financial need is determined by the U.S. Department of Education using a standard formula established by Congress, to evaluate the financial information reported on the *Free Application for Federal Student Aid* (FAFSA) and to determine the family EFC. The fundamental elements in this standard formula are the student's income (and assets if the student is independent), the parents' income and assets (if the student is dependent), the family's household size, and the number of family members (excluding parents) attending postsecondary institutions. The EFC is the sum of:

1. A percentage of net income (remaining income after subtracting allowances for basic living expenses and taxes); and

*continued top of next page*

2. A percentage of net assets (assets remaining after subtracting an asset protection allowance).

Different assessment rates and allowances are used for dependent students, independent students without dependents, and independent students with dependents. After filing a FAFSA, the student receives a *Student Aid Report* (SAR), or the institution receives an *Institutional Student Information Record* (ISIR), which notifies the student if he or she is eligible for a Federal Pell Grant and provides the student's EFC.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

Undergraduate

**SUBJECT INDEX**

Grants, Low Income, Student Financial Aid

**CONTACT INFORMATION**

| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

**LINKS TO RELATED WEB SITES**

http://www.fafsa.ed.gov
http://studentaid.ed.gov

---

# Federal Student Aid

**PROGRAM TITLE**

## Federal Perkins Loan Program

**ALSO KNOWN AS**

Perkins Loan Program; Perkins Loans; formerly National Defense Student Loan; formerly National Direct Student Loan

**CFDA # (OR ED #)**

84.037; 84.038

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals, Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs may apply for an allocation of funds to be awarded to undergraduate, vocational, or graduate students enrolled or accepted for enrollment at participating schools.

**CURRENT COMPETITIONS**

Note: Formula grants are made directly to eligible postsecondary institutions.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Loans, Formula Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Perkins Loan allocations are made to eligible institutions for the purpose of providing low-interest loans to needy undergraduate and graduate students attending eligible institutions. Institutional allocations for new Federal Capital Contributions (FCC) are made to institutional revolving funds based on institutional requests for program funding under a statutory formula. Under the funding formula, funds are distributed to institutions, first, on the basis of the institution's base guarantee plus the pro rata share received during the 1999–2000 award year under the Perkins Loan Program and, then, on the basis of the aggregate

need of the eligible students in attendance. Institutions must contribute 25 percent of the funding. In addition, institutions receive payments to compensate them for the cost of certain statutory loan cancellation provisions. Students receive Perkins loans from participating institutions after filing the *Free Application for Federal Student Aid* (FAFSA) to determine their financial need.

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $65,471,000 |
| Fiscal Year 2007 | $65,471,000 |
| Fiscal Year 2008 | $64,327,000 |

Note: Funding in FY 2006–08 is limited to Perkins Loan Cancellations. No funds were appropriated for new Federal Capital Contributions.

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $1,103,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 504,000
Average New Award: $2,190
Range of New Awards: Up to $4,000 per year for undergraduates; up to $6,000 per year for graduate students.

### LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part E; 20 *U.S.C.* 1087aa–1087ii

### PROGRAM REGULATIONS

34 *CFR* 673 and 674

### PROGRAM DESCRIPTION

The Federal Perkins Loan Program provides low-interest loans to help needy students finance the costs of postsecondary education. Students can receive Perkins loans at any one of approximately 1,800 participating postsecondary institutions. Institutional financial aid administrators at participating institutions have substantial flexibility in determining the amount of Perkins loans to award to students who are enrolled or accepted for enrollment. Borrowers who

undertake certain public, military, or teaching service employment are eligible to have all or part of their loans canceled. In general, schools are reimbursed for 100 percent of the principal amount of the loan canceled, and the reimbursement must be reinvested in the school's revolving loan fund. These institutional reimbursements for loan cancellations are an entitlement.

Loan volume in the program comes from: (1) newly appropriated FCC contributions and loan cancellation payments; (2) an institutional matching contribution equaling at least one-third of the FCC contribution; and (3) school-level collections on prior-year student loans.

Financial need is determined by the U.S. Department of Education, using a standard formula, established by Congress, to evaluate the financial information reported by the student on the FAFSA. The information from the FAFSA then determines the student's expected family contribution (EFC). The fundamental elements in this standard formula are the student's income (and assets, if the student is independent), the parents' income and assets (if the student is dependent), the family's household size, and the number of family members (excluding parents) attending postsecondary institutions. The EFC is the sum of: (1) a percentage of net income (remaining income after subtracting allowances for basic living expenses) and (2) a percentage of net assets (assets remaining after subtracting an asset protection allowance). Different assessment rates and allowances are used for dependent students, independent students without dependents, and independent students with dependents. After filing a FAFSA, the student receives a *Student Aid Report* (SAR) or the institution receives an *Institutional Student Information Record* (ISIR), which provides the student's EFC.

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary, Vocational

### SUBJECT INDEX

Student Financial Aid, Student Loan Programs

### CONTACT INFORMATION

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

### LINKS TO RELATED WEB SITES

http://www.fafsa.ed.gov
http://studentaid.ed.gov

## Federal Student Aid

**PROGRAM TITLE**

# Federal Supplemental Educational Opportunity Grant (FSEOG) Program

**ALSO KNOWN AS**

FSEOGs; SEOG Grants

**CFDA # (OR ED #)**

84.007

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals, Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Eligible postsecondary institutions may apply for an allocation of funds to be awarded to undergraduate students enrolled or accepted for enrollment in participating schools.

**CURRENT COMPETITIONS**

Formula grants are made directly to eligible postsecondary institutions.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

FSEOG allocations are made to eligible postsecondary institutions for the purpose of providing grants to needy undergraduate students attending the institution. Institutional allocations are based on institutional requests for program funding under a statutory formula. Under the funding formula, funds are distributed to institutions, first, on the basis of the institution's base guarantee plus the pro rata share received during the 1999–2000 award year under the FSEOG Program and, then, on the basis of the aggregate need of the eligible undergraduate students in attendance. Institutions must contribute 25 percent of the funding.

Students receive FSEOG awards from participating institutions after filing the *Free Application for Federal Student Aid* (FAFSA) to determine their financial need.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $770,933,000 |
| Fiscal Year 2007 | $770,933,000 |
| Fiscal Year 2008 | $757,464,800 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $959,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 1,255,000
Average New Award: $764
Range of New Awards: $100–$4,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 3; 20 *U.S.C.* 1070b–1070b-4

**PROGRAM REGULATIONS**

34 *CFR* 673 and 676

**PROGRAM DESCRIPTION**

The FSEOG Program provides need-based grants to low-income undergraduate students to promote access to postsecondary education. Students can receive these grants at any one of approximately 4,000 participating postsecondary institutions. Institutional financial aid administrators at participating institutions have substantial flexibility in determining the amount of FSEOG awards to provide students who are enrolled or accepted for enrollment. Priority is given to those students with "exceptional need" (those with the lowest expected family contributions, [EFCs], at the institution) and those who are also Federal Pell Grant (see # 84.063, also under topical heading "Federal Student Aid") recipients.

Financial need is determined by the U.S. Department of Education, using a standard formula, established by Congress, to evaluate the financial information

reported on the FAFSA and to determine the family's EFC. The fundamental elements in this standard formula are the student's income (and assets, if the student is independent), the parents' income and assets (if the student is dependent), the family's household size, and the number of family members (excluding parents) attending postsecondary institutions. The EFC is the sum of:

1. A percentage of net income (remaining income after subtracting allowances for basic living expenses); and

2. A percentage of net assets (assets remaining after subtracting an asset protection allowance).

Different assessment rates and allowances are used for dependent students, independent students without dependents, and independent students with dependents. After filing a FAFSA, the student receives a *Student Aid Report* (SAR), or the school receives an *Institutional Student Information Record* (ISIR), which provides the EFC.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

Undergraduate

**SUBJECT INDEX**

Low Income, Student Financial Aid

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-433-3243 or1-800-4FED-AID |

**LINKS TO RELATED WEB SITES**

http://www.fafsa.ed.gov
http://studentaid.ed.gov

## Federal Student Aid

**PROGRAM TITLE**

# Federal Work-Study (FWS) Program

**ALSO KNOWN AS**

FWS awards; FWS employment; formerly known as College Work-Study Program

**CFDA # (OR ED #)**

84.033

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals, Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Eligible postsecondary institutions may apply for an allocation of funds to be awarded to undergraduate, vocational, or graduate students enrolled or accepted for enrollment at participating schools.

**CURRENT COMPETITIONS**

Formula grants are made directly to eligible postsecondary institutions.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Federal Work-Study (FWS) allocations are made to eligible institutions for the purpose of providing part-time employment to needy undergraduate and graduate students attending participating institutions. Institutional allocations are based on institutional requests for program funding under a statutory formula. Under the funding formula, funds are distributed to institutions, first, on the basis of the institution's base guarantee plus the pro rata share received during the 1999–2000 award year under the FWS Program and, then, on the basis of the aggregate need of the eligible students in attendance. Employers of FWS recipients must contribute 25 percent of the

*continued top of next page*

funding (except in the case of private, for-profit organizations, which must match 50 percent, and in the case of established criteria for which the matching requirement is waived).

The U.S. Department of Education encourages colleges and universities to use FWS Program funds to promote community service activities. Institutions must use at least 7 percent of their Work-Study allocation to support students working in community service jobs, including: reading tutors for preschool age or elementary school children; mathematics tutors for students enrolled in elementary school through ninth grade; or literacy tutors in a family literacy project performing family literacy activities. Students receive FWS awards from participating institutions after filing the *Free Application for Federal Student Aid* (FAFSA) to determine their financial need and may be employed by: the institution itself; a federal, state, or local public agency; a private nonprofit organization; or a private for-profit organization.

---

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $980,354,000 |
| Fiscal Year 2007 | $980,354,000 |
| Fiscal Year 2008 | $980,492,000 |

---

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $1,172,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 793,000
Average New Award: $1,478

---

### LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part C; 42 *U.S.C.* 2751–2756b

---

### PROGRAM REGULATIONS

34 *CFR* 673 and 675

---

### PROGRAM DESCRIPTION

The FWS Program provides funds that are earned through part-time employment to assist students

in financing the costs of postsecondary education. Students can receive FWS funds at approximately 3,400 participating postsecondary institutions. Institutional financial aid administrators at participating institutions have substantial flexibility in determining the amount of FWS awards to provide to students who are enrolled or accepted for enrollment. Hourly wages must not be less than the federal minimum wage.

Financial need is determined by the Department, using a standard formula established by Congress, to evaluate the financial information reported on the FAFSA and to determine the expected family contribution (EFC). The fundamental elements in this standard formula are the student's income (and assets, if the student is independent), the parents' income and assets (if the student is dependent), the family's household size, and the number of family members (excluding parents) attending postsecondary institutions. The EFC is the sum of:

1. A percentage of net income (remaining income after subtracting allowances for basic living expenses); and

2. A percentage of net assets (assets remaining after subtracting an asset protection allowance).

Different assessment rates and allowances are used for dependent students, independent students without dependents, and independent students with dependents. After filing a FAFSA, the student receives a *Student Aid Report* (SAR), or the institution receives an *Institutional Student Information Report* (ISIR), which provides the student's EFC.

---

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary, Vocational

---

### EDUCATION LEVEL (SPECIFICALLY)

Undergraduate, Graduate

---

### SUBJECT INDEX

Student Financial Aid

---

### CONTACT INFORMATION

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

---

### LINKS TO RELATED WEB SITES

http://www.fafsa.ed.gov
http://studentaid.ed.gov

## Federal Student Aid

**PROGRAM TITLE**

# Leveraging Educational Assistance Partnership (LEAP) Program

**ALSO KNOWN AS**

LEAP Program; formerly State Student Incentive Grants (SSIG)

**CFDA # (OR ED #)**

84.069A

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (SPECIFICALLY)**

States may apply. Undergraduate and graduate students having substantial financial need then may apply to the states in which they are residents.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| Fiscal Year 2006 | $64,987,000 |
| Fiscal Year 2007 | $64,987,000 |
| Fiscal Year 2008 | $63,852,000 |

Note: Each state's allotment is based on its relative share of the total national population of "students eligible to participate" in the LEAP Program. If LEAP (formerly SSIG) appropriations are below 1979 levels, each state is allotted an amount proportional to the amount of funds it received in 1979. States must, at a minimum, match LEAP grants dollar-for-dollar with state funds provided through direct state appropriations for this purpose.  If a state does not use all of its allotment, the excess funds are distributed to other states in the same proportion as the original distribution.

Pursuant to the *Higher Education Act (HEA)*, Sec. 415A(b)(2), when the appropriation for the LEAP Program exceeds $30 million, the excess shall be available to carry out the Special Leveraging Educational Assistance Partnership (SLEAP) Program, authorized under *HEA*, Sec. 415E. See SLEAP, # 84.069B, also under topical heading "Federal Student Aid."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $162,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 162,000
Average New Award: $1,000
Range of New Awards: $100–$5,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 4; 20 *U.S.C.* 1070c-1070c-4

**PROGRAM REGULATIONS**

34 *CFR* 692, Subpart A

**PROGRAM DESCRIPTION**

The LEAP Program provides grants to states to assist them in providing need-based grants and community service work-study assistance to eligible postsecondary students. States must administer the program under a single state agency and meet maintenance-of-effort criteria.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Federal Aid, Grants, State-Federal Aid, Student Financial Aid

**CONTACT INFORMATION**

| Name | Federal Student Assistance Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

**LINKS TO RELATED WEB SITES**

http://studentaid.ed.gov

# Federal Student Aid

**PROGRAM TITLE**

## Special Leveraging Educational Assistance Partnership (SLEAP) Program

**ALSO KNOWN AS**

SLEAP Program

**CFDA # (OR ED #)**

84.069B

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (SPECIFICALLY)**

States that participate in the Leveraging Educational Assistance Partnership (LEAP) Program (see # 84.069A, also under topical heading "Federal Student Aid") may apply; undergraduate and graduate students having financial need then may apply to the states in which they are residents.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $34,987,000 |
| Fiscal Year 2007 | $34,987,000 |
| Fiscal Year 2008 | $33,852,000 |

Note: Pursuant to the *Higher Education Act* (*HEA*), Sec. 415A(b)(2), when the appropriation for the LEAP Program exceeds $30 million, the excess shall be available to carry out the SLEAP Program, authorized under *HEA*, Sec. 415E. States must, at a minimum, match SLEAP grants two-for-one with state funds. The appropriations amounts shown are the excess available for SLEAP in each award year. See the LEAP Program, as indicated above in Who May Apply (specifically).

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $102,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 102,000
Average New Award: $1,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965*, as amended, Title IV, Part A, Subpart 4, Sec. 415E; 20 *U.S.C.* 1070c–3a

**PROGRAM REGULATIONS**

34 *CFR* 692, Subpart B

**PROGRAM DESCRIPTION**

The SLEAP Program assists states in providing grants, scholarships, and community service work-study assistance to eligible postsecondary education students who demonstrate financial need.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Federal Aid, Grants, Scholarships, State-Federal Aid, Student Financial Aid

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-USA-LEARN |

**LINKS TO RELATED WEB SITES**

http://studentaid.ed.gov

## Federal Student Aid

**PROGRAM TITLE**

# Teacher Education Assistance for College and Higher Education (TEACH) Grants

**ALSO KNOWN AS**

TEACH Grant Program; TEACH Grants (TEACH)

**CFDA # (OR ED #)**

84.379

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

Undergraduate and graduate students who attend eligible institutions, meet certain academic requirements, and sign an agreement to teach in qualifying schools and subject areas for four years out of eight years after graduation. If the individual does not meet the teaching service requirement the grant amount must be repaid as a Direct Unsubsidized Loan.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

TEACH Grants are direct grants awarded through participating institutions to students who meet the eligibility criteria discussed above. Participating institutions either credit the TEACH Grant funds to the student's school account, pay the student directly (usually by check), or combine these methods.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $7,000,000 |

Note: This program was created by the *College Cost Reduction and Access Act of 2007*; initial grants awarded beginning July 1, 2008.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $86,000,000

Aid available reflects the total amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 31,000
Average New Award: $2,774
Range of New Awards: $25 to $4,000.

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 9; 20 *U.S.C.* 1070a

**PROGRAM REGULATIONS**

A Notice of Proposed Rulemaking (NPRM) was published in the *Federal Register* March 21, 2008. A final regulation is expected before July.

**PROGRAM DESCRIPTION**

The TEACH Grant Program provides annual non-need-based grants of up to $4,000 to eligible undergraduate and graduate students who agree to serve as a full-time mathematics, science, foreign language, bilingual education, special education, or reading teachers, or teach in another high-need field, at a high-need school for not less than four years within eight years of graduation. For students who fail to fulfill this service requirement, grants are converted to Direct Unsubsidized Stafford Loans, with interest accrued from the date the grants were awarded.

To be eligible for a TEACH Grant, enrolled students must have a grade point average (GPA) of at least 3.25 on a 0 to 4.0 scale or receive a qualifying score on an admission test and be completing academic course work and other requirements necessary to begin a career in teaching, or plan to complete such course-work and requirements prior to graduation. (For first-year students, GPA is determined using cumulative secondary school grades.) In addition, teachers, retirees from other occupations with expertise in a field in which there is a shortage of teachers, or current or former teachers using a high-quality alternative certification route are eligible to receive TEACH Grants to obtain a graduate degree. All applicants must sign an agreement to serve in which they acknowledge that

*continued top of next page*

grants will be converted to loans if the required service is not completed.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

Undergraduate, graduate

**SUBJECT INDEX**

Grants, Student Financial Aid

**CONTACT INFORMATION**

| Name | Federal Student Aid Information Center |
|------|---------------------------------------|
| Toll-free | 1-800-433-3243 or 1-800-4FED-AID |

---

## Federal Student Aid

**PROGRAM TITLE**

# William D. Ford Federal Direct Loan Program

**ALSO KNOWN AS**

Direct Loan program; Direct Loans. Direct Loans includes four components: Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

**CFDA # (OR ED #)**

84.268

**ADMINISTERING OFFICE**

Federal Student Aid (FSA)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

- Direct Subsidized Stafford: Individuals who are undergraduate, vocational, or graduate students accepted for enrollment at least half-time in participating schools.

- Direct Unsubsidized Stafford: Individuals who are undergraduate, vocational, or graduate students accepted for enrollment at least half-time in participating schools.

- Direct PLUS: Individuals who are parents of dependent students accepted for enrollment at least half-time in participating schools. Beginning July 1, 2006, graduate students are also eligible.

- Direct Consolidation: Individuals who have outstanding student loans or those who have defaulted but have made satisfactory arrangements to repay the loan(s) (or who agree to pay under the income contingent repayment plan).

