UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
Roy Den Hollander, William A. Nosal,

        Plaintiffs on behalf of themselves
        and all others similarly situated,

          -against-

Institute for Research on Women & Gender at Columbia University;
School of Continuing Education at Columbia University;
Trustees of Columbia University in the City of New York;
U.S. Department of Education;
Margaret Spellings, U.S. Secretary of Education in her official capacity;
Board of Regents of the University of the State of New York, in his
    or her official and individual capacity;
Chancellor of the Board of Regents, Robert M. Bennett, in his official
    and individual capacity;
New York State Commissioner of the Department of Education,
    Richard P. Mills, in his official and individual capacity; and
President of the New York State Higher Education Services Corp.,
    James C. Ross, in his official and individual capacity;

        Defendants.
--------------------------------------------------------------------------------x

Docket No. 08 Civ 7286
(LAK)(KNF)(ECF)

**Certificate of Service of
Objections to Magistrate's
<u>Report & Recommendation</u>**

       I, Roy Den Hollander, an attorney admitted to practice before this Court, affirm under penalty of perjury that on April 21, 2009, I mailed one copy of plaintiffs' Objections to Magistrate Kevin N. Fox's Report and Recommendation in a first class postage paid wrapper deposited in an official depository of the United States Postal Service addressed to the persons listed below and uploaded a PDF version of the Objections to the ECF site for the Southern District Court of New York.

    Freidman Kaplan Seiler & Adelman LLP
    Robert D. Kaplan
    1633 Broadway
    New York, N.Y. 10019
    (212) 833-1100
    Attorneys for Columbia University

1

Clement J. Colucci
Assistant Attorney General
120 Broadway
New York, N.Y. 10271
(212) 416-8634
Attorney for New York

Jean-David Barnea
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
(212) 637-2679
Attorney for U.S. Dept. of Education

Dated: April 21, 2009
New York, N.Y.

/S/
_____
Roy Den Hollander, Esq. (RDH 1957)
Class attorney and representative
545 East 14 Street, 10D
New York, N.Y. 10009
(917) 687-0652
rdhhh@yahoo.com