UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/09

ROY DEN HOLLANDER, et ano.,

          Plaintiffs,

08 CIVIL 7286 (LAK)

-against-

**JUDGMENT**

INSTITUTE FOR RESEARCH ON WOMEN &
GENDER AT COLUMBIA UNIVERSITY, et al.,
          Defendants.
------------------------------------------------------------X

      Whereas the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending the dismissal of this action for lack of standing, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on April 23, 2009, having rendered its Order granting all the motions to dismiss and dismissing the case for lack of standing, and also dismissing the Establishment Clause claims on the alternative ground that they are absurd and utterly with merit, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2009, all the motions to dismiss are granted and the case is dismissed for lack of standing; the Establishment Clause claims are dismissed also on the alternative ground that they are absurd and utterly with merit; accordingly, the case is closed.

Dated: New York, New York
       April 30, 2009

                                             **J. MICHAEL McMAHON**
                                                 Clerk of Court

                         BY:
                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____