**TYPE OF ASSISTANCE (BY CATEGORY)**

Loans

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,806,576,000 |
| Fiscal Year 2007 | $264,613,000 |
| Fiscal Year 2008 | $255,559,000 |

Note: The appropriations amounts listed provide the federal subsidy costs associated with new Direct Loans each fiscal year. It is the volume of loans made, however, that is often more relevant to those seeking student aid. Loan volume, including Direct Consolidation loans, was $31.6 billion in FY 2006, $16.5 billion in FY 2007, and is estimated to be $18.2 billion in FY 2008.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Amount of Aid Available: $18,220,000,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated:

| Loan Type | Amount of Aid Available | Number of New Loans Anticipated | Average Award | Award Range |
|---|---|---|---|---|
| Direct Stafford | $6,248,000,000 | 1,526,000 | $4,093 | Up to $8,500 |
| Direct Unsubsidized Stafford | $5,307,000,000 | 1,086,000 | $4,887 | Up to $20,500 |
| Direct PLUS | $2,549,000,000 | 245,000 | $10,410 | Cost of attendance less other aid |
| Direct Consolidation | $4,116,000,000 | 176,000 | $23,396 | Not applicable |

**LEGISLATIVE CITATION**

*Higher Education Act of 1965 (HEA)*, Title IV, Part D, as amended; 20 *U. S. C.* 1087a–1087h

**PROGRAM REGULATIONS**

34 *CFR* 685

**PROGRAM DESCRIPTION**

| Loan Type | Characteristics | Interest Rate for New Loans as of 7/1/06 |
|---|---|---|
| Direct Subsidized Stafford | Student is not liable for interest when in school and during periods of grace and deferment. | 6.8% |
| Direct Unsubsidized Stafford | Student is liable for interest when in school and during periods of grace and deferment. | 6.8% |
| Federal PLUS | Enables parents to borrow to pay the costs of higher education for their dependent undergraduates; and graduate students to pay their costs. | 7.9% |
| Federal Consolidation | Combines one or more federal education loans into a single loan. | Weighted average of loans rounded upward to nearest 1/8%. Capped at 8.25%. |

Interest rate for loans made before July 1, 2006: For Direct Stafford and Direct Unsubsidized Stafford, in-school rate is 91-day T-Bill + 1.7%; in-repayment rate is 91-day T-Bill + 2.3%; both rates are capped at 8.25%. For Direct PLUS, in-repayment rate is 91-day T-Bill + 3.1% and is capped at 9%. For Direct Consolidation, see directly above.

In addition, certain new borrowers after Oct. 1, 1998, who teach for five consecutive years in qualifying schools serving low-income students may qualify for up to $5,000—and, in the case of highly qualified mathematics, science, and special education teachers, up to $17,500—in loan forgiveness.

**TYPES OF PROJECTS**

These are loans.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Student Financial Aid, Student Loan Programs

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Federal Student Aid Information Center |
| Toll-free | 1-800-4FED-AID or 1-800-433-3243 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/DirectLoan
http://www.fafsa.ed.gov
http://loanconsolidation.ed.gov
http://studentaid.ed.gov
http://www.dl.ed.gov

## Foreign Language Instruction

**PROGRAM TITLE**

# Foreign Language Assistance Program (LEAs)

**ALSO KNOWN AS**

FLAP–LEA Program

**CFDA # (OR ED #)**

84.293B

**ADMINISTERING OFFICE**

Office of English Language Acquisition (OELA)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs)

**CURRENT COMPETITIONS**

FY 2008 application deadline: April 30, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $19,193,427 |
| Fiscal Year 2007 | $22,292,640 |
| Fiscal Year 2008 | $25,492,385 |

Note: FLAP receives one appropriation from which the Department makes awards to LEAs under this program and awards to SEAs under the Foreign Language Assistance Program (SEAs) (see # 84.293C, also under topical heading "Foreign Language Instruction").

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 12
Average New Award: $150,000
Range of New Awards: $50,000–$300,000

Number of Continuation Awards: 119
Average Continuation Award: $138,146
Range of Continuation Awards: 33,057–$175,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title V, Part D, Subpart 9, Secs. 5491–5493; 20 *U.S.C.* 7259–7259b

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 75, 77, 80, 81, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program provides grants to establish, improve, or expand innovative foreign language programs for elementary and secondary school students. In awarding grants under this program, the secretary of education supports projects that: (a) show the promise of being continued beyond their project period and (b) demonstrate approaches that can be disseminated and duplicated by other LEAs.

**TYPES OF PROJECTS**

The program supports foreign language instruction in elementary schools, immersion programs, curriculum development, professional development, and distance learning.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Foreign Languages

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Rebecca Richey |
| E-mail Address | Rebecca.Richey@ed.gov |
| Mailing Address | U.S. Department of Education, OELA 400 Maryland Ave. S.W., Rm. 10080, PCP Washington, DC 20202-6510 |
| Telephone | 202-245-7133 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7166 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/flap/index.html

## Foreign Language Instruction

**PROGRAM TITLE**

# Foreign Language Assistance Program (SEAs)

**ALSO KNOWN AS**

FLAP–SEA Program

**CFDA # (OR ED #)**

84.293C

**ADMINISTERING OFFICE**

Office of English Language Acquisition (OELA)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $2,586,573 |
| Fiscal Year 2007 | $1,487,360 |
| Fiscal Year 2008 | $162,456 |

Note: FLAP receives one appropriation from which the Department makes awards to SEAs under this program and awards to LEAs under the Foreign Language Assistance Program (LEAs) (see # 84.293B, under also topical heading "Foreign Language Instruction").

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 4
Average Continuation Award: $131,939
Range of Continuation Awards: $50,736–$150,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title V, Part D, Subpart 9, Secs. 5491–5493; 20 *U.S.C.* 7259–7259b

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 75, 77, 79, 80, 81, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program provides grants to establish, improve, or expand innovative foreign language programs for elementary and secondary school students. In awarding grants under this program, the secretary of education supports projects that promote systemic approaches to improving foreign language learning in the state.

**TYPES OF PROJECTS**

Projects promote systemic approaches for improving foreign language learning, including development of state foreign language standards, development of foreign language assessments, professional development, and distance learning.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Foreign Languages

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Rebecca Richey |
| E-mail Address | Rebecca.Richey@ed.gov |
| Mailing Address | U.S. Department of Education, OELA 400 Maryland Ave. S.W., Rm. 10080, PCP Washington, DC 20202-6510 |
| Telephone | 202-245-7133 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7166 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/flapsea/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Alaska Native and Native Hawaiian Serving Institutions

**CFDA # (OR ED #)**

84.031N; 84.031W

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Applicants are limited to IHEs that at the time of application have at least 20 percent undergraduate head-count enrollment of Alaska Native students or at least 10 percent undergraduate head-count enrollment of Native Hawaiian students.

**CURRENT COMPETITIONS**

FY 2008 application deadline: April 30, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Cooperative Agreements

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $11,784,960 |
| Fiscal Year 2007 | $11,785,000 |
| Fiscal Year 2008 | $26,579,116 |

Note: FY 2008 amount includes $15,000,000 in mandatory funds authorized and appropriated under the *College Cost Reduction and Access Act* (*CCRAA*).

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4 individual development; 14 renovation grants
Average New Award: $438,000 for individual development; $1,867,000 for renovation
Range of New Awards: Up to $500,000 for individual development; up to $750,000 for renovation (discretionary); up to $2,000,000 for renovation (*CCRAA* mandatory)

Number of Continuation Awards: 19
Average Continuation Award: $403,000
Range of Continuation Awards: $300,000–$500,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title III, Part A, Sec. 317; 20 *U.S.C.* 1059d; Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act* (*CCRAA*) (P.L. 110-84).

**PROGRAM REGULATIONS**

34 *CFR* 607

**PROGRAM DESCRIPTION**

This program helps eligible IHEs increase their self-sufficiency and expand their capacity to serve low-income students by providing funds to improve and strengthen the academic quality, institutional management, and fiscal stability of eligible institutions.

**TYPES OF PROJECTS**

Funds may be used for faculty development; funds and administrative management; development and improvement of academic programs; joint use of facilities; and student services.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Alaska Natives, Native Hawaiians, Higher Education, Postsecondary Education, Staff Development

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Darlene Collins |
| E-mail Address | Darlene.Collins@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 6020 Washington, DC 20006-8500 |
| Telephone | 202-502-7576 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduesannh/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## B.J. Stupak Olympic Scholarships

**ALSO KNOWN AS**

Olympic Scholarships Program

**CFDA # (OR ED #)**

84.937B

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (SPECIFICALLY)**

Monies are earmarked for the United States Olympic Education Center or one of the U.S. Olympic training centers, which have their national headquarters at the Colorado Springs Olympic Training Center. Because these centers do not accept federal funds, they have designated Northern Michigan University as the grantee.

**CURRENT COMPETITIONS**

None. FY 2008 funds support 1 noncompetitive award.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

This is a noncompetitive grant.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $970,200 |
| Fiscal Year 2007 | $970,200 |
| Fiscal Year 2008 | $953,054 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1
Average New Award: $953,054

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title XV, Part E, Sec. 1543; 20 *U.S.C.* 1070

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides financial assistance to athletes who are training at the United States Olympic Education Center or one of the U.S. Olympic training centers and who are pursuing a postsecondary education at institutions of higher education (IHEs).

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**EDUCATION LEVEL (SPECIFICALLY)**

Students must be Olympic athletes in good academic standing as defined by their respective IHEs.

**SUBJECT INDEX**

Olympic Games, Postsecondary Education, Scholarships

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Ellen Sealey |
| E-mail Address | Ellen.Sealey@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Institutional Development and Undergraduate Service 1990 K St. N.W., Rm. 6024 Washington, DC 20006-8500 |
| Telephone | 202-502-7580 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/olympic/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# College Access Challenge Grant Program

**ALSO KNOWN AS**

CACG Program

**CFDA # (OR ED #)**

84.378

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $66,000,000 |

Note: FY 2008 is the first year of funding.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57
Average New Award: $1,158,000
Range of New Awards: $330,000–$7,678,868

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part E; 20 *U.S.C.* Sec. 1141

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The CACG Program is a formula grant program in which funds are awarded based on the relative number of people in each state between the ages of 5 and 17 and between the ages of 15 and 44 who are living below the poverty line. This program fosters partnerships among federal, state, and local governments and philanthropic organizations through matching challenge grants that are aimed at increasing the number of low-income students who are prepared to enter and succeed in postsecondary education.

**TYPES OF PROJECTS**

CACG Program grant projects are funded for two years and are authorized to implement an array of programs and strategies to ensure access to and participation in postsecondary education for underserved populations. Some of these activities include: the dissemination of information pertaining to postsecondary education benefits and opportunities, career preparation, outreach activities, need-based grant aid, and professional development for middle and high school counselors as well as financial aid and admissions counselors at institutions of higher education (IHEs).

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Academic Achievement, Counseling, High-Risk Students, Higher Education, Low Income

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Karmon Simms-Coates |
| E-mail Address | Karmon.Simms-Coates@ed.gov |
| Mailing Address | U.S. Department of Education, OPE College Access Challenge Grant Program 1990 K. St. N.W., Rm. 6132 Washington, DC 20006-8524 |
| Telephone | 202-502-7807 |
| Fax | 202-502-7675 |

| | |
|---|---|
| Name | Lynn Mahaffie |
| E-mail Address | Lynn.Mahaffie@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Teacher and Student Development Program Service 1990 K St. N.W., Rm. 6107 Washington, DC 20006-8524 |
| Telephone | 202-502-7903 |
| Fax | 202-502-7675 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/program/iegpsnrc/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

## Demonstration Projects to Ensure Students with Disabilities Receive a Quality Higher Education

**CFDA # (OR ED #)**

84.333

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**CURRENT COMPETITIONS**

FY 2008 application deadline: May 22, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $6,874,560 |
| Fiscal Year 2007 | $6,874,560 |
| Fiscal Year 2008 | $6,754,894 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 23
Number of Continuation Awards: 0
Average Continuation Award: $292,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part D; 20 *U.S.C.* 1140–1140d

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program supports innovative grants to IHEs to improve their ability to provide a quality postsecondary education for students with disabilities.

**TYPES OF PROJECTS**

Grantees develop innovative, effective, and efficient teaching methods and other strategies to enhance the skills and abilities of postsecondary faculty and administrators in working with disabled students. Activities include, but are not limited to: in-service training; professional development; customized and general technical assistance workshops; summer institutes; distance learning; training in the use of assistive and educational technology; and research related to postsecondary students with disabilities.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Demonstration Programs, Disabilities, Higher Education, Postsecondary Education, Teacher Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Shedita Alston |
| E-mail Address | Shedita.Alston@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 7087 Washington, DC 20006-8500 |
| Telephone | 202-502-7808 |
| Fax | 202-502-7699 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/disabilities/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Developing Hispanic-Serving Institutions Program

**ALSO KNOWN AS**

HSI Program

**CFDA # (OR ED #)**

84.031S

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Institutions must be designated eligible for this Title V program (see Legislative Citation), and each must be defined as a Hispanic-serving institution.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from the FY 2007 grant competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Cooperative Agreements

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $94,914,270 |
| Fiscal Year 2007 | $94,914,270 |
| Fiscal Year 2008 | $93,255,852 |

Note: In FY 2008, Congress appropriated an additional $100,000,000 in mandatory funds under the *College Cost Reduction and Access Act of 2007 (CCRAA)*. See the Hispanic-Serving Institutions—Science, Technology, Engineering, or Mathematics (STEM), # 84.031C, also under topical heading "Higher and Continuing Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 19 individual development
Average New Award: $584,000 for individual development
Range of New Awards: $300,000–$575,000 for individual development

Number of Continuation Awards: 79 individual development; 60 cooperative arrangement development
Average Continuation Award: $530,000 for individual development; $672,000 for cooperative arrangement development
Range of Continuation Awards: $300,000–$700,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title V, Secs. 501–518; 20 *U.S.C.* 1101–1103g

**PROGRAM REGULATIONS**

34 *CFR* 606

**PROGRAM DESCRIPTION**

This program helps eligible IHEs enhance and expand their capacity to serve Hispanic and low-income students by providing funds to improve and strengthen the academic quality, institutional stability, management, and fiscal capabilities of eligible institutions.

**TYPES OF PROJECTS**

Funds may be used for such purposes as: faculty development; funds and administrative management; development and improvement of academic programs; endowment funds; curriculum development; scientific or laboratory equipment for teaching; renovation of instructional facilities; joint use of facilities; academic tutoring; counseling programs; and student support services. Five-year individual development grants, five-year cooperative arrangement development grants, and one-year planning grants may be awarded.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Higher Education, Staff Development

## CONTACT INFORMATION

| | |
|---|---|
| Name | James Laws |
| E-mail Address | James.Laws@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 6052 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7777 |
| Fax | 202-502-7861 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/idueshsi/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

# Educational Opportunity Centers

**ALSO KNOWN AS**

EOC; TRIO (This is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.066

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs; public and private organizations and agencies; combinations of such institutions; and, in exceptional circumstances, secondary schools may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from prior competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $47,726,000 |
| Fiscal Year 2007 | $47,007,000 |
| Fiscal Year 2008 | $47,057,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriation for federal TRIO programs in that year.

*continued top of next page*

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of Anticipated New Awards: 11 (from prior competition)
Average New Award: $411,000

Number of Continuation Awards: 114
Average Continuation Award: $373,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402F; 20 *U.S.C.* 1070a-16

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 644

**PROGRAM DESCRIPTION**

The Educational Opportunity Centers (EOC) program provides counseling and information on college admissions to qualified adults who want to enter or continue a program of postsecondary education. An important objective of the program is to counsel participants on financial aid options and to assist in the application process. The goal of the EOC program is to increase the number of adult participants who enroll in postsecondary education institutions.

**TYPES OF PROJECTS**

Projects include providing:

- Academic advice, personal counseling, and career workshops;

- Information on postsecondary education opportunities and student financial assistance;

- Help in completing applications for college admissions, testing, and financial aid;

- Coordination with nearby postsecondary institutions;

- Media activities designed to involve and acquaint the community with higher education opportunities; tutoring; and mentoring.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Adult Education, Career Development, Counseling, Disadvantaged, Information Dissemination, Postsecondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Rachael Couch |
| E-mail Address | Rachael.Couch@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7026 Washington, DC 20006-8500 |
| Telephone | 202-502-7655 |
| Fax | 202-502-7858 |

| | |
|---|---|
| Name | Margaret Wingfield |
| E-mail Address | Margaret.Wingfield@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7040 Washington, DC 20006-8500 |
| Telephone | 202-502-7547 |
| Fax | 202-502-7858 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/trioeoc/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Gaining Early Awareness and Readiness for Undergraduate Programs

**ALSO KNOWN AS**

GEAR UP

**CFDA # (OR ED #)**

84.334A; 84.334S

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Any state agency designated by the governor of the state may apply. Additionally, partnerships consisting of at least one college or university, at least one low-income middle school, and at least two other partners (such as community organizations, businesses, religious groups, student organizations, SEAs, LEAs, and parent groups) may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Dec. 20, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $303,423,120 |
| Fiscal Year 2007 | $303,423,120 |
| Fiscal Year 2008 | $303,422,950 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 20 partnership grants; 6 state grants
Average New Award: $950,000 for partnership grants; $2,990,000 for state grants
Range of New Awards: $100,000–$7,000,000 for partnership grants; $2,800,000–$3,000,000 for state grants

Number of Continuation Awards: 132 partnership grants; 34 state grants
Average Continuation Award: $1,216,000 for partnership grants; $3,056,000 for state grants

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 2; 20 *U.S.C.* 1070a-21–1070a-28

**PROGRAM REGULATIONS**

*EDGAR*, 34 *CFR* 694

**PROGRAM DESCRIPTION**

This discretionary grant program is designed to increase the number of low-income students who are prepared to enter and succeed in postsecondary education. GEAR UP provides six-year grants to states and partnerships to provide services at high-poverty middle and high schools. GEAR UP grantees serve an entire cohort of students beginning no later than the seventh grade and follow the cohort through high school. GEAR UP funds also are used to provide college scholarships to low-income students.

**TYPES OF PROJECTS**

GEAR UP offers state and partnership grants. State grants are competitive six-year matching grants that must include both an early intervention component designed to increase college attendance and success and raise the expectations of low-income students and a scholarship component. Partnership grants are competitive six-year matching grants that must support an early intervention component and may support a scholarship component designed to increase college attendance and success and raise the expectations of low-income students.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Postsecondary

*continued top of next page*

## SUBJECT INDEX

Academic Achievement, Counseling, High-Risk Students, Higher Education, Low Income, School Reform

## CONTACT INFORMATION

| | |
|---|---|
| Name | James Davis |
| E-mail Address | James.Davis@ed.gov |
| Mailing Address | U.S. Department of Education, OPE GEAR UP 1990 K St. N.W., Rm. 6109 Washington, DC 20006-8500 |
| Telephone | 202-502-7676 |
| Fax | 202-502-7675 |

| | |
|---|---|
| Name | Sylvia Ross |
| E-mail Address | Sylvia.Ross@ed.gov |
| Mailing Address | U.S. Department of Education, OPE GEAR UP 1990 K St. N.W., Rm. 6124 Washington, DC 20006-8500 |
| Telephone | 202-502-7806 |
| Fax | 202-502-7675 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/gearup/index.html

# Higher and Continuing Education

## PROGRAM TITLE

# Graduate Assistance in Areas of National Need

## ALSO KNOWN AS

GAANN

## CFDA # (OR ED #)

84.200A

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs)

## WHO MAY APPLY (SPECIFICALLY)

Academic departments and programs of IHEs that provide courses of study leading to a graduate degree may apply. Nondegree-granting institutions may submit joint proposals with degree-granting IHEs.

## CURRENT COMPETITIONS

None. FY 2008 funds support continuations only. Next competition expected: FY 2009, with application deadline in November 2008.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $30,067,290 |
| Fiscal Year 2007 | $30,067,290 |
| Fiscal Year 2008 | $29,541,730 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated:0

Number of Continuation Awards: 165
Average Continuation Award: $179,000
Range of Continuation Awards: $126,246–$294,574

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part A, Subpart 2, Secs. 711–716; 20 *U.S.C.* 1135–1135e

**PROGRAM REGULATIONS**

34 *CFR* 648

**PROGRAM DESCRIPTION**

This program provides fellowships, through academic departments and programs of IHEs, to assist graduate students with excellent records who demonstrate financial need and plan to pursue the highest degree available in their course study in a field designated as an area of national need.

**TYPES OF PROJECTS**

Grants are awarded to programs and institutions to provide fellowships in areas of national need.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Academic Achievement, Fellowships, Higher Education, Low Income, Mathematics, Sciences

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Gary Thomas |
| E-mail Address | OPE.GAANN.Program@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | 1990 K St. N.W., Rm. 6023 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7767 |
| Fax | 202-502-7859 |

| | |
|---|---|
| Name | Rebecca Green |
| E-mail Address | OPE.GAANN.Program@ed.gov |
| Mailing Address | U.S. Department of Education |
| | 1990 K St. N.W., Rm. 6096 |
| | Washington, DC 20202-6400 |
| Telephone | 202-502-7779 |
| Fax | 202-502-7580 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/gaann/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Hispanic-Serving Institutions—Science, Technology, Engineering, or Mathematics (STEM)

**ALSO KNOWN AS**

*CCRAA* HSI

**CFDA # (OR ED #)**

84.031C

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Institutions must be designated as an eligible institution for the *CCRAA* HSI program and must meet the 25 percent undergraduate full-time equivalent (FTE) enrollment as defined in Sec. 502 of the *Higher Education Act of 1965*, as amended.

**CURRENT COMPETITIONS**

FY 2008 application deadline: June 27, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Cooperative Agreements, Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $100,000,000 |

Note: FY 2008 is the first year of funding.

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 58 individual development (single IHE to support efforts to resolve institutional problems); 42 cooperative arrangement development (joint project between two or more IHEs to support efforts to resolve institutional problems common to IHEs)

Average New Award: $862,000 for individual development; $1,200,000 for cooperative arrangement development

Range of New Awards: $850,000–$2,500,000 for individual development; $850,000–$1,200,000 for cooperative arrangement development

Number of Continuation Awards: 0

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title V, Secs. 501–518; 20 *U.S.C.* 1101–1103g; Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007* (P.L. 110-84).

## PROGRAM REGULATIONS

34 *CFR* 606

## PROGRAM DESCRIPTION

This program helps eligible IHEs enhance and expand their capacity to serve Hispanic and low-income students by providing funds to improve and strengthen the academic quality, institutional stability, management, and fiscal capabilities of eligible institutions.

## TYPES OF PROJECTS

Funds may be used for such purposes as: faculty development; funds and administrative management; development and improvement of academic programs; endowment funds; curriculum development; scientific or laboratory equipment for teaching; renovation of instructional facilities; joint use of facilities; academic tutoring; counseling programs; and student support services.

## CONTACT INFORMATION

| | |
|---|---|
| Name | Carnisia M. Proctor |
| E-mail Address | Carnisia.Proctor@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. S.W., Rm. 6060 Washington, DC 20006-0851 |
| Telephone | 202-502-7777 |
| Fax | 202-502-7861 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/idueshsi/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Historically Black Colleges and Universities Capital Financing Program

**ALSO KNOWN AS**

HBCU Capital Financing

**CFDA # (OR ED #)**

None

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Only institutions designated by the secretary of education as Historically Black Colleges and Universities (HBCUs) are eligible.

**CURRENT COMPETITIONS**

HBCU Capital Financing is not a competitive program. Applicants must submit a loan application.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Loans

**TYPE OF ASSISTANCE (SPECIFICALLY)**

These are loan guarantees.

**APPROPRIATIONS**

Note: The only direct appropriation the U.S. Department of Education receives for this program is for administrative costs to run the program. Loan principal is provided by the issuance of bonds and does not require an appropriation.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 5
Average New Award: $20,000,000 average loan
Range of New Awards: $10,000,000–$80,000,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title III, Part D

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The goal of the program is to provide low-cost capital to finance improvements to the infrastructure of the nation's HBCUs. Specifically, the program provides HBCUs with access to capital financing or refinancing for the repair, renovation, and construction of classrooms, libraries, laboratories, dormitories, instructional equipment, and research instrumentation. The program's authorizing statute caps the total amount of loans and accrued interest available through the program at $375 million. The program exceeded this statutory cap in 2007, and the U.S. Department of Education no longer has authority to make additional loans through the program.

In fiscal year 2006, Congress passed the *Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery* (P.L. 109-234). Sec. 2601 of this act created a new subprogram within the HBCU Capital Financing program that would provide loans on advantageous terms to HBCUs affected by Hurricane Rita and Hurricane Katrina.

**TYPES OF PROJECTS**

This assistance comes through the issuance of federal guarantees on the full payment of principal and interest on qualified bonds, the proceeds of which are used for loans.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Historically Black Colleges, School Construction

*continued top of next page*

## CONTACT INFORMATION

| | |
|---|---|
| Name | Donald Watson |
| E-mail Address | Donald.Watson@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | 1990 K St. N.W., Rm. 6130 |
| | Washington, DC 20006-8500 |
| Telephone | 202-219-7037 |
| Fax | 202-502-7852 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/idueshbcukap/index.html

# Higher and Continuing Education

## PROGRAM TITLE

# Howard University

## CFDA # (OR ED #)

84.915

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (SPECIFICALLY)

By law, funds are appropriated specifically for Howard University.

## CURRENT COMPETITIONS

None. FY 2008 funds support one noncompetitive award.

## TYPE OF ASSISTANCE (SPECIFICALLY)

This is a direct appropriation.

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $237,392,100 |
| Fiscal Year 2007 | $237,392,100 |
| Fiscal Year 2008 | $233,244,762 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1

Note: $204,298,446 is provided for the university and $28,946,316 for the hospital.

## LEGISLATIVE CITATION

20 *U.S.C.* 121 *et seq.*

## PROGRAM DESCRIPTION

Howard University was established in 1867 as a federally chartered, private, nonprofit education institution. As a comprehensive, research-oriented, predominantly African-American university, its mission is to provide a high-quality educational experience at a reasonable cost. The annual appropriation for Howard University provides partial support for construction, develop-

ment, improvement, endowment, and maintenance of the university and the Howard University Hospital. Howard University has discretion in allocating funds for its academic, research, and endowment programs, and for its construction activities.

### TYPES OF PROJECTS

Funding supports three areas:

- Academic Programs—academic programs, research, and construction for the university, including a wide range of administrative, library, computer, and technology resources for the university;

- Endowment Program—matching support to Howard University's endowment, which assists the university in increasing its financial strength and independence by stimulating private contributions; and

- Howard University Hospital—a major acute and ambulatory care center as well as a teaching and training hospital for Washington, D.C.

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary

### SUBJECT INDEX

Disadvantaged, Higher Education, Historically Black Colleges, Postsecondary Education

### CONTACT INFORMATION

| | |
|---|---|
| Name | Tonya Hardin |
| E-mail Address | Tonya.Hardin@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | 1990 K St. N.W., Rm. 6106 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7615 |
| Fax | 202-502-7852 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/about/reports/annual/2004plan/edlite-howard.html

---

## Higher and Continuing Education

### PROGRAM TITLE

## Jacob K. Javits Fellowships Program

### ALSO KNOWN AS

Javits Fellowships

### CFDA # (OR ED #)

84.170A

### ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

### WHO MAY APPLY (BY CATEGORY)

Individuals

### WHO MAY APPLY (SPECIFICALLY)

Undergraduate students about to enter graduate school and graduate students who have not yet completed their first year of graduate study and who intend to pursue a doctoral or master's degree, if the master's degree is the terminal or highest degree awarded in an approved field, may apply.

### CURRENT COMPETITIONS

FY 2008 application deadline: Oct. 15, 2007. Next competition expected: FY 2009, with application deadline in October 2008.

### TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $9,699,030 |
| Fiscal Year 2007 | $9,699,030 |
| Fiscal Year 2008 | $9,529,558 |

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 67
Average New Award: $42,653

*continued top of next page*

Number of Continuation Awards: 159
Average Continuation Award: $42,652

### LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part A, Subpart 1, Secs. 701–705; 20 *U.S.C.* 1134–1134d

### PROGRAM REGULATIONS

34 *CFR* 650

### PROGRAM DESCRIPTION

This program provides fellowships to students of superior academic ability—selected on the basis of demonstrated achievement, financial need, and exceptional promise—to undertake study at the doctoral and master of fine arts levels in selected fields of arts, humanities, and social sciences.

### TYPES OF PROJECTS

A board establishes the general policies for the program, selects the fields in which fellowships are to be awarded, and appoints distinguished panels to select fellows.

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary, Secondary

### SUBJECT INDEX

Academic Achievement, Art, Fellowships, Higher Education, Humanities, Low Income, Social Studies

### CONTACT INFORMATION

| | |
|---|---|
| Name | Carmen Gordon |
| E-mail Address | Carmen.Gordon@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 6089 Washington, DC 20006-8500 |
| Telephone | 202-219-7138 |
| Fax | 202-502-7859 |

| | |
|---|---|
| Name | Sara Starke |
| E-mail Address | Sara.Starke@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 6080 Washington, DC 20006-8500 |
| Telephone | 202-502-7688 |
| Fax | 202-502-7859 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/jacobjavits/index.html

---

## Higher and Continuing Education

### PROGRAM TITLE

# Minority Science and Engineering Improvement Program

### ALSO KNOWN AS

MSEIP

### CFDA # (OR ED #)

84.120

### ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

### WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Nonprofit Organizations

### WHO MAY APPLY (SPECIFICALLY)

Applicants include public and private, nonprofit accredited IHEs whose enrollments of a single minority or a combination of minorities exceeds 50 percent of the total enrollment. Nonprofit science-oriented organizations and professional scientific societies, if they provide a needed service to a group of eligible minority institutions, including in-service training for project directors, scientists, or engineers from eligible minority institutions, may apply.

### CURRENT COMPETITIONS

FY 2008 application deadline: May 22, 2008.

### TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $8,729,820 |
| Fiscal Year 2007 | $8,729,820 |
| Fiscal Year 2008 | $8,577,487 |

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 23
Average New Award: $127,500
Range of New Awards: $25,000–$300,000

Number of Continuation Awards: 50
Average Continuation Award: $112,000
Range of Continuation Awards: $38,081–$258,413

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title III, Part E, Subpart 1, Secs. 350–365; 20 *U.S.C.* 1067–1067k

**PROGRAM REGULATIONS**

34 *CFR* 637

**PROGRAM DESCRIPTION**

This program is designed to effect long-range improvement in science at predominantly minority and engineering education programs to increase the participation of underrepresented ethnic minorities, particularly minority women, into scientific and technological careers.

**TYPES OF PROJECTS**

The program supports a broad range of activities that address specific barriers that eliminate or reduce the entry of minorities into science and technology fields. Project types include institutional projects, cooperative projects, design projects, and special projects.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Engineering, Higher Education, Minority Groups, Sciences, Technology

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Bernadette Hence |
| E-mail Address | Bernadette.Hence@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Institutional Development and Undergraduate Education Service 1990 K St. N.W., Rm. 6071 Washington, DC 20006-8517 |
| Telephone | 202-219-7038 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduesmsi/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Robert C. Byrd Honors Scholarship Program

**ALSO KNOWN AS**

Byrd Honors Scholarships

**CFDA # (OR ED #)**

84.185A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

High school graduates who have been accepted for enrollment at institutions of higher education (IHEs), have demonstrated outstanding academic achievement, and show promise of continued academic excellence may apply to states in which they are residents. The U.S. Department of Education provides grant funds to states on a formula basis.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $40,590,000 |
| Fiscal Year 2007 | $40,590,000 |
| Fiscal Year 2008 | $40,283,730 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 57 awards to states support 26,855 scholars
Average New Award: $1,500 per scholarship

*continued top of next page*

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 6, Secs. 419A–419K; 20 *U.S.C.* 1070d-31–1070d-41

**PROGRAM REGULATIONS**

34 *CFR* 654

**PROGRAM DESCRIPTION**

This program, which is federally funded and state-administered, is designed to recognize exceptionally able high school seniors who show promise of continued excellence in postsecondary education. The Department awards funds to state education agencies (SEAs), which make scholarship awards to eligible applicants. Students receive scholarships for college expenses.

**TYPES OF PROJECTS**

This program provides scholarships for postsecondary education.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Academic Achievement, Higher Education, Postsecondary Education, Scholarships

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Darryl Davis |
| E-mail Address | Darryl.Davis@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 6051 Washington, DC 20006-8500 |
| Telephone | 202-502-7657 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduesbyrd

---

## Higher and Continuing Education

**PROGRAM TITLE**

## Ronald E. McNair Postbaccalaureate Achievement

**ALSO KNOWN AS**

McNair; TRIO (McNair is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.217

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from prior competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $41,715,000 |
| Fiscal Year 2007 | $45,355,000 |
| Fiscal Year 2008 | $43,636,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriations for federal TRIO programs in that year.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 40 (from prior competition)
Average New Award: $245,000

Number of Continuation Awards: 141
Average Continuation Award: $240,000

---

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402E; 20 *U.S.C.* 1070a-15

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 647

## PROGRAM DESCRIPTION

This program prepares participants for doctoral studies through involvement in research and other scholarly activities. Participants are from disadvantaged backgrounds and have demonstrated strong academic potential. Institutions work closely with participants as they complete their undergraduate requirements. Institutions encourage participants to enroll in graduate programs and then track their progress through to the successful completion of advanced degrees. The goal is to increase the attainment of Ph.D. degrees by students from underrepresented segments of society.

## TYPES OF PROJECTS

Projects provide: academic counseling, financial aid assistance, mentoring, research opportunities, seminars, summer internships, and tutoring. Guidance for students seeking admission and financial aid for graduate programs also is supported.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Academic Achievement, Disadvantaged, High-Risk Students, Low Income, Postsecondary Education, Research

## CONTACT INFORMATION

| | |
|---|---|
| Name | Virginia Pinkney |
| E-mail Address | Virginia.Pinkney@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7066 Washington, DC 20006-8510 |
| Telephone | 202-502-7735 |
| Fax | 202-502-7857 |

| | |
|---|---|
| Name | Reginald Williams |
| E-mail Address | Reginald.Williams@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7037 Washington, DC 20006-8510 |
| Telephone | 202-502-7697 |
| Fax | 202-502-7857 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/triomcnair/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Strengthening Asian American and Native American Pacific Islander-serving Institutions

**ALSO KNOWN AS**

AANAPISI

**CFDA # (OR ED #)**

84.382B

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

An IHE that is an Asian American and Native American Pacific Islander-serving institution (AANAPISI).

**CURRENT COMPETITIONS**

FY 2008 application deadline: June 26, 2008.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

These are two-year development grants.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $5,000,000 |

*Note: FY 2008 is the first year of funding for this program.*

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4
Average New Award: $1,250,000
Range of New Awards: $1,250,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007*, and Secs. 311(c) and 312(b) of Title III of *HEA*

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 82, 84, 85, 86, 97, 98, and 99, and 34 *CFR* 607.5.

**PROGRAM DESCRIPTION**

This program is intended to plan, develop, undertake, and carry out activities to improve and expand such institution's capacities to serve the identified populations.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Darlene Collins |
| E-mail Address | Darlene.Collins@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Hiher Education Programs |
| | 1990 K St. N.W., Rm. 6020 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7576 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/aanapiccraa/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Strengthening Historically Black Colleges and Universities (HBCUs) and Strengthening Historically Black Graduate Institutions (HBGIs) Programs

**ALSO KNOWN AS**

HBCUs and HBGIs

**CFDA # (OR ED #)**

84.031B

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Historically Black Colleges and Universities (HBCUs) and Historically Black Graduate Institutions (HBGIs) may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and new awards with mandatory funds. Next competition for HBGIs expected in 2009.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Institutions designated as HBCUs or HBGIs must submit an application. Funds are allocated to HBCUs and HBGIs based on a statute-driven formula. HBGIs receiving discretionary grants are specified in the statute.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $296,010,000 |
| Fiscal Year 2007 | $296,010,000 |
| Fiscal Year 2008 | $379,997,755 |

Note: Funds are appropriated separately for Strengthening Historically Black Colleges and Universities and Strengthening Historically Black Graduate Institutions. In FY 2008, HBCUs received $238,094,530 and HBGIs received $56,903,225. In addition, the *College Cost Reduction and Access Act of 2007* (CCRA) authorized and appropriated an additional $85,000,000 in mandatory funds in FY 2008 under the HBCU program.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 96 HBCUs (*CCRAA* mandatory)
Average New Award: $885,416 for HBCUs (*CCRAA* mandatory)

Number of Continuation Awards: 96 HBCUs (discretionary); 18 HBGIs
Average Continuation Award: $2,480,151 for HBCUs (discretionary); $3,161,290 for HBGIs (discretionary)
Range of Continuation Awards: $500,000–$6,000,000 for HBCUs (discretionary); $1,400,000–$11,800,000 for HBGIs

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title III, Part B, Sec. 321–327; 20 *U.S.C.* 1060–1063c; Title IV, Part J, Sec. 499A as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007* (P.L. 110-84)

**PROGRAM REGULATIONS**

34 *CFR* 608 and 609

**PROGRAM DESCRIPTION**

This program provides financial assistance to HBCUs and HBGIs to establish or strengthen their physical plants, financial management, academic resources, and endowment-building capacity. Activities may include student services, educational equipment acquisition, facility construction, and faculty and staff development.

**TYPES OF PROJECTS**

Funds may be used for the purchase, rental, or lease of scientific or laboratory equipment. Also supported are the construction, maintenance, renovation, and improvement of instruction facilities. Funds support faculty exchanges and the development of academic instruction in disciplines in which black Americans are

*continued top of next page*

underrepresented. Projects may support the purchase of library materials as well as tutoring, counseling, and student service programs. Also supported are: funds and administrative management; joint use of facilities; establishment or improvement of development offices; establishment or enhancement of programs of teacher education; and establishment of outreach programs.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Higher Education, Historically Black Colleges, School Construction

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Karen W. Johnson |
| E-mail Address | Karen.Johnson@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 6032 |
| | Washington, DC 20006-8515 |
| Telephone | 202-502-7642 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduestitle3b/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Strengthening Institutions Program—Development Grants, Planning Grants

**ALSO KNOWN AS**

Title III, Part A

**CFDA # (OR ED #)**

84.031A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs that meet certain eligibility requirements may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: April 30, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Cooperative Agreements

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $79,534,620 |
| Fiscal Year 2007 | $79,534,620 |
| Fiscal Year 2008 | $78,145,523 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 61 individual; 1 cooperative
Average New Award: $381,000 for individual; $490,000 for cooperative
Range of New Awards: $300,000–$400,000 for individual; $400,000–$500,000 for cooperative

Number of Continuation Awards: 151
Average Continuation Award: $357,000
Range of Continuation Awards: $346,502–$464,500

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended,
Title III, Sec. 311-315; 20 *U.S.C.* 1057–1059b

**PROGRAM REGULATIONS**

34 *CFR* 607

**PROGRAM DESCRIPTION**

The program helps eligible IHEs to become self-sufficient and expand their capacity to serve low-income students by providing funds to improve and strengthen the academic quality, institutional management, and fiscal stability of eligible institutions.

**TYPES OF PROJECTS**

Funds may be used for planning, faculty development, and establishing endowment funds. Administrative management, and the development and improvement of academic programs also are supported. Other projects include joint use of instructional facilities, construction and maintenance, and student services.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Higher Education, Staff Development

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Darlene Collins |
| E-mail Address | Darlene.Collins@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 6020 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7576 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduestitle3a/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Strengthening Native American-serving Nontribal Institutions

**ALSO KNOWN AS**

NASNTI

**CFDA # (OR ED #)**

84.382C

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

An IHE that is a Native American-serving Nontribal Institution (NASNTI) may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: June 26, 2008.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

These are two-year development grants.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $5,000,000 |

Note: FY 2008 is the first year of funding for this program.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4
Average New Award: $1,250,000
Range of New Awards: $1,250,00

*continued top of next page*

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007* (*CCRA*)

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program is intended to plan, develop, undertake and carry out activities to improve and expand such institution's capacities to serve the identified populations.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Darlene Collins |
| E-mail Address | Darlene.Collins@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Hiher Education Programs |
| | 1990 K St. N.W., Rm. 6020 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7576 |
| Fax | 202-502-7861 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/nasnticcrae/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

## Strengthening Predominantly Black Institutions

**ALSO KNOWN AS**

PBIs

**CFDA # (OR ED #)**

84.382A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

To receive a grant under this program, an IHE must meet the following conditions:

1. Have an enrollment of needy students as defined by *College Cost Reduction and Access Act of 2007* (P.L. 110-84);

2. Have an average education and general expenditure which is low, per full-time equivalent undergraduate student in comparison with the average education and general expenditure per full-time equivalent undergraduate student of IHEs that offer similar instruction, except that the secretary may waive this requirement under certain circumstances described in Sec. 392 (b) of the *Higher Education Act of 1965* (*HEA*), as amended;

3. Have an enrollment of undergraduate students—

    a. That is at least 40 percent black American students;

    b. That is at least 1,000 undergraduate students;

    c. Of which not less than 50 percent of the undergraduate students enrolled are low-income individuals or first-generation college students; and

d. Of which not less than 50 percent of the under-graduate students are enrolled in an education program leading to a bachelor's or associate degree that the institution is licensed to award by the state in which the institution is located;

4. Is legally authorized to provide and provides within the state, an education program for which the IHE awards a bachelor's degree, or in the case of a junior or community college, an associate degree;

5. Is accredited by a nationally recognized accrediting agency or association determined by the secretary to be a reliable authority as to the quality of training offered, or is, according to such agency or association, making reasonable progress toward accreditation; and

6. Is not receiving assistance under Title III, Part B, of *HEA*.

### CURRENT COMPETITIONS

FY 2008 application deadline expected: June 27, 2008.

### TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

### APPROPRIATIONS

| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $15,000,000 |

Note: FY 2008 is the first year of funding for this program.

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 25
Average New Award: $600,000

### LEGISLATIVE CITATION

*Higher Education Act*, Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007 (CCRA)* (P.L.110-84)

### PROGRAM REGULATIONS

34 *CFR* 74, 75, 77, 79, 80, 82, 85, 86, 97, 98, and 99.

### PROGRAM DESCRIPTION

The purpose of the Predominantly Black Institutions (PBI) program is to strengthen predominantly black institutions to carry out programs in the following areas: science, technology, engineering or mathematics (STEM); health education; internationalization or globalization; teacher preparation; and improving education outcomes of African-American males.

### TYPES OF PROJECTS

Institutions may use federal funds to establish or strengthen programs in the following areas:

- Science, technology, engineering, or mathematics (STEM);

- Health education;

- Internationalization or globalization;

- Teacher preparation; or

- Improving education outcomes of African-American males.

### EDUCATION LEVEL (BY CATEGORY)

Postsecondary

### EDUCATION LEVEL (SPECIFICALLY)

Higher Education, Predominantly Black Institutions.

### SUBJECT INDEX

Higher Education

### CONTACT INFORMATION

| Name | Karen W. Johnson |
| E-mail Address | Karen.Johnson@ed.gov |
| Mailing Address | U.S. Department of Education |
| | Office of Higher Education Programs |
| | IDUES 6th Floor |
| | 1990 K St. N.W. |
| | Washington, DC 20006 |
| Telephone | 202-502-7642 |
| Fax | 202-502-7861 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/pbi/index.html

# Higher and Continuing Education

## PROGRAM TITLE

# Student Support Services

## ALSO KNOWN AS

SSS; TRIO (SSS is one of several TRIO programs.)

## CFDA # (OR ED #)

84.042

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs)

## CURRENT COMPETITIONS

None. FY 2008 funds support continuations and additional awards from prior competitions. Competitions are held every four years. Next competition expected: FY 2009, with application deadline in summer or fall 2008.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $271,413,000 |
| Fiscal Year 2007 | $271,567,000 |
| Fiscal Year 2008 | $282,125,000 |

Note: The amount shown for each fiscal year under Appropriations above is a potion of the total appropriations for federal TRIO programs in that year.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1 (from prior competition)
Average New Award: $288,000

Number of Continuation Awards: 948
Average Continuation Award: $297,000

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402D; 20 *U.S.C.* 1070a-14

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 646

## PROGRAM DESCRIPTION

The program provides opportunities for academic development, assists students with basic college requirements, and serves to motivate students to complete their postsecondary education. Student Support Services (SSS) projects also may provide grant aid to current SSS participants who are receiving Federal Pell Grants (see # 84.063, under topical heading "Federal Student Aid'). The goal of SSS is to increase the college retention and graduation rates of its participants and help students make the transition from one level of higher education to the next.

## TYPES OF PROJECTS

Projects include: instruction in basic study skills; tutorial services; academic, financial, or personal counseling; assistance in securing admission and financial aid for enrollment in four-year institutions; assistance in securing admission and financial aid for enrollment in graduate and professional programs; guidance on career options; mentoring and special services for students with limited English proficiency (LEP); and college scholarships.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Academic Achievement, Disadvantaged, High-Risk Students, Low Income, Postsecondary Education, Secondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Lavelle Redmond |
| E-mail Address | Levelle.Redmond@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 7058 |
| | Washington, DC 20006-8510 |
| Telephone | 202-219-7674 |
| Fax | 202-502-7857 |

| | |
|---|---|
| Name | Deborah Walsh |
| E-mail Address | Deborah.Walsh@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 7030 |
| | Washington, DC 20006-8510 |
| Telephone | 202-502-7694 |
| Fax | 202-502-7857 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/triostudsupp/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

# Talent Search Program

**ALSO KNOWN AS**

TRIO (Talent Search is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.044

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs, public and private agencies or organizations, or a combination of these, and, in exceptional circumstances, secondary schools, may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from prior year competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $149,628,000 |
| Fiscal Year 2007 | $143,077,000 |
| Fiscal Year 2008 | $142,884,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriation for federal TRIO programs in that year.

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of Anticipated New Awards: 30 (from prior competition)
Average New Award: $345,000

Number of Continuation Awards: 441
Average Continuation Award: $300,000

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec.402B; 20 *U.S.C.* Sec. 1070a-12

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 643

## PROGRAM DESCRIPTION

This program identifies and assists individuals from disadvantaged backgrounds who have the potential to succeed in higher education. The program provides academic, career, and financial counseling to its participants and encourages them to graduate from high school and continue on to the postsecondary institution of their choice. Talent Search also serves high school dropouts by encouraging them to reenter the education system and complete their education. The goal of Talent Search is to increase the number of youths from disadvantaged backgrounds who complete high school and enroll in postsecondary education institutions of their choice.

## TYPES OF PROJECTS

Projects provide tutorial services, career exploration, aptitude assessments, counseling, mentoring programs, workshops, and information on postsecondary institutions.

## EDUCATION LEVEL (BY CATEGORY)

Middle School, Secondary

## EDUCATION LEVEL (SPECIFICALLY)

Grades 6–12

## SUBJECT INDEX

Academic Achievement, Disadvantaged, High-Risk Students, Low Income, Postsecondary Education, Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Loretta Brown |
| E-mail Address | Loretta.Brown@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7025. Washington, DC 20006-8510 |
| Telephone | 202-502-7359 |
| Fax | 202-502-7857 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/triotalent/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Teachers for a Competitive Tomorrow: Baccalaureate STEM and Foreign Language Teacher Training

**ALSO KNOWN AS**

TTC–B

**CFDA # (OR ED #)**

84.381A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**CURRENT COMPETITIONS**

FY 2008 application deadline: July 21, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $982,530 |

Note: FY 2008 is the first year of funding.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4
Average New Award: $225,000
Range of New Awards: $200,000–$250,000

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*America COMPETES Act*, Sec. 6001, *et seq.*

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program supports the development and implementation of programs to provide integrated courses of study in science, technology, engineering, mathematics, or critical foreign languages, and teacher education, that lead to a baccalaureate degree in science, technology, engineering, mathematics, or a critical foreign language, with concurrent teacher certification.

**TYPES OF PROJECTS**

TCT-B grants are designed to enable grantees to develop and implement programs to provide courses of study in science, technology, engineering, and mathematics (STEM) fields or critical foreign languages that are integrated with teacher education. Graduates of these programs will receive baccalaureate degrees in STEM fields or critical foreign languages, concurrent with teacher certification. There is an absolute priority for projects to focus primarily on placing graduates in high-need schools. Required uses of funds include providing students with quality clinical experiences, offering training in the use and integration of educational technology, and providing graduates with ongoing activities and services.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Postsecondary Education, Teacher Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Steve Sniegoski |
| E-mail Address | Steve.Sniegoski@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm., 7092 Washington, DC 20202-6400 |
| Telephone | 202-502-7686 |
| Fax | 202-502-7699 |

**LINKS TO RELATED WEB SITES**

http://www.ed/gv/programs/tct

## Higher and Continuing Education

**PROGRAM TITLE**

## Teachers for a Competitive Tomorrow: Masters STEM and Foreign Language Teacher Training

**ALSO KNOWN AS**

TCT–M

**CFDA # (OR ED #)**

84.381B

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Eligible grant recipients are institutions of higher education (IHEs) (as defined under Sec. 101(a) of the *Higher Education Act of 1965* (*HEA*), as amended) that apply on behalf of a department of science, technology, engineering, mathematics (STEM), or a critical foreign language or on behalf of a department or school that offers a competency-based degree program (in those content areas) that includes teacher certification.

**CURRENT COMPETITIONS**

FY 2008 application deadline: July 21, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| Fiscal Year 2006 | $0 |
| Fiscal Year 2007 | $0 |
| Fiscal Year 2008 | $982,530 |

Note: FY 2008 is the first year of funding.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 4
Average New Award: $225,000
Range of New Awards: $200,000–250,000

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

*America COMPETES Act*, Title VI, Sec. 6001, *et seq.*

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The purpose of this program is to enable eligible recipients to develop and implement two- or three-year part-time master's degree programs in science, technology, engineering, mathematics, or critical foreign language education for teachers in order to enhance the teachers' content knowledge and pedagogical skills, or to develop and implement programs for professionals in science, technology, engineering, mathematic, or critical foreign language that lead to a one-year master's degree in teaching that results in teacher certification.

**TYPES OF PROJECTS**

The purpose of the program is to offer a master's degree in the designated content areas to current teachers and to enable professionals in these fields to pursue a one-year master's degree that leads to teacher certification. There is an absolute priority for projects to focus primarily on placing graduates in high-need schools. Grant requirements include preparing teachers who can assume a leadership role in their schools; encouraging participation of underrepresented groups, members of the Armed Forces, and teachers teaching in high-need schools; and creating opportunities for enhanced and ongoing professional development.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Postsecondary Education, Teacher Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Steve Sniegoski |
| E-mail Address | Steve.Sniegoski@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 7092 |
| | Washington, DC 20006-8526 |
| Telephone | 202-502-7686 |
| Fax | 202-502-7699 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/tct

## Higher and Continuing Education

**PROGRAM TITLE**

# Thurgood Marshall Legal Educational Opportunity Program

**ALSO KNOWN AS**

Thurgood Marshall Program

**CFDA # (OR ED #)**

84.936

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (SPECIFICALLY)**

Monies are earmarked for the Council on Legal Education Opportunity.

**CURRENT COMPETITIONS**

By law, grants are made to the Council on Legal Education Opportunity only.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

These are noncompetitive grants.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $2,946,240 |
| Fiscal Year 2007 | $2,946,240 |
| Fiscal Year 2008 | $2,894,533 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part A, Subpart 3, Sec. 721; 20 *U.S.C.* 1136

**PROGRAM REGULATIONS**

*EDGAR*

*continued top of next page*

**PROGRAM DESCRIPTION**

This program is designed to provide low-income, minority, or disadvantaged college students with the information, preparation, and financial assistance needed to gain access to and to complete law school study.

**TYPES OF PROJECTS**

Funding for this program may be used to pay for such services as: information and counseling; tutorial services; pre-law mentoring programs; assistance and counseling on admission to accredited law schools; a six-week summer law institute for Thurgood Marshall fellows to prepare for legal studies; midyear seminars; and other educational activities.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Disadvantaged, Higher Education, Legal Education, Low Income, Minority Groups, Postsecondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Reginald Williams |
| E-mail Address | Reginald.Williams@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7073 Washington, DC 20006-8510 |
| Telephone | 202-502-7697 |
| Fax | 202-502-7859 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/legal/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Training Program for Federal TRIO Programs

**ALSO KNOWN AS**

TRIO Staff Training (This is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.103

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**CURRENT COMPETITIONS**

FY 2008 application deadline: May 23, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $3,331,000 |
| Fiscal Year 2007 | $3,331,000 |
| Fiscal Year 2008 | $4,000,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriation for federal TRIO programs in that year.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 10
Average New Award: $400,000

Number of Continuation Awards: 0

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402G; 20 *U.S.C.* 1070a-17

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 642

## PROGRAM DESCRIPTION

The Training Program for Federal TRIO Programs provides funding to enhance the skills and expertise of project directors and staff employed in the federal TRIO programs. Funds may be used for conferences, seminars, internships, workshops, or the publication of manuals. Training topics are based on priorities established by the secretary of education and announced in *Federal Register* notices inviting applications.

## TYPES OF PROJECTS

Annual training is provided on student financial aid, general project management for new directors, legislative and regulatory requirements, the design and operation of model programs, and the use of educational technology.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Disadvantaged, High-Risk Students, Higher Education, Low Income, Postsecondary Education, Staff Development

## CONTACT INFORMATION

| | |
|---|---|
| Name | Wendy Lawrence |
| E-mail Address | Wendy.Lawrence@ed.gov |
| Mailing Address | U.S. Department of Education, OPE Office of Higher Education Programs 1990 K St. N.W., Rm. 7079 Washington, DC 20006-8510 |
| Telephone | 202-219-7097 |
| Fax | 202-502-7857 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/triotrain/index.html

# Higher and Continuing Education

## PROGRAM TITLE

# Underground Railroad Educational and Cultural Program

## ALSO KNOWN AS

Underground Railroad Program

## CFDA # (OR ED #)

84.345

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Nonprofit Organizations, Other Organizations and/or Agencies

## WHO MAY APPLY (SPECIFICALLY)

Nonprofit education organizations that are established to research, display, interpret, and collect artifacts relating to the history of the Underground Railroad may apply.

## CURRENT COMPETITIONS

FY 2008 application deadline: June 21, 2008.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $1,980,000 |
| Fiscal Year 2007 | $1,980,000 |
| Fiscal Year 2008 | $1,945,510 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 2
Average New Award: $972,755
Range of New Awards: $500,000–$1,000,000

Number of Continuation Awards: 0

*continued top of next page*

**LEGISLATIVE CITATION**

*Higher Education Amendments of 1998* (*HEA*), Title VIII, Part H, Sec. 841; 20 *U.S.C.* 1153

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides grants to support research, display, interpretation, and collection of artifacts related to the history of the Underground Railroad.

**TYPES OF PROJECTS**

Organizations receiving funds must: demonstrate substantial private support through a public-private partnership; create an endowment that provides for the ongoing operations of the facility; and establish a network of satellite centers throughout the United States to help disseminate information regarding the Underground Railroad.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

African-American History, Postsecondary Education, United States History

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Claire Cornell |
| E-mail Address | Claire.Cornell@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | Office of Higher Education Programs |
| | 1990 K St. N.W., Rm. 6145 |
| | Washington, DC 20006-8500 |
| Telephone | 202-502-7609 |
| Fax | 202-502-7877 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/ugroundrr/index.html

## Higher and Continuing Education

**PROGRAM TITLE**

# Upward Bound

**ALSO KNOWN AS**

TRIO (Upward Bound is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.047

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs, public and private agencies and organizations, or a combination of these, and, in exceptional circumstances, secondary schools, are eligible to apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from prior competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $278,116,000 |
| Fiscal Year 2007 | $280,192,000 |
| Fiscal Year 2008 | $271,399,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriation for federal TRIO programs in that year. It includes funds for Veterans Upward Bound.

The FY 2008 amount does not include $57,000,000 in mandatory funding for 186 specific grantees identified in the *College Cost Reduction and Access Act*.

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 195 (from prior competition)

Number of Continuation Awards: 630

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402C; 20 *U.S.C.* 1070a-13

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 645

## PROGRAM DESCRIPTION

Upward Bound provides intensive academic and other support to prepare participants for college. Services include academic instruction, tutoring, counseling, cultural enrichment activities, and a nine-week residential summer component on a college campus. Upward Bound serves: high school students from low-income families; high school students from families in which neither parent holds a bachelor's degree; and low-income, first-generation military veterans who are preparing to enter postsecondary education. The goal of Upward Bound is to increase the rate at which participants complete secondary education and enroll in and graduate from institutions of postsecondary education.

## TYPES OF PROJECTS

Upward Bound projects provide academic instruction in mathematics, laboratory sciences, composition, literature, and foreign languages. Tutoring, counseling, mentoring, cultural enrichment, and work-study programs also are supported.

## EDUCATION LEVEL (BY CATEGORY)

Secondary

## EDUCATION LEVEL (SPECIFICALLY)

Grades 9–12, Adults (military veterans only)

## SUBJECT INDEX

Academic Achievement, Disadvantaged, High-Risk Students, Low Income, Postsecondary Education, Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Gaby Watts (Upward Bound) |
| E-mail Address | Gaby.Watts@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 7021 Washington, DC 20006-8510 |
| Telephone | 202-502-7545 |
| Fax | 202-502-7857 |
| | |
| Name | Crystal Wheeler (Upward Bound) |
| E-mail Address | Crystal.Wheeler@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 7042 Washington, DC 20006-8510 |
| Telephone | 202-502-7541 |
| Fax | 202-502-7857 |
| | |
| Name | Kenneth Foushee (Veterans Upward Bound) |
| E-mail Address | Kenneth.Foushee@ed.gov |
| Mailing Address | U.S. Department of Education, OPE 1990 K St. N.W., Rm. 7038 Washington, DC 20202-6400 |
| Telephone | 202-219-7072 |
| Fax | 202-502-7857 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/trioupbound/index.html

# Higher and Continuing Education

**PROGRAM TITLE**

## Upward Bound Math-Science

**ALSO KNOWN AS**

Upward Bound; TRIO (This is one of several TRIO programs.)

**CFDA # (OR ED #)**

84.047M

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs, public and private organizations and agencies, combinations of such institutions, organizations and agencies, and, in exceptional circumstances, secondary schools, are eligible to apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations and additional awards from prior year competition.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $32,297,000 |
| Fiscal Year 2007 | $33,977,000 |
| Fiscal Year 2008 | $31,186,000 |

Note: The amount shown for each fiscal year under Appropriations above is a portion of the total appropriation for federal TRIO programs in that year.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 34 (from prior year competition)
Average New Award: $268,000

Number of Continuation Awards: 82
Average Continuation Award: $272,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Part A, Subpart 2, Chapter 1, Sec. 402C; 20 *U.S.C.* 1070a-13

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 645

**PROGRAM DESCRIPTION**

The Upward Bound Math-Science program allows the U.S. Department of Education to fund specialized Upward Bound math and science centers. The program is designed to strengthen the math and science skills of participating students. The goal of the program is to help students recognize and develop their potential to excel in math and science and to encourage them to pursue postsecondary degrees in math and science.

**TYPES OF PROJECTS**

Program services include: summer programs with intensive math and science training; year-round counseling and advisement; exposure to university faculty members who do research in mathematics and the sciences; computer training; and participant-conducted scientific research under the guidance of faculty members or graduate students, who are serving as mentors.

**EDUCATION LEVEL (BY CATEGORY)**

Middle School, Secondary

**EDUCATION LEVEL (SPECIFICALLY)**

Grades 9–12

**SUBJECT INDEX**

Disadvantaged, High-Risk Students, Low Income, Mathematics, Sciences, Secondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Sharon Easterling |
| E-mail Address | Sharon Easterling@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | 1990 K St. N.W., Rm. 7028 |
| | Washington, DC 20006-8510 |
| Telephone | 202-502-7651 |
| Fax | 202-502-7857 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/triomathsci/index.html

---

## Impact Aid

**PROGRAM TITLE**

# Impact Aid

**CFDA # (OR ED #)**

84.040; 84.041

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs)

**WHO MAY APPLY (SPECIFICALLY)**

LEAs must meet the minimum eligibility requirements.

**CURRENT COMPETITIONS**

Most Impact Aid funds are distributed by formula to LEAs that are affected by federal activities.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,228,453,380 |
| Fiscal Year 2007 | $1,228,453,380 |
| Fiscal Year 2008 | $1,240,717,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: Basic Support—about 1,250; Children with Disabilities—900; Discretionary Construction grants—15, and Federal Property Payments–about 220
Average New Award: Basic Support—$884,000; Children with Disabilities—$54,000; Discretionary Construction payments—$1,170,,000; and Federal Property payments—$291,856

*continued top of next page*

Range of New Awards: Basic Support— $100–$46,000,000; Children with Disabilities— $400–$1,500,000; Discretionary Construction grants— $20,000–$3,000,000; and Federal Property payments— $500–$6,000,000

LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title VIII; 20 *U.S.C.* 7701–7714

**PROGRAM REGULATIONS**

34 *CFR* 222

**PROGRAM DESCRIPTION**

The Impact Aid program provides financial support to school districts affected by federal activities. The presence of certain children living on federal property across the country may place a financial burden on the school districts that educate them. The property on which these children live is exempt from local property taxes, denying districts access to the primary source of revenue used by most communities to finance education. Impact Aid helps to replace the lost local revenue that otherwise would be available to districts to pay for the education of these children. Several different kinds of payments are supported as described below.

Impact Aid Section 8002 provides payments for federal property to assist local school districts that have lost a portion of their local tax base because of federal ownership of property. To be eligible, a school district must demonstrate that the federal government has acquired, since 1938, real property with an aggregate assessed valuation of at least 10 percent of all real property in the district at the time of acquisition.

Section 8003 grants help educate federally connected children. These may be the children of members of the uniformed services, children who live on Indian lands, children who live on federal property or federally subsidized low-rent housing, and children whose parents work on federal property. Section 8003 grants include additional payments for children with disabilities for certain federally connected children who are eligible under the *Individuals with Disabilities Education Act* (*IDEA*).

The Impact Aid Discretionary Construction Grant Program authorizes competitive grants for emergency repairs and modernization of school facilities to certain eligible LEAs that receive Impact Aid (Section 8007(b)). Emergency repair grants must be used to repair, renovate, or alter a public elementary or secondary school facility to ensure the health, safety, and well-being of students and school personnel. Modernization grants may be used to extend a public elementary or secondary school facility to ease overcrowding and provide facilities that support a contemporary education program. The law specifies that applications for Emergency grants receive first and second priority in the competition, while applications for Modernization grants are treated as third and fourth priorities.

The U.S. Department of Education owns a limited number of school facilities that are operated by LEAs that serve military installations. Section 8008 grants help maintain these federally owned school facilities and restore or improve them where appropriate to enable an LEA to accept ownership. The Department directly oversees construction projects, unless the LEA has agreed to accept transfer of the facility, in which case funds may be provided to the LEA to complete the project after the transfer.

**TYPES OF PROJECTS**

Basic Support Payments (Section 8003) for FY 2008 were provided to approximately 1,250 LEAs across the country. Federal Property Payments (Section 8002) for FY 2008 were provided to approximately 220 LEAs across the country. Eligibility for Basic Support and Federal Property Payments is determined on an annual basis through applications submitted by school districts. Payments generally are deposited in eligible LEAs' general fund accounts and are used for basic operating costs within the LEA, including teacher salaries, utilities, books, and supplies.

For Payments for Children with Disabilities (Section 8003), any LEA that is eligible to receive basic support payments on behalf of federally connected children also may receive a payment for children with disabilities who are military dependents or who live on Indian lands. Eligibility is determined on an annual basis through applications submitted by school districts. Payments are used for the special education costs incurred by the LEAs. Some funding flows indirectly to private schools in those LEAs that pay tuition to private institutions for the education of disabled students whose Individualized Education Programs (IEPs) require such special services.

Under Facilities Maintenance (Section 8008), funds are provided for emergency repairs and comprehensive capital improvements to schools that the Department of Education owns but that LEAs use to serve federally connected military-dependent students.

These funds also may support the transfer of these federal facilities to LEAs.

The competitive Construction grants (Section 8007(b)) fund school repair and renovation projects. Payments generally are deposited in eligible LEAs' general fund accounts and are used for general operating expenses, such as teacher salaries, utilities, administrative costs, books, and supplies. Funding is not provided to private schools.

Formula Construction payments (Section 8007(a)) must be used to pay for construction-related expenses, such as developing drawings and plans for school buildings; building, purchasing, renovating, or expanding school buildings; inspecting and supervising the construction of school buildings; and paying the debt service associated with these activities. Formula Construction payments are not being funded in 2008.

**EDUCATION LEVEL (BY CATEGORY)**

K–12

**SUBJECT INDEX**

Academic Subjects, Federal Aid, School Construction

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Catherine Schagh |
| E-mail Address | Catherine.Schagh@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E105 Washington, DC 20202-6244 |
| Telephone | 202-260-3858 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-0088 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/oese/impactaid/index.html

## Indian Education

**PROGRAM TITLE**

# American Tribally Controlled Colleges and Universities

**ALSO KNOWN AS**

TCCU Program; Strengthening Tribally Controlled Colleges and Universities

**CFDA # (OR ED #)**

84.031T

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Applicants are limited to tribal colleges and universities—defined as such by the *Tribally Controlled College or University Assistance Act of 1978*, Sec. 2—plus any institution listed in the *Equity in Educational Land Grant Status Act of 1994*.

**CURRENT COMPETITIONS**

FY 2008 application deadline: April 30, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Cooperative Agreements

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $23,569,920 |
| Fiscal Year 2007 | $23,569,920 |
| Fiscal Year 2008 | $53,158,232 |

Note:  FY 2008 amount includes $30,000,000 in mandatory funds authorized and appropriated under the *College Cost Reduction and Access Act of 2007 (CCRAA)*.

*continued top of next page*

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 3 individual development; 16 construction
Average New Award: $500,000 individual development; $1,500,000 construction (discretionary); $3,000,000 construction (*CCRAA* mandatory)
Number of Continuation Awards: 29 for individual development
Average Continuation Award: $434,000 individual development

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title III, Part A, Sec. 316; 20 *U.S.C.* 1059c; Title IV, Part J, Sec. 499A, as amended by Sec. 802 of the *College Cost Reduction and Access Act of 2007* (P.L. 110-84).

**PROGRAM REGULATIONS**

34 *CFR* 607

**PROGRAM DESCRIPTION**

This program helps eligible IHEs increase self-sufficiency by providing funds to improve and strengthen the academic quality, institutional management, and fiscal stability of eligible institutions.

**TYPES OF PROJECTS**

Supported projects include: faculty development; funds and administrative management; joint use of facilities; development and improvement of academic programs; and student services.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

American Indian Education, Higher Education, Native Americans, State-Federal Aid

**CONTACT INFORMATION**

Name            Darlene B. Collins
E-mail Address  Darlene.Collins@ed.gov
Mailing Address U.S. Department of Education, OPE
                Office of Higher Education Programs
                1990 K St. N.W., Rm. 6020
                Washington, DC 20006-8500
Telephone       202-502-7576
Fax             202-502-7861

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iduesaitcc/applicant.html

# Indian Education

**PROGRAM TITLE**

## Indian Education— Demonstration Grants for Indian Children

**CFDA # (OR ED #)**

84.299A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

SEAs, LEAs (including charter schools that are considered LEAs under state law), Indian tribes, Indian organizations, federally supported elementary and secondary schools for Indian students, and Indian institutions, including Indian IHEs, or a consortium of such entities may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: March 7, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $9,384,652 |
| Fiscal Year 2007 | $6,687,558 |
| Fiscal Year 2008 | $8,083,418 |

Note: The appropriation amount above is a portion of the total FY 2008 appropriation of $19 million for Indian Education Special Programs.  The remainder is shown under Indian Education Professional Development Grants (# 84.229B), also under topical heading, "Indian Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 7
Average New Award: $229,000
Range of New Awards: $100,000–$300,000

Number of Continuation Awards: 28
Average Continuation Award: $232,000
Range of Continuation Awards: $130,000–$300,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (ESEA), as amended, Title VII, Part A, Subpart 2, Sec. 7121; 20 *U.S.C.* 7441, 7472–7474, 7491–7492

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 263

**PROGRAM DESCRIPTION**

This program is designed to improve the education opportunities and achievement of preschool, elementary, and secondary school Indian children by developing, testing, and demonstrating effective services and programs.

**TYPES OF PROJECTS**

The absolute funding priorities for the program in FY 2008 limit project services to:

1.  School readiness projects that provide age-appropriate educational programs and language skills to three- and four-year-old Indian students to prepare them for successful entry into school at the kindergarten level; and

2.  College preparatory programs for secondary school students designed to increase competency and skills in challenging subject matter, including mathematics and science, to enable Indian students to transition to postsecondary education.

**EDUCATION LEVEL (BY CATEGORY)**

Pre-K, Secondary

**SUBJECT INDEX**

Alaska Natives, American Indians, Native Americans

*continued top of next page*

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Cathie Carothers |
| E-mail Address | Cathie.Carothers@ed.gov |
| Mailing Address | U.S. Department of Education, OESE |
| | Office of Indian Education |
| | Lyndon Baines Johnson Department of Education Building |
| | 400 Maryland Ave. S.W., Rm. 5C152 |
| | Washington, DC 20202-6335 |
| Telephone | 202-260-1683 |
| Fax | 202-260-7779 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/indiandemo/index.html

# Indian Education

**PROGRAM TITLE**

# Indian Education— Formula Grants to Local Education Agencies

**CFDA # (OR ED #)**

84.060

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs)

**WHO MAY APPLY (SPECIFICALLY)**

LEAs that enroll a threshold number of eligible Indian children and certain schools funded by the U.S. Department of the Interior's Bureau of Indian Education. Indian tribes, under certain conditions, also may apply.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $95,331,060 |
| Fiscal Year 2007 | $95,331,060 |
| Fiscal Year 2008 | $96,613,157 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1,260
Average New Award: $76,700
Range of New Awards: $4,000–$2,000,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title VII, Part A, Subpart 1; 20 *U.S.C.* 7421–7429, 7491–7492

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program is designed to address the unique education- and culturally related academic needs of American Indian and Alaska Native students, including preschool children, so that these students can meet the same challenging state performance standards expected of all students. The program is the U.S. Department of Education's principal vehicle for addressing the particular needs of Indian children.

**TYPES OF PROJECTS**

Grant funds supplement the regular school program. Projects help Indian children sharpen academic skills, assisting students in becoming proficient in the core content areas, and provide students an opportunity to participate in enrichment programs that would otherwise be unavailable. Funds support such activities as after-school programs, early childhood education, tutoring, and dropout prevention.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Pre-K

**SUBJECT INDEX**

Alaska Natives, American Indians, Native Americans

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Cathie Carothers |
| E-mail Address | Cathie.Carothers@ed.gov |
| Mailing Address | U.S. Department of Education, OESE |
| | Office of Indian Education |
| | Lyndon Baines Johnson Department of |
| | Education Building |
| | 400 Maryland Ave. S.W., Rm. 5C152 |
| | Washington, DC 20202-6335 |
| Telephone | 202-260-1683 |
| Fax | 202-260-7779 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/indianformula/index.html

# Indian Education

**PROGRAM TITLE**

## Indian Education— National Activities

**CFDA # (OR ED #)**

84.850

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

In addition to the entities above, Indian tribes, Indian organizations, Indian IHEs, and other public and private agencies and institutions may apply.

**CURRENT COMPETITIONS**

Competitions are held on an as-needed basis.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Cooperative Agreements, Contracts, Discretionary/ Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $3,960,000 |
| Fiscal Year 2007 | $3,960,000 |
| Fiscal Year 2008 | $3,890,819 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title VII, Part A, Subpart 3, Sec. 7131; 20 *U.S.C.* 7451

*continued top of next page*

**PROGRAM REGULATIONS**

*EDGAR*; *FAR*

**PROGRAM DESCRIPTION**

The National Activities authority funds research, evaluation, and data collection to provide information on the education status of the Indian population and on the effectiveness of Indian education programs. This authority enables the U.S. Department of Education to improve the national knowledge base on the education status and needs of Indians and to identify and disseminate information on best practices for serving this population.

**TYPES OF PROJECTS**

The Department uses these funds, primarily through contracts, to support research, evaluation, and data collection on the status and effectiveness of Indian education programs, and for other activities to improve programs that serve American Indians and Alaska Natives, age preschool through adult.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Postsecondary, Pre-K

**SUBJECT INDEX**

Alaska Natives, American Indian Education, Native Americans, Research

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Cathie Carothers |
| E-mail Address | Cathie.Carothers@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Indian Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 5C152 Washington, DC 20202-6400 |
| Telephone | 202-260-1683 |
| Fax | 202-260-7779 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/oese/oie/programs.html

# Indian Education

**PROGRAM TITLE**

## Indian Education— Professional Development Grants

**CFDA # (OR ED #)**

84.299B

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Other Organizations and/ or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Eligible applicants are: (1) IHEs, including Indian IHEs; (2) SEAs or LEAs, in consortium with IHEs; (3) Indian tribes or organizations, in consortium with IHEs; and (4) the U.S. Department of the Interior's Bureau of Indian Education-funded schools (as defined in the *Education Amendments of 1978*, Sec. 1146), in consortium with IHEs.

**CURRENT COMPETITIONS**

FY 2008 application deadline: March 4, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $9,820,407 |
| Fiscal Year 2007 | $12,517,485 |
| Fiscal Year 2008 | $10,786,582 |

Note: The appropriation amount above is a portion of the total FY 2008 appropriation of $19 million for Indian Education Special Programs. The remainder is shown under Indian Education—Demonstration Grants for Indian Children (# 84.229A), also under topical heading "Indian Education."

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 6
Average New Award: $336,000
Range of New Awards: $125,000–$400,000

Number of Continuation Awards: 32
Average Continuation Award: $233,000
Range of Continuation Awards: $36,759–$400,000

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title VII, Part A, Subpart 2, Sec. 7122; 20 *U.S.C.* 7442, 7472–7474, 7491–7492

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 263

## PROGRAM DESCRIPTION

The program is designed to prepare and train Indian individuals to serve as teachers and education professionals. Professional development grants are awarded to: increase the number of qualified Indian individuals in professions that serve Indians; provide training to qualified Indians to become teachers, administrators, teacher aides, social workers, and ancillary education personnel; and improve the skills of those qualified Indians who serve currently in those capacities. Individuals trained under this program must perform work related to their training and that benefits Indian people or repay the assistance received.

## TYPES OF PROJECTS

The absolute funding priorities for the program in FY 2008 limit project services to preservice training for teachers and preservice training for school administrators.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Alaska Natives, American Indians, Native Americans

## CONTACT INFORMATION

| | |
|---|---|
| Name | Cathie Carothers |
| E-mail Address | Cathie.Carothers@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Indian Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 5C152 Washington, DC 20202-6335 |
| Telephone | 202-260-1683 |
| Fax | 202-260-7779 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/indianprofdev/index.html

## International Education

**PROGRAM TITLE**

## American Overseas Research Centers

**CFDA # (OR ED #)**

84.274A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Eligible applicants are consortia of IHEs that:

1. Receive more than 50 percent of their funding from public or private U.S. sources;

2. Have a permanent presence in the country in which the overseas center is located; and

3. Are tax-exempt nonprofit organizations described in the *Internal Revenue Code of 1986*, Sec. 501(c)(3).

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,000,000 |
| Fiscal Year 2007 | $1,000,000 |
| Fiscal Year 2008 | $1,200,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 11
Average Continuation Award: $109,091
Range of Continuation Awards: $83,893–$129,406

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 609

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides grants to establish or operate overseas research centers that promote postgraduate research, exchanges, and area studies.

**TYPES OF PROJECTS**

Grants may be used to pay for all or a portion of the cost of establishing or operating a center or program. Costs may include: faculty and staff stipends and salaries; faculty, staff, and student travel; operation and maintenance of overseas facilities; teaching and research materials; the acquisition, maintenance, and preservation of library collections; travel for visiting scholars and faculty members who are teaching or conducting research; preparation for and management of conferences; and the publication and dissemination of material for the scholars and general public.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Higher Education, International Education, Research, Teachers

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Cheryl E. Gibbs |
| E-mail Address | Cheryl.Gibbs@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6083 Washington, DC 20006-8521 |
| Telephone | 202-502-7634 |
| Fax | 202-502-7860 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsaorc/index.html

# International Education

**PROGRAM TITLE**

# Business and International Education

**CFDA # (OR ED #)**

84.153A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs that have entered into agreements with business enterprises, trade organizations, or associations engaged in international economic activity, or a combination or consortium of these enterprises, organizations, or associations may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Dec. 12, 2007. Next competition expected: FY 2009, with application deadline in late fall 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $4,400,000 |
| Fiscal Year 2007 | $4,340,500 |
| Fiscal Year 2008 | $4,140,890 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 23
Average New Award: $81,697
Range of New Awards: $50,000–$110,000

Number of Continuation Awards: 26
Average Continuation Award: $86,996
Range of Continuation Awards: $50,000–$95,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part B, Sec. 613

**PROGRAM REGULATIONS**

34 *CFR* 655 and 661

**PROGRAM DESCRIPTION**

This program provides funds to IHEs that enter into agreements with trade associations and businesses to improve the academic teaching of the business curriculum and to conduct outreach activities that expand the capacity of the business community to engage in international economic activities.

**TYPES OF PROJECTS**

Eligible activities include but are not limited to:

- Improving the business and international education curriculum of institutions to serve the needs of the business community, including the development of new programs for mid-career or part-time students;

- Developing programs to inform the public of increasing international economic interdependence and the role of U.S. businesses within the international economic system;

- Internationalizing curricula at the junior and community college levels and at undergraduate and graduate schools of business;

- Developing area studies and interdisciplinary international programs;

- Establishing export education programs;

- Conducting research and developing specialized teaching materials appropriate to business-oriented students;

- Establishing student and faculty fellowships and internships or other training or research opportunities;

- Creating opportunities for business and professional faculty to strengthen international skills;

- Developing research programs on issues of common interest to IHEs and private sector organizations and associations engaged in or promoting international economic activity;

- Establishing internships overseas to enable foreign language students to develop their foreign language skills and knowledge of foreign cultures and societies;

*continued top of next page*

- Establishing links overseas with IHEs and organizations that contribute to the education objectives of this program; and
- Establishing summer institutes in international business, foreign areas, and other international studies designed to carry out the purposes of this program.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Business, Higher Education, International Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Tanyelle Richardson |
| E-mail Address | Tanyelle.Richardson@ed.gov |
| Mailing Address | U.S. Department of Education |
| | International Education Programs Service |
| | 1990 K St. N.W., Rm. 6017 |
| | Washington, DC 20006-8521 |
| Telephone | 202-502-7626 |
| Fax | 202-502-7859 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsbie/index.html

## International Education

**PROGRAM TITLE**

# Centers for International Business Education

**ALSO KNOWN AS**

International Business Education

**CFDA # (OR ED #)**

84.220

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Combinations of IHEs also may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only. Next competition expected: FY 2010, with application deadline in fall 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $10,650,000 |
| Fiscal Year 2007 | $10,650,000 |
| Fiscal Year 2008 | $10,960,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 31
Average Continuation Award: $353,548
Range of Continuation Awards: $330,000–$370,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part B, Sec. 612

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

This program provides funding to schools of business for curriculum development, research, and training on issues of importance to U.S. trade and competitiveness.

**TYPES OF PROJECTS**

The centers funded will:

- Be national resources for the teaching of improved business techniques, strategies, and methodologies that emphasize the international context in which business is transacted;

- Provide instruction in critical foreign languages and international fields needed to provide an understanding of the cultures and customs of U.S. trading partners;

- Provide research and training in the international aspects of trade, commerce, and other fields of study;

- Provide training to students enrolled in the institution or institutions in which a center is located;

- Serve as regional resources to local businesses by offering programs and providing research designed to meet the international training needs of such businesses; and

- Serve other faculty, students, and IHEs located within their respective regions.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Business, Higher Education, International Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Susanna Easton |
| E-mail Address | Susanna.Easton@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | International Education Programs Service |
| | 1990 K St. NW, Rm. 6093 |
| | Washington, DC 20006-8521 |
| Telephone | 202-502-7628 |
| Fax | 202-502-7859 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpscibe/index.html

## International Education

**PROGRAM TITLE**

# Foreign Language and Area Studies Fellowships

**ALSO KNOWN AS**

FLAS

**CFDA # (OR ED #)**

84.015B

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Consortia of institutions also may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only. Next competition for new awards expected: FY 2010 with application deadline in fall 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Fellowships

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $29,129,500 |
| Fiscal Year 2007 | $29,359,000 |
| Fiscal Year 2008 | $29,994,500 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 124
Average Continuation Award: $241,891
Range of Continuation Awards: $94,000–$376,000

*continued top of next page*

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 602

## PROGRAM REGULATIONS

34 *CFR* 655 and 657

## PROGRAM DESCRIPTION

This program provides funds for academic year and summer fellowships to IHEs in order to assist graduate students in acquiring foreign language and either area or international studies competencies. Students apply directly to IHEs that have received fellowship allocations from the U.S. Department of Education. Applicants must meet eligibility criteria in order to receive fellowships.

## TYPES OF PROJECTS

Grants are awarded to institutions for the purpose of providing fellowships to graduate students engaged in foreign language and area or international studies.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Area Studies, Fellowships, Foreign Languages, Higher Education, International Education, Postsecondary Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Peter N. Baker |
| E-mail Address | Peter.Baker@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | 1990 K St. N.W., Rm. 6084 |
| | International Education Programs Service |
| | Washington, DC 20006-8521 |
| Telephone | 202-219-7060 |
| Fax | 202-502-7680 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpsflasf/index.html

# International Education

## PROGRAM TITLE

# Fulbright-Hays— Doctoral Dissertation Research Abroad

## ALSO KNOWN AS

DDRA

## CFDA # (OR ED #)

84.022

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs)

## WHO MAY APPLY (SPECIFICALLY)

Graduate students in doctoral programs in the fields of foreign languages and area studies must apply through the institutions in which they are enrolled.

## CURRENT COMPETITIONS

FY 2008 application deadline: Nov. 5, 2007. Next competition expected: FY 2009, with application deadline in fall 2008.

## TYPE OF ASSISTANCE (SPECIFICALLY)

Fellowships

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $4,468,842 |
| Fiscal Year 2007 | $4,444,896 |
| Fiscal Year 2008 | $4,731,560 |

Note: This is one of four Fulbright-Hays programs; see also Fulbright-Hays Seminar Abroad—Bilateral Projects (# 84.018), Fulbright-Hays Faculty Research Abroad Fellowship Program (# 84.019), and Fulbright-Hays—Group Projects Abroad Program (# 84.021), all under topical heading "International Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 52 to institutions for approximately 125 fellowships
Average New Award: $90,991 for institutions; $37,852 for fellowships
Range of New Awards: $15,000–$60,000 for fellowships

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

Sec. 102(b)(6) of the *Mutual Educational and Cultural Exchange Act of 1961* (commonly referred to as the *Fulbright-Hays Act*); 22 *U.S.C.* 2452(b)(6)

**PROGRAM REGULATIONS**

34 *CFR* 662

**PROGRAM DESCRIPTION**

This program provides grants to colleges and universities to fund individual doctoral students who conduct research in other countries in modern foreign languages and area studies for periods of six to 12 months.

**TYPES OF PROJECTS**

Projects support research abroad in modern foreign languages and area studies in all parts of the world with the exception of Western Europe. These research projects are designed to enhance the nation's educational capacity regarding areas of the world not generally included in U.S. curricula.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Fellowships, Foreign Languages, Higher Education, International Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Amy Wilson |
| E-mail Address | Amy.Wilson@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6094 Washington, DC 20006-8521 |
| Telephone | 202-502-7689 |
| Fax | 202-502-7860 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsddrap/index.html

# International Education

**PROGRAM TITLE**

# Fulbright-Hays Faculty Research Abroad Fellowship

**ALSO KNOWN AS**

Fulbright

**CFDA # (OR ED #)**

84.019

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Faculty members must apply through their employing institutions.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Oct. 30, 2007. Next competition expected: FY 2009, with application deadline in fall 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,276,648 |
| Fiscal Year 2007 | $1,395,000 |
| Fiscal Year 2008 | $1,610,000 |

Note: This is one of four Fulbright-Hays programs; see also Fulbright-Hays Seminars Abroad—Bilateral Projects program (# 84.018), Fulbright-Hays—Group Projects Abroad Program (# 84.021), and Fulbright-Hays—Doctoral Dissertation Research Abroad program (# 84.022), all under topical heading "International Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 23 fellowships; 23 institutions
Average New Award: $70,000 for fellowships; $70,000 for institutional awards
Range of New Awards: $20,000–$100,000 for fellowships

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

Sec. 102(b)(6) of the *Mutual Educational and Cultural Exchange Act of 1961* (commonly referred to as the *Fulbright-Hays Act*); 22 *U.S.C.* 2452(b)(6)

**PROGRAM REGULATIONS**

34 *CFR* 663

**PROGRAM DESCRIPTION**

This program is designed to contribute to the development and improvement of modern foreign language and area studies in the U.S. by providing opportunities for scholars to conduct research abroad.

**TYPES OF PROJECTS**

This program funds fellowships through IHEs to faculty members who propose to conduct research abroad in modern foreign languages and area studies to improve their skill in languages and their knowledge of the culture of the people of these countries. Funds support: travel expenses to and from the residence of the fellow and the country or countries of research; a maintenance stipend for the fellow related to his or her academic-year salary; and an allowance for research-related expenses overseas, such as books and photocopying, tuition, affiliation fees, local travel, and other incidental expenses.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Fellowships, Foreign Languages, Higher Education, International Education, Teachers

## CONTACT INFORMATION

| | |
|---|---|
| Name | Cynthia Dudzinski |
| E-mail Address | Cynthia.Dudzinski@ed.gov |
| Mailing Address | U.S. Department of Education, OPE |
| | International Education Programs Service |
| | 1990 K St. N.W., Rm. 6077 |
| | Washington, DC 20006-8521 |
| Telephone | 202-502-7589 |
| Fax | 202-502-7860 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpsfra/index.html

# International Education

**PROGRAM TITLE**

# Fulbright-Hays—Group Projects Abroad Program

**ALSO KNOWN AS**

Fulbright

**CFDA # (OR ED #)**

84.021

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Consortia of state departments of education, institutions, or nonprofit organizations also may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Oct. 4, 2007. Next competition expected: FY 2009, with application deadline in fall 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $4,475,029 |
| Fiscal Year 2007 | $3,887,534 |
| Fiscal Year 2008 | $4,613,000 |

Note: This is one of four Fulbright-Hays programs; see also Fulbright-Hays Seminars Abroad—Bilateral Projects program (# 84.018), Fulbright-Hays Faculty Research Abroad Fellowship Program (# 84.019), and Fulbright-Hays—Doctoral Dissertation Research Abroad program (# 84.022), all under topical heading "International Education."

*continued top of next page*

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 44
Average New Award: $104,841
Range of New Awards: $50,000–$375,000

Number of Continuation Awards: 0

**LEGISLATIVE CITATION**

Sec. 102(b)(6) of the *Mutual Educational and Cultural Exchange Act of 1961* (commonly referred to as the *Fulbright-Hays Act*); 22 *U.S.C.* 2452(b)(6)

**PROGRAM REGULATIONS**

34 *CFR* 664

**PROGRAM DESCRIPTION**

This program provides grants to support overseas projects in training, research, and curriculum development in modern foreign languages and area studies for teachers, students, and faculty engaged in a common endeavor. Projects may include short-term seminars, curriculum development, group research or study, or advanced intensive language programs.

**TYPES OF PROJECTS**

There are group projects in research, training, and curriculum development.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Foreign Languages, Higher Education, International Education, Teachers

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Michelle Guilfoil |
| E-mail Address | Michelle.Guilfoil@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St., N.W., Rm. 6088 Washington, DC 20006-8521 |
| Telephone | 202-502-7625 |
| Fax | 202-502-7860 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsgpa/index.html

## International Education

**PROGRAM TITLE**

# Fulbright-Hays Seminars Abroad—Bilateral Projects

**ALSO KNOWN AS**

Fulbright-Hays Seminars Abroad Program; Fulbright

**CFDA # (OR ED #)**

84.018

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Individuals

**WHO MAY APPLY (SPECIFICALLY)**

Undergraduate faculty members from postsecondary institutions whose professional activities primarily include teaching courses in the social sciences, humanities, foreign languages, and area studies may apply. Elementary and secondary school teachers in social studies and humanities subjects, administrators and curriculum specialists of state education agencies (SEAs) or local education agencies (LEAs), librarians, museum educators or media resource specialists (K–12 and postsecondary levels) with direct responsibility for curriculum development also may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Sept. 13, 2007. Next competition expected: FY 2009, with deadline in fall 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Cooperative Agreements

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Discretionary grants or interagency transfer agreements

### APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $2,013,107 |
| Fiscal Year 2007 | $2,420,325 |
| Fiscal Year 2008 | $1,900,000 |

Note: This is one of four Fulbright-Hays programs; see also Fulbright-Hays Faculty Research Abroad Fellowship program (# 84.019), Fulbright-Hays—Group Projects Abroad Program, and Fulbright-Hays—Doctoral Dissertation Research Abroad program (# 84.022), all under topical heading "International Education."

### FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 6 project awards; approximately 96 participants
Average New Award: $316,667
Range of New Awards: $70,000-$313,000

Number of Continuation Awards: 0

### LEGISLATIVE CITATION

Sec. 102(b)(6) of the *Mutual Educational and Cultural Exchange Act of 1961* (*Fulbright-Hays Act*); 22 *U.S.C.* 2452(b)(6)

### PROGRAM REGULATIONS

*EDGAR*

### PROGRAM DESCRIPTION

The program provides short-term study and travel seminars abroad for U.S. educators in the social sciences and humanities for the purpose of improving their understanding and knowledge of the peoples and cultures of other countries. Support is generally made available through interagency agreements. The U.S. Department of Education transfers funds through the U.S. Department of State to Fulbright commissions in various countries to pay the costs associated with administering seminars. This partnership allows this program to use the services and expertise of binational organizations to plan and conduct seminars for U.S. educators.

### EDUCATION LEVEL (BY CATEGORY)

K–12, Postsecondary

### SUBJECT INDEX

Area Studies, Foreign Languages, Higher Education, Humanities, International Education, Social Sciences

### CONTACT INFORMATION

| | |
|---|---|
| Name | Michelle Guilfoil |
| E-mail Address | Michelle.Guilfoil@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St., N.W., Rm. 6088 Washington, DC 20006-8521 |
| Telephone | 202-502-7625 |
| Fax | 202-502-7859 |

### LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpssap/index.html

## International Education

**PROGRAM TITLE**

# Institute for International Public Policy

**ALSO KNOWN AS**

Institute for Public Policy

**CFDA # (OR ED #)**

84.269A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations

**WHO MAY APPLY (SPECIFICALLY)**

Consortia consisting of one or more Historically Black Colleges or Universities (HBCUs), minority-serving institutions, and institutions with programs to train foreign service professionals are eligible to apply for a grant of up to five-years duration to establish an institute of international public policy.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuation award. Next competition expected: FY 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,599,840 |
| Fiscal Year 2007 | $1,599,840 |
| Fiscal Year 2008 | $1,670,301 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0
Number of Continuation Awards: 1
Average Continuation Awards: $1,670,301

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part C

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The program provides a single grant to assist a consortium of colleges and universities to establish an institute designed to increase the representation of minorities in international services, including private international voluntary organizations and the U.S. Foreign Service.

**TYPES OF PROJECTS**

Activities to be implemented by the grantee include:

1. A sophomore-year summer policy institute;

2. A junior-year abroad program;

3. A junior-year summer policy institute;

4. Internships—junior year, senior year, and post-baccalaureate;

5. A senior language institute;

6. A master's degree program in international affairs; and

7. Institutional grants to strengthen undergraduate international affairs programs at selected campuses.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Foreign Languages, Higher Education, International Education, Minority Groups, Public Policy

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Tanyelle Richardson |
| E-mail Address | Tanyelle.Richardson@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6017 Washington, DC 2006-8500 |
| Telephone | 202-502-7626 |
| Fax | 202-502-7859 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsiipp/index.html

## International Education

**PROGRAM TITLE**

# International Research and Studies

**ALSO KNOWN AS**

Foreign Language and Area Studies Research

**CFDA # (OR ED #)**

84.017

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Individuals, Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Public and private agencies, organizations and institutions, and individuals may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadline: April 7, 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Contracts

**APPROPRIATIONS**

| Fiscal Year 2006 | $5,822,292 |
| Fiscal Year 2007 | $5,822,840 |
| Fiscal Year 2008 | $5,930,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 14
Average New Award: $113,786
Range of New Awards: $50,000–$200,000

Number of Continuation Awards: 32
Average Continuation Award: $135,531
Range of Continuation Awards: $43,000–$190,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 605

**PROGRAM REGULATIONS**

34 *CFR* 655 and 660

**PROGRAM DESCRIPTION**

This program supports surveys, studies, and development of instructional materials to improve and strengthen instruction in modern foreign languages, area studies, and other international fields.

**TYPES OF PROJECTS**

In addition to surveys and studies, the program provides funds for the development of foreign language materials designed to improve and strengthen foreign language and area and related studies in the U.S. education system.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Area Studies, Foreign Languages, International Education, Research

**CONTACT INFORMATION**

| Name | Ed McDermott |
| E-mail Address | Ed.McDermott@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6082 Washington, DC 20006-8521 |
| Telephone | 202-502-7636 |
| Fax | 202-502-7860 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsirs/index.html

## International Education

**PROGRAM TITLE**

# Language Resource Centers

**CFDA # (OR ED #)**

84.229A

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

Consortia of institutions also may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only. Next competition for new awards expected: FY 2010, with application deadline in fall 2009.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $4,800,000 |
| Fiscal Year 2007 | $4,893,816 |
| Fiscal Year 2008 | $5,030,000 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 15
Average Continuation Award: $353,333
Range of Continuation Awards: $300,000–$400,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 603

**PROGRAM REGULATIONS**

34 CFR 655, 669

**PROGRAM DESCRIPTION**

This program provides grants for establishing, strengthening, and operating centers that serve as resources for improving the nation's capacity for teaching and learning foreign languages through teacher training, research, materials development, and dissemination projects.

**TYPES OF PROJECTS**

Activities include effective dissemination efforts, whenever appropriate, and may include:

- Research and dissemination of new and improved teaching methods, including educational technology;

- Development and dissemination of new teaching materials;

- Development, application, and dissemination of performance testing;

- Training of teachers in the administration and interpretation of performance tests, the use of effective teaching strategies, and the use of new technologies;

- Significant focus on the needs of those who are teaching and learning the less commonly taught languages;

- Development and dissemination of materials designed to serve as a resource for foreign language teachers at the elementary school and secondary school levels; and

- Operation of intensive summer language institutes.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Postsecondary, Secondary

**SUBJECT INDEX**

Foreign Languages, Higher Education, International Education, Teachers

## CONTACT INFORMATION

| | |
|---|---|
| Name | Cynthia Dudzinski |
| E-mail Address | Cynthia.Dudzinski@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6077 Washington, DC 20006-8521 |
| Telephone | 202-502-7589 |
| Fax | 202-502-7860 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpslrc/index.html

---

# International Education

## PROGRAM TITLE

# National Resource Centers Program for Foreign Language and Area Studies

## ALSO KNOWN AS

National Resource Centers; NRC

## CFDA # (OR ED #)

84.015A

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs)

## WHO MAY APPLY (SPECIFICALLY)

Consortia of institutions also may apply.

## CURRENT COMPETITIONS

None. FY 2008 funds support continuations only. Next competition for new awards expected: FY 2010, with application deadline in fall 2009.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $28,620,000 |
| Fiscal Year 2007 | $28,812,463 |
| Fiscal Year 2008 | $29,600,372 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 125
Average Continuation Award: $236,803
Range of Continuation Awards: $175,000–$270,000

*continued top of next page*

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 602

## PROGRAM REGULATIONS

34 *CFR* 655 and 656

## PROGRAM DESCRIPTION

The program provides grants to establish, strengthen, and operate language and area or international studies centers that will be national resources for teaching any modern foreign language. Grants support: instruction in fields needed to provide full understanding of areas, regions or countries; research and training in international studies; work in the language aspects of professional and other fields of study; and instruction and research on issues in world affairs.

## TYPES OF PROJECTS

This program supports comprehensive undergraduate National Resource Centers that: teach at least one modern foreign language; provide instruction in fields needed for full understanding of areas, regions, or countries where a language is commonly spoken; provide resources for research and training in international and foreign language aspects of professional and other fields of study; and provide opportunities for instruction and research on important issues in world affairs.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Area Studies, Foreign Languages, Higher Education, International Education

## CONTACT INFORMATION

| | |
|---|---|
| Name | Carla White |
| E-mail Address | Carla.White@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6085 Washington, DC 20006-8521 |
| Telephone | 202-502-7631 |
| Fax | 202-502-7680 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpsnrc/index.html

---

# International Education

## PROGRAM TITLE

# Technological Innovation and Cooperation for Foreign Information Access

## CFDA # (OR ED #)

84.337

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Other Organizations and/or Agencies

## WHO MAY APPLY (SPECIFICALLY)

IHEs, public or nonprofit private libraries, or a consortia of such institutions or libraries may apply.

## CURRENT COMPETITIONS

None. FY 2008 funds support continuations only. Next competition expected: FY 2009, with deadline in fall 2008.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $1,700,000 |
| Fiscal Year 2007 | $1,700,000 |
| Fiscal Year 2008 | $1,700,000 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 10
Average Continuation Award: $170,000
Range of Continuation Awards: $100,000–$200,000

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended,
Title VI, Part A, Sec. 606

## PROGRAM REGULATIONS

*EDGAR*

## PROGRAM DESCRIPTION

This program provides grants to develop innovative
techniques or programs that address national teach-
ing and research needs in international education and
foreign languages by using technologies to access, col-
lect, organize, preserve, and widely disseminate infor-
mation on world regions and countries other than the
United States.

## TYPES OF PROJECTS

Grants may be used to:

- Facilitate access to or to preserve foreign informa-
  tion resources in print or electronic forms;

- Develop new means of immediate, full-text docu-
  ment delivery for information and scholarship
  from abroad;

- Develop new means of shared electronic access to
  international data;

- Support collaborative projects for indexing,
  cataloging, and providing other means of biblio-
  graphic access for scholars to important research
  materials published or distributed outside the
  United States;

- Develop methods for the wide dissemination of
  resources written in non-Roman alphabets;

- Assist teachers of less commonly taught languages
  in acquiring, via electronic and other means,
  materials suitable for classroom use;

- Promote collaborative technology-based projects
  in foreign languages, area studies, and inter-
  national studies among grant recipients under
  the *HEA,* Title VI; and

- Support other eligible activities consistent with the
  purposes and intent of the legislation.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Area Studies, Foreign Languages, Higher Education,
International Education, Libraries

## CONTACT INFORMATION

| | |
|---|---|
| Name | Susanna Easton |
| E-mail Address | Susanna.Easton@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6093 Washington, DC 20006-8521 |
| Telephone | 202-502-7628 |
| Fax | 202-502-7859 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/iegpsticfia/index.html

# International Education

## PROGRAM TITLE

# Undergraduate International Studies and Foreign Language

## ALSO KNOWN AS

Undergraduate and Foreign Languages

## CFDA # (OR ED #)

84.016

## ADMINISTERING OFFICE

Office of Postsecondary Education (OPE)

## WHO MAY APPLY (BY CATEGORY)

Institutions of Higher Education (IHEs), Nonprofit Organizations

## WHO MAY APPLY (SPECIFICALLY)

A combination of those categories listed above also may apply.

## CURRENT COMPETITIONS

FY 2008 application deadline: Nov. 26, 2007. Next competition expected: FY 2009, with application deadline in fall 2008.

## TYPE OF ASSISTANCE (BY CATEGORY)

Discretionary/Competitive Grants

## APPROPRIATIONS

| | |
|---|---|
| Fiscal Year 2006 | $4,316,825 |
| Fiscal Year 2007 | $4,300,000 |
| Fiscal Year 2008 | $4,295,914 |

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 25
Average New Award: $74,714
Range of New Awards: $50,000–$90,000 for a single institution; $80,000–$140,000 for consortia, organizations, and associations

Number of Continuation Awards: 30
Average Continuation Award: $80,936
Range of Continuation Awards: $40,000–$90,000

## LEGISLATIVE CITATION

*Higher Education Act of 1965* (*HEA*), as amended, Title VI, Part A, Sec. 604

## PROGRAM REGULATIONS

34 *CFR* 655 and 658

## PROGRAM DESCRIPTION

This program provides funds to plan, develop, and carry out programs to strengthen and improve undergraduate instruction in international studies and foreign languages.

## TYPES OF PROJECTS

Each program assisted with federal funds must enhance primarily the international academic program of the institution. Eligible activities may include but are not limited to:

- Development of a global or international studies program that is interdisciplinary in design;

- Development of a program that focuses on issues or topics, such as international business or international health;

- Development of an area studies program and programs in corresponding foreign languages;

- Creation of innovative curricula that combine the teaching of international studies with professional and preprofessional studies, such as engineering;

- Research for and development of specialized teaching materials, including language instruction, e.g., business French;

- Establishment of internship opportunities for faculty and students in domestic and overseas settings; and

- Development of study abroad programs.

## EDUCATION LEVEL (BY CATEGORY)

Postsecondary

## SUBJECT INDEX

Area Studies, Foreign Languages, Higher Education, International Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Christine M. Corey |
| E-mail Address | Christine.Corey@ed.gov |
| Mailing Address | U.S. Department of Education, OPE International Education Programs Service 1990 K St. N.W., Rm. 6069 Washington, DC 20006-8521 |
| Telephone | 202-502-7629 |
| Fax | 202-502-7859 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/iegpsugisf/index.html

## Migrant Education

**PROGRAM TITLE**

# Migrant Education—Basic State Formula Grants

**ALSO KNOWN AS**

Education of Migratory Children; Title I, Part C

**CFDA # (OR ED #)**

84.011

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

SEAs are eligible to apply, and these in turn make subgrants to local operating agencies (LOAs) that serve migrant students. LOAs may be local education agencies (LEAs), institutions of higher education (IHEs), and other public and nonprofit agencies.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $386,527,720 |
| Fiscal Year 2007 | $386,523,720 |
| Fiscal Year 2008 | $379,771,426 |

Note: Of these amounts, the U.S. Department of Education reserves up to $10 million each year for activities conducted under the Migrant Education—Coordination Grants and Contracts program (see # 84.144A, also under topical heading "Migrant Education").

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 50
Average New Award: $7,395,429 (estimated)
Range of New Awards: $66,904–$129,008,837 (estimated)

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title I, Part C; 20 *U.S.C.* 6391–6399

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 200 and 299

## PROGRAM DESCRIPTION

Funds support high-quality education programs for migratory children and help ensure that migratory children who move among the states are not penalized in any manner by disparities among states in curriculum, graduation requirements, or state academic content and student academic achievement standards. Funds also ensure that migratory children not only are provided with appropriate education services (including supportive services) that address their special needs but also that such children receive full and appropriate opportunities to meet the same challenging state academic content and student academic achievement standards that all children are expected to meet. Federal funds are allocated by formula to SEAs, based on each state's per pupil expenditure for education and counts of eligible migratory children, age 3 through 21, residing within the state.

## TYPES OF PROJECTS

States use program funds to identify eligible children and provide education and support services. These services may include: academic instruction; bilingual and multicultural instruction; career education services; advocacy services; counseling and testing services; health services; and preschool services.

## EDUCATION LEVEL (BY CATEGORY)

K–12, Pre-K

## SUBJECT INDEX

Grants, Migrant Education, Migrant Workers, Migrants, Mobility

## CONTACT INFORMATION

| | |
|---|---|
| Name | Lori Ahmady |
| E-mail Address | Lori.Ahmady@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E331 Washington, DC 20202-6135 |
| Telephone | 202-260-1391 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-0089 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/mep/index.html

# Migrant Education

**PROGRAM TITLE**

# Migrant Education— College Assistance Migrant Program

**ALSO KNOWN AS**

CAMP

**CFDA # (OR ED #)**

84.149A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations

**WHO MAY APPLY (SPECIFICALLY)**

IHEs or a nonprofit private agency in cooperation with an IHE may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $15,376,680 |
| Fiscal Year 2007 | $15,376,680 |
| Fiscal Year 2008 | $15,108,364 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 38
Average Continuation Award: $404,658
Range of Continuation Awards: $290,047–$586,400

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Sec. 418A; 20 *U.S.C.* 1070d-2

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 206

**PROGRAM DESCRIPTION**

CAMP assists students who are migratory or seasonal farmworkers (or children of such workers) enrolled in their first year of undergraduate studies at an IHE. The funding supports completion of the first year of studies. Competitive five-year grants for CAMP projects are made to IHEs or to nonprofit private agencies that cooperate with such institutions. The grants funded under CAMP grantees serve approximately 2,000 participants each year.

**TYPES OF PROJECTS**

Services include counseling, tutoring, skills workshops, financial aid stipends, health services, and housing assistance to eligible students during their first year of college. Limited follow-up services are provided to participants after their first year. Students must be enrolled on a full-time basis.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Grants, Migrants, Postsecondary Education, Secondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | David De Soto |
| E-mail Address | David.De.Soto@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E344 Washington, DC 20202-6135 |
| Telephone | 202-260-8103 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-0089 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/camp/index.html

# Migrant Education

**PROGRAM TITLE**

## Migrant Education— Coordination Grants and Contracts

**CFDA # (OR ED #)**

84.144

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, State Education Agencies (SEAs)

**CURRENT COMPETITIONS**

FY 2008 grant application deadline for Consortium Incentive Grants: May 7, 2008. For information on FY 2008 contract competitions for the Migrant Education Coordination Support Contract and the Migrant Student Information Exchange (MSIX) Acquisition Support Contract, go to the U.S. Department of Education Federal Business Opportunities (FedBizOpps) at: http://www.fbo.gov.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants, Contracts

**APPROPRIATIONS**

| Fiscal Year 2006 | $9,999,976 |
| Fiscal Year 2007 | Up to $10,000,000 |
| Fiscal Year 2008 | Up to $10,000,000 |

Note: Migrant coordination grants and contracts are funded from a set-aside of up to $10,000,000 from the annual appropriation for the Migrant Education Program (MEP). See also Migrant Education—Basic State Formula Grants  (# 84.011), also under topical heading "Migrant Education."

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 20 Consortium Incentive Grants; 1 Migrant Education Coordination Support contract; 1 MSIX Independent Verification and Validation (IV&V) and Management Support Contract (also known as the MSIX Acquisition Support Contract); 49 MSIX State Data Quality Grants

Number of Continuation Awards: 2 contracts

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part C, Sec. 1308; 20 *U.S.C.* 6398

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 200; *FAR*

**PROGRAM DESCRIPTION**

Coordination funds are used to provide grants and contracts to improve the interstate and intrastate coordination of migrant education programs.

**TYPES OF PROJECTS**

Grants and contracts that will be funded in FY 2008 include:

1. Consortium Incentive Grants, which support multistate consortia for improving coordination in eight areas of need (i.e., improving the identification and recruitment of eligible migrant children; using scientifically based research to improve school readiness; improving reading and math proficiency; decreasing the dropout rate; improving high school completion rates; strengthening the involvement of parents; expanding access to innovative technologies; and improving the education attainment of out-of-school migratory youths);

2. The Migrant Education Resource Center (MERC), which provides state migrant education programs with expert technical assistance and support for migrant child identification and recruitment activities, facilitates a peer-to-peer network to improve the knowledge and skills of migrant educators on MEP–specific requirements, and maintains a Web-enabled library to allow state and local migrant educators to electronically share MEP documents and products;

3. The Migrant Education Coordination Support Contract, a logistical support contract to organize and implement effective meetings and recommend and procure subject matter experts in support of national interstate coordination initiatives;

4. The MSIX, which links state migrant student record systems to electronically exchange academic and health-related information on a national basis;

5. The MSIX IV&V and Management Support Contract, which provides independent oversight of the MSIX contractors' performance and assistance with investment acquisition, management, and oversight activities; and

6. MSIX State Data Quality Grants, which will provide additional resources to SEAs receiving MEP Basic State Formula Grant awards in order to assist them and their local operating agencies (LOAs) in implementing the interstate exchange of migrant children's records electronically through the MSIX.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Pre-K

**SUBJECT INDEX**

Academic Records, Grants, Migrant Education, Migrant Workers, Migrants, Mobility, Technology

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Alejandro Velez-Paschke (Consortium Incentive Grants and MSIX State Data Quality Grants) |
| E-mail Address | Alejandro.Velez-Paschke@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E249 Washington, DC 20202-6135 |
| Telephone | 202-260-2834 |
| Fax | 202-205-0089 |

| | |
|---|---|
| Name | Tara Ramsey (MERC) |
| E-mail Address | Tara.Ramsey@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E321 Washington, DC 20202-6135 |
| Telephone | 202-260-2063 |
| Fax | 202-205-0089 |

| | |
|---|---|
| Name | Lori Ahmady (Migrant Education Coordination Support Contract) |
| E-mail Address | Lori.Ahmady@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E331 Washington, DC 20202-6135 |
| Telephone | 202-260-1391 |
| Fax | 202-205-0089 |

| | |
|---|---|
| Name | Jennifer Dozier (MSIX System and MSIX Accquistion Support Contract) |
| E-mail Address | Jennifer.Dozier@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E3227 Washington, DC 20202-6135 |
| Telephone | 202-260-4421 |
| Fax | 202-205-0089 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/about/offices/list/oese/ome/programs.html

*continued top of next page*

## Migrant Education

**PROGRAM TITLE**

# Migrant Education— High School Equivalency Program

**ALSO KNOWN AS**

HEP

**CFDA # (OR ED #)**

84.141A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations

**WHO MAY APPLY (SPECIFICALLY)**

IHEs, or a public or nonprofit private agency in cooperation with an IHE may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuation awards.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $18,549,630 |
| Fiscal Year 2007 | $18,549,630 |
| Fiscal Year 2008 | $18,225,931 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0
Number of Continuation Awards: 44
Average Continuation Award: $421,590
Range of Continuation Awards: $320,7500–$475,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title IV, Sec. 418A; 20 *U.S.C.* 1070d-2

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 206

**PROGRAM DESCRIPTION**

The High School Equivalency Program (HEP) helps migratory and seasonal farmworkers (or children of such workers) who are 16 years of age or older and not currently enrolled in school to obtain the equivalent of a high school diploma and, subsequently, to gain employment or begin postsecondary education or training. The program serves more than 7,000 students annually. Competitive awards are made for up to five years of funding.

**TYPES OF PROJECTS**

HEP participants receive developmental instruction and counseling services intended to prepare them to:

1. Complete the requirements for high school graduation or for General Educational Development (GED) certificates;

2. Pass standardized tests of high school equivalency; and

3. Participate in subsequent postsecondary education and career activities. The major support services offered through HEP are counseling, job placement, health care, financial aid stipends, housing for residential students, and cultural and academic programs.

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Secondary

**SUBJECT INDEX**

Academic Subjects, Adult Education, Counseling, Grants, Health Services, High School Equivalency Programs, Migrants

**CONTACT INFORMATION**

| | |
|---|---|
| Name | David De Soto |
| E-mail Address | David.De.Soto@ed.gov |
| Mailing Address | U.S. Department of Education, OESE |
| | Office of Migrant Education |
| | Lyndon Baines Johnson Department of |
| | Education Building |
| | 400 Maryland Ave. S.W., Rm. 3E344 |
| | Washington, DC 20202-6135 |
| Telephone | 202-260-8103 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-205-0089 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/hep/index.html

## Migrant Education

**PROGRAM TITLE**

# Migrant Education Program—Even Start

**ALSO KNOWN AS**

Migrant Education Even Start

**CFDA # (OR ED #)**

84.214A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Any entity is eligible to apply. However, the U.S. Department of Education specifically invites applications from SEAs that administer migrant education programs, LEAs that enroll a high percentage of migrant students, and nonprofit community-based organizations (CBOs) that work with migrant families.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $2,970,000 |
| Fiscal Year 2007 | $2,378,483 |
| Fiscal Year 2008 | $1,903,632 |

Note: This is one of several programs funded from a 5 percent set-aside from the appropriation for the Even Start program (see # 84.213, under topical heading "Reading"). (The set-aside is 5 percent when the Even Start appropriations is $200 million and below, and 6 percent when the appropriation is above $200 million.)

*continued top of next page*

## FISCAL YEAR 2008 AWARDS INFORMATION

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 10
Average Continuation Award: $190,363
Range of Continuation Awards: $77,475–$254,360

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965 (ESEA)*, as amended, Title I, Part B, Subpart 3, Sec. 1232(a); 20 *U.S.C.* 6381a(a)

## PROGRAM REGULATIONS

*EDGAR*, 34 *CFR* 200.80

## PROGRAM DESCRIPTION

This program is designed to help break the cycle of poverty and improve the literacy of participating migrant families by integrating early childhood education, adult literacy or adult basic education, and parenting education into a unified family literacy program.

## TYPES OF PROJECTS

This program supports family literacy projects. Projects provide for: early childhood education; adult literacy (adult basic and secondary-level education and instruction for limited English proficient [LEP] individuals); parenting education; and interactive parent-child literacy activities for participating families, often through other entities providing these services, such as government agencies, colleges and universities, public schools, Head Start programs, and other public and private community-based groups. Projects provide staff training and support services, such as child care and transportation, when unavailable from other sources, to enable participation in core education activities.

## EDUCATION LEVEL (BY CATEGORY)

Adult, Early Childhood, Middle School, Secondary

## EDUCATION LEVEL (SPECIFICALLY)

Children from birth through age 7 who meet the definition of a "migratory child" and their parents who meet the definitions of "migratory agricultural worker" or "migratory fisher" in 34 *CFR* 200.80.

## SUBJECT INDEX

Adult Education, Adult Literacy, Art, Early Childhood Education, Early Reading, Family Involvement, Parent Participation

## CONTACT INFORMATION

| | |
|---|---|
| Name | DonnaMarie Fekete |
| E-mail Address | DonnaMarie.Fekete@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Office of Migrant Education Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3E313 Washington, DC 20202-6135 |
| Telephone | 202-260-2815 |
| Toll-free | 1-800-827-5327 or 1-800-USA-LEARN |
| Fax | 202-205-0089 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/mep/index.html

## Postsecondary Improvement

**PROGRAM TITLE**

# Fund for the Improvement of Postsecondary Education

**ALSO KNOWN AS**

FIPSE; Comprehensive Program; EU-U.S. Atlantis Program; U.S.-Brazil Program; North Atlantic Mobility Program; and U.S.-Russia Program

**CFDA # (OR ED #)**

84.116

**ADMINISTERING OFFICE**

Office of Postsecondary Education (OPE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Nonprofit Organizations, Other Organizations and/or Agencies

**WHO MAY APPLY (SPECIFICALLY)**

A combination of nonprofit institutions, organizations, and other organizations or agencies also may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadlines: May 5, 2008 for the Comprehensive Program (# 84. 116B); April 2, 2008, for the European Union-United States Atlantis Program (# 84.116J); April 11, 2008, for the Program for North American Mobility in Higher Education (# 84.116N); April 17, 2008, for the Cooperation and Student Mobility in Higher Education between the United States and Brazil Program (# 84.116M); and mid-July for the U.S.-Russia Program (# 84.116S). See the Department of Education's forecast of funding opportunities Web site at http://www.ed.gov/fund/grant/find/edlite-forecast.html, which is updated several times during the year, for details on application deadlines.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $21,988,890 |
| Fiscal Year 2007 | $21,988,890 |
| Fiscal Year 2008 | $120,333,397 |

Note: $98,909,303 of the FY 2008 appropriation is earmarked for specific Congressional projects, leaving the remaining $21,424,067 available for discretionary awards.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 45
Average New Award: $111,000
Range of New Awards: $400,000–$560,000 for a three-year project period.

Number of Continuation Awards: 122
Average Continuation Award: $131,000
Range of Continuation Awards: $73,000–$250,000

**LEGISLATIVE CITATION**

*Higher Education Act of 1965* (*HEA*), as amended, Title VII, Part B; 20 *U.S.C.* 1138–1138d

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The program supports and disseminates innovative reform projects that promise to be models for improving the quality of postsecondary education and increasing student access. Under FIPSE, the U.S. Department of Education has the flexibility to establish specialized programs to address national needs. As such, in addition to making awards under the Comprehensive Program, in FY 2008, the U.S. Department of Education will support awards under the following specialized competitions: the Program for North American Mobility in Higher Education (# 84.116N), the European Union-United States Atlantis Program (# 84.116J), the Cooperation and Student Mobility in Higher Education Between the United States and Brazil Program (# 84.116M), and the U.S.-Russia Program (# 84.116S).

*continued top of next page*

**TYPES OF PROJECTS**

Awards are made in a number of areas including: postsecondary education access; retention and completion; student preparation for college; cost-effectiveness; curricula reform, foreign exchange, dual degrees, and others.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Demonstration Programs, Distance Education, Educational Improvement, Educational Innovation, Foreign Languages, Innovation, Postsecondary Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Cassandra Courtneu |
| E-mail Address | Cassandra.Courtney@ed.gov |
| Mailing Address | U.S. Department of Education, OPE FIPSE 1990 K St. N.W., Rm. 6155 Washington, DC 20006-8544 |
| Telephone | 202-502-7506 |
| Fax | 202-502-7877 |

**LINKS TO RELATED WEB SITES**

www.ed.gov/programs/fipsecomp/index.html

## Professional Development

**PROGRAM TITLE**

## Early Childhood Educator Professional Development

**CFDA # (OR ED #)**

84.349A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Partnerships of:

1. A professional development provider;

2. Public agencies, Head Start agencies, or private organizations; and

3. If feasible, an entity with experience in training early childhood educators about identifying and preventing behavioral problems or with experience in working with children who are victims of abuse.

**CURRENT COMPETITIONS**

None. No funds were appropriated for this program for FY 2008.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $14,549,040 |
| Fiscal Year 2007 | $14,549,000 |
| Fiscal Year 2008 | $0 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA), as amended, Sec. 2151(e); 20 U.S.C. 6651(e)*

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 81, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

The purpose is to promote school readiness and improved learning outcomes of young children by providing high-quality professional development programs to improve the knowledge and skills of early childhood educators and caregivers who work in early childhood programs located in high-poverty communities and serve concentrations of children from low-income families.

**TYPES OF PROJECTS**

Programs must provide primarily research-based training that will improve early childhood pedagogy and will further young children's language and literacy skills to prevent them from encountering reading difficulties when they enter school.

**EDUCATION LEVEL (BY CATEGORY)**

Early Childhood

**SUBJECT INDEX**

Early Childhood Education, Professional Development

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Rosemary Fennell |
| E-mail Address | Rosemary.Fennell@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W236 Washington, DC 20202-6132 |
| Telephone | 202-260-0792 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/ececator/index.html

---

## Professional Development

**PROGRAM TITLE**

# English Language Acquisition National Professional Development Project

**CFDA # (OR ED #)**

84.195N

**ADMINISTERING OFFICE**

Office of English Language Acquisition (OELA)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs)

**WHO MAY APPLY (SPECIFICALLY)**

IHEs in consortia with local education agencies (LEAs) or state education agencies (SEAs) may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $38,160,441 |
| Fiscal Year 2007 | $38,140,441 |
| Fiscal Year 2008 | $40,023,673 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 0

Number of Continuation Awards: 159
Average Continuation Award: $262,000
Range of Continuation Awards: $59,803–$400,000

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965 (ESEA), as amended, Title III, Sec. 3131; 20 U.S.C. 6861*

*continued top of next page*

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 81, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program provides professional development activities intended to improve instruction for students with limited English proficiency (LEP) and assists education personnel working with such children to meet high professional standards.

**TYPES OF PROJECTS**

Grants are made to IHEs that have entered into consortium arrangements with SEAs or LEAs. Projects are designed to increase the pool of highly qualified teachers prepared to serve LEP students and increase the skills of teachers already serving them.

**EDUCATION LEVEL (BY CATEGORY)**

Postsecondary

**SUBJECT INDEX**

Bilingual Education, Higher Education, Professional Development, Staff Development, Standards, Teacher Education

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Ana Garcia |
| E-mail Address | Ana.Garcia@ed.gov |
| Mailing Address | U.S. Department of Education, OELA |
| | 400 Maryland Ave. S.W., Rm. 10072, PCP |
| | Washington, DC 20202-6510 |
| Telephone | 202-245-7153 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-245-7166 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/nfdp/index.html

## Professional Development

**PROGRAM TITLE**

# National Writing Project

**CFDA # (OR ED #)**

84.928

**ADMINISTERING OFFICE**

Office of Innovation and Improvement (OII)

**WHO MAY APPLY (SPECIFICALLY)**

By law, only the National Writing Project is eligible.

**CURRENT COMPETITIONS**

None. Funds support a noncompetitive award only.

**TYPE OF ASSISTANCE (SPECIFICALLY)**

Sole source, noncompetitive award, by direction of Congress.

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $21,532,500 |
| Fiscal Year 2007 | $21,532,500 |
| Fiscal Year 2008 | $23,580,720 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 1

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title II, Part C, Subpart 2, Secs. 2331–2332; 20 *U.S.C.* 6701–6702

**PROGRAM REGULATIONS**

*EDGAR*

**PROGRAM DESCRIPTION**

The National Writing Project is a nationwide nonprofit education organization that promotes K–16 teacher training programs in the effective teaching of writing.

**TYPES OF PROJECTS**

The program supports professional development programs that are designed to promote effective strategies to teach writing.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Postsecondary

**SUBJECT INDEX**

Elementary Secondary Education, Language Arts, Professional Development

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Margarita L. Melendez |
| E-mail Address | Margarita.Melendez@ed.gov |
| Mailing Address | U.S. Department of Education, OII |
| | Lyndon Baines Johnson Department of |
| | Education Building |
| | 400 Maryland Ave. S.W., Rm. 4W224 |
| | Washington, DC 20202-5960 |
| Telephone | 202-260-3548 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-401-8466 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/writing/index.html
http://www.writingproject.org

---

## Professional Development

**PROGRAM TITLE**

# Teaching American History

**CFDA # (OR ED #)**

84.215X

**ADMINISTERING OFFICE**

Office of Innovation and Improvement (OII)

**WHO MAY APPLY (BY CATEGORY)**

Local Education Agencies (LEAs)

**WHO MAY APPLY (SPECIFICALLY)**

LEAs, which must apply in partnership with one or more of the following: institutions of higher education (IHEs), nonprofit history or humanities organizations, libraries, or museums.

**CURRENT COMPETITIONS**

FY 2008 application deadline: Dec. 10, 2007.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $119,790,000 |
| Fiscal Year 2007 | $119,790,000 |
| Fiscal Year 2008 | $117,903,600 |

Note: FY 2008 funds awarded to grantees support the first 36 months of the project period, which may be up to 60 months.

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 130
Average New Award: $500,000
Range of New Awards: For LEAs with enrollments of less than 20,000 students: up to $500,000; for LEAs with enrollments of 20,000 to 300,000 students: $350,000–$1,000,000; and for LEAs with enrollments above 300,000 students: $500,000–$2,000,000

Number of Continuation Awards: 0

*continued top of next page*

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title II, Part C, Subpart 4

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 75, 77, 79, 80, 81, 82, 85, 86, 97, and 99

**PROGRAM DESCRIPTION**

The program is designed to raise student achievement by improving teachers' knowledge and understanding of and appreciation for traditional American history. Grant awards will assist LEAs, in partnership with entities that have content expertise, to develop, document, evaluate, and disseminate innovative and cohesive models of professional development. By helping teachers to develop a deeper understanding and appreciation of American history as a separate subject matter within the core curriculum, these programs will improve instruction and raise student achievement.

**TYPES OF PROJECTS**

This program supports professional development for U.S. history teachers.

**EDUCATION LEVEL (BY CATEGORY)**

K–12, Postsecondary

**SUBJECT INDEX**

History Instruction, Professional Development, Social Studies, Teacher Education, United States History

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Alex Stein |
| E-mail Address | Alex.Stein@ed.gov |
| Mailing Address | U.S. Department of Education, OII Teacher Quality Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 4W206 Washington, DC 20202-6400 |
| Telephone | 202-205-9085 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-401-8466 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/teachinghistory/history.html

## Reading

**PROGRAM TITLE**

## Early Reading First

**CFDA # (OR ED #)**

84.359A; 84.359B

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

Institutions of Higher Education (IHEs), Local Education Agencies (LEAs), Nonprofit Organizations, Other Organizations and/or Agencies, State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

LEAs eligible for a Reading First (see # 84.357, also under topical heading "Reading") subgrant and public or private organizations or agencies located in a community served by an eligible LEA may apply.

**CURRENT COMPETITIONS**

FY 2008 application deadlines: Pre-application: April 7, 2008; full application deadline (for invited applicants only): June 10, 2008 (competition reopened).

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $103,118,400 |
| Fiscal Year 2007 | $117,666,280 |
| Fiscal Year 2008 | $112,548,812 |

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 23–68
Average New Award: $3,000,000
Range of New Awards: $1,500,000–$4,500,000

Note: FY 2008 projects will be funded for three years.

## LEGISLATIVE CITATION

*Elementary and Secondary Education Act of 1965* (*ESEA*), as amended, Title I, Part B, Subpart 2

## PROGRAM REGULATIONS

*EDGAR*; 34 *CFR* 74, 75, 77, 79, 80, 81, 82, 84, 85, 86, 97, 98, and 99

## PROGRAM DESCRIPTION

The program supports the development of early childhood centers of excellence that focus on all areas of development, especially on the early language, cognitive, and pre-reading skills that prepare children for continued school success and that serve particularly children from low-income families.

## TYPES OF PROJECTS

Grants are designed to help early childhood centers improve their programs, by creating centers of excellence that provide preschool-age children with language and cognitive skills, and an early reading foundation. Funds must be used to:

- Enhance children's language, cognitive, and early reading skills through professional development for teachers;

- Provide early language and reading development and instructional materials as developed from scientifically based reading research;

- Provide preschool-age children with cognitive learning opportunities in high-quality language and literature-rich environments;

- Use screening assessments to effectively identify preschool children who may be at risk for reading failure; and

- Improve existing early childhood programs by integrating scientifically based reading research into all aspects of the program (including instructional materials, teaching strategies, curricula, parent engagement, and professional development).

## EDUCATION LEVEL (BY CATEGORY)

Early Childhood, Pre-K

## SUBJECT INDEX

Disadvantaged, Early Childhood Education, Early Reading, Prereading Experience, Reading

## CONTACT INFORMATION

| | |
|---|---|
| Name | Rebecca Marek |
| E-mail Address | Rebecca.Marek@ed.gov |
| Mailing Address | U.S. Department of Education Early Reading First Program. OESE Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3C138 Washington, DC 20202-6100 |
| Telephone | 202-260-0968 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

| | |
|---|---|
| Name | Pilla Parker |
| E-mail Address | Pilla.Parker@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Early Reading First Program Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3C136 Washington, DC 20202-6100 |
| Telephone | 202-260-3710 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

| | |
|---|---|
| Name | Rachel Weinstein |
| E-mail Address | Rachel.Weinstein@ed.gov |
| Mailing Address | U.S. Department of Education, OESE Early Reading First Program Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W240 Washington, DC 20202-6100 |
| Telephone | 202-401-5520 |
| Toll-free | 1-800-872-5327 |
| Fax | 202-260-7764 |

## LINKS TO RELATED WEB SITES

http://www.ed.gov/programs/earlyreading/index.html

# Reading

**PROGRAM TITLE**

## Even Start

**ALSO KNOWN AS**

Even Start Family Literacy Program; William F. Goodling Even Start Family Literacy Program

**CFDA # (OR ED #)**

84.213

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (BY CATEGORY)**

State Education Agencies (SEAs)

**WHO MAY APPLY (SPECIFICALLY)**

Awards are made to SEAs. SEAs make competitive subgrants to partnerships between local education agencies (LEAs) and other public and private non-profit organizations and agencies.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Formula Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $99,000,000 |
| Fiscal Year 2007 | $82,282,760 |
| Fiscal Year 2008 | $66,454,399 |

Note: Funds are awarded to SEAs on the basis of the *Elementary and Secondary Education Act (ESEA)*, Title I, Part A, formula.  SEAs award subgrants to local partnerships on a competitive basis. The appropriation amounts shown above include funds for the state grants, as well as for Even Start grants to the outlying areas (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) and for the set-asides for the Migrant Education Program—Even Start (see # 84.214A, under topical heading "Migrant Education") and Even Start Family Literacy Program Grants for Indian Tribes and Tribal Organizations (see # 84.258,

also under topical heading "Reading"). The statute also authorizes a grant to a women's prison and, in years in which the appropriation increases over the previous year, the statute also authorizes $1 million for competitive grants to states for Even Start Statewide Family Literacy Initiatives (# 84.314B).

**FISCAL YEAR 2008 AWARDS INFORMATION**

*Note: The Department is not bound by any estimates in this notice.*

Number of New Awards Anticipated: 55 (states and outlying areas)
Average New Award: $1,097,416
Range of New Awards: $29,460–$7,213,753

**LEGISLATIVE CITATION**

*Elementary and Secondary Education Act of 1965*, as amended, Title I, Part B, Subpart 3; 20 *U.S.C.* 6381–6381k

**PROGRAM REGULATIONS**

*EDGAR*; 34 *CFR* 74, 75, 76, 77, 80, 81, 82, 84, 85, 86, 97, 98, and 99

**PROGRAM DESCRIPTION**

This program offers grants to states for subgrants that support local family literacy projects. Local projects integrate early childhood education, adult literacy (adult basic and secondary-level education and instruction for limited English proficient [LEP] individuals), parenting education, and interactive parent and child literacy activities for low-income families with parents who are eligible for services under the *Adult Education and Family Literacy Act (AEFLA)* and their children from birth through age 7. Teen parents and their children from birth through age 7 also are eligible. All participating families must be those most in need of program services.

Five percent of the annual appropriation is set aside for family literacy grants for migratory worker families, the outlying areas, and Indian tribes and tribal organizations. In addition, the U.S. Department of Education must award one project located in a women's prison. Up to 3 percent is reserved for national evaluation and technical assistance. The remaining federal funds are allocated by formula to SEAs based on their relative shares of Title I, Part A, funds. SEAs make competitive subgrants to partnerships of LEAs and other organizations and agencies, giving priority to proposals that primarily target areas with large numbers of most-in-need families or to projects

located in empowerment zones or enterprise communities. The statute also requires that subgrants be equitably distributed among urban and rural areas and that local projects assume an increasing share of program costs each year. The increasing share of the program expenses ranges from 10 percent in the first year to 40 percent in the fourth year. Cost sharing for years five through eight is 50 percent, and, after the eighth year of federal Even Start funding, the cost share is at least 65 percent.

**TYPES OF PROJECTS**

Projects provide for early childhood education, adult literacy (adult basic and secondary-level education and instruction for English language learners [ELLs]), parenting education, and interactive parent-child literacy activities for participating families, often through other entities providing these services, such as government agencies, colleges and universities, public schools, Head Start programs, and other public and private community-based groups.

Projects operate year-round and provide staff training and support services, such as child care and transportation, when unavailable from other sources, to enable participation in core education activities.

**EDUCATION LEVEL (BY CATEGORY)**

Adult, Early Childhood, Pre-K

**SUBJECT INDEX**

Adult Literacy, Children, Early Childhood Education, Family Involvement, Literacy, Parent Child Relationship, Parent Participation, Reading

**CONTACT INFORMATION**

| | |
|---|---|
| Name | Patricia McKee |
| E-mail Address | Patricia.McKee@ed.gov |
| Mailing Address | U.S. Department of Education, OESE School Achievement and School Accountability Programs Lyndon Baines Johnson Department of Education Building 400 Maryland Ave. S.W., Rm. 3W106 Washington, DC 20202-6132 |
| Telephone | 202-260-0991 |
| Toll-free | 1-800-872-5327 or 1-800-USA-LEARN |
| Fax | 202-260-7764 |

**LINKS TO RELATED WEB SITES**

http://www.ed.gov/programs/evenstartformula/index.html

# Reading

**PROGRAM TITLE**

## Even Start Family Literacy Program Grants for Indian Tribes and Tribal Organizations

**ALSO KNOWN AS**

William F. Goodling Even Start Family Literacy Programs—Grants to Indian Tribes and Tribal Organizations

**CFDA # (OR ED #)**

84.258A

**ADMINISTERING OFFICE**

Office of Elementary and Secondary Education (OESE)

**WHO MAY APPLY (SPECIFICALLY)**

Federally recognized Indian tribes and tribal organizations may apply.

**CURRENT COMPETITIONS**

None. FY 2008 funds support continuations only.

**TYPE OF ASSISTANCE (BY CATEGORY)**

Discretionary/Competitive Grants

**APPROPRIATIONS**

| | |
|---|---|
| Fiscal Year 2006 | $1,485,000 |
| Fiscal Year 2007 | $1,189,241 |
| Fiscal Year 2008 | $951,816 |

Note: This is one of several programs funded from a 5 percent set-aside from the appropriation for the Even Start program (see # 84.213, also under topical heading "Reading."). The set-aside is 5 percent when the Even Start appropriation is $200 million and below, and 6 percent when the appropriation is above $200 million.

*continued top of next page